# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

MARK DEARMAN and ANTHONY
DEBISEGLIA on behalf of themselves and
all others similarly situated,

        V.

THE GILLETTE COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 - 11177 DPW**

TO: (Name and address of Defendant)

    The Gillette Company
    Prudential Tower
    Boston, MA 02199-8004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Thomas G. Shapiro
    Theodore Hess-Mahan
    Shapiro Haber & Urmy LLP
    53 State Street
    Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____ THORNTON _____      6-7-05
CLERK                                     DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JUNE 14, 2005 at 12:10 P.M. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BARBARA L. BEDUGNIS | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY DELIVERING SAID COPIES TO THE GILLETTE COMPANY AND GIVING SAID COPIES IN HAND TO RICHARD TAYLOR, ASST. GENERAL COUNSEL, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT PRUDENTIAL TOWER, BOSTON, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $21.00 | $25.00 | $46.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   JUNE 14, 2005
                    Date

*Signature of Server*   BARBARA L. BEDUGNIS, CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS 02108

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.