UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK DEARMAN and ANTHONY DEBISEGLIA, on behalf of themselves,<br><br>Plaintiffs,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>Defendant. | Civil Action No. 05-11177 DPW |

**ASSENTED-TO MOTION TO EXTEND TIME TO MOVE, ANSWER,
OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed.R.Civ.P. Rule 6(b)(1), Defendant, The Gillette Company ("Gillette"), hereby moves, <u>with assent</u>, that the time for Gillette to move, answer, or otherwise respond to the complaint be extended for a period of 35 days, to and including, August 9, 2005.

WHEREFORE, the parties having agreed to the foregoing schedule, Gillette respectfully requests that this assented-to motion be granted.

Respectfully submitted,

THE GILLETTE COMPANY
By its attorneys,

/s/ Mark P. Szpak
Harvey J. Wolkoff (BBO #532880)
Emily C. Shanahan (BBO #643456)
Mark P. Szpak (BBO #546261)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

ASSENTED TO:

/s/ Thomas G. Shapiro (by MPS)
Thomas G. Shapiro (BBO #454680)
Theodore M. Hess Mahan (BBO #567109)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

Date: June 30, 2005

9761798_1.DOC