**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| MARK DEARMAN and ANTHONY DEBISEGLIA, on behalf of themselves, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-11177 DPW |
| THE GILLETTE COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**CORPORATE DISCLOSURE STATEMENT**
**OF THE GILLETTE COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Gillette Company hereby files its corporate disclosure statement. The Gillette Company ("Gillette") does not have any parent corporations. Berkshire Hathaway, Inc., a publicly traded corporation, may be deemed to own 10.2 percent of Gillette's common stock through several subsidiaries. There is no other publicly traded corporation that owns more than 10 percent of Gillette's stock.

THE GILLETTE COMPANY

/s/ Mark P. Szpak
Harvey J. Wolkoff
Mark P. Szpak
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Dated: June 30, 2005                    Facsimile: (617) 951-7050

9762431_1.DOC