UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK DEARMAN and ANTHONY DEBISEGLIA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE GILLETTE COMPANY,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-11177 DPW<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION TO FURTHER EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed.R.Civ.P. Rule 6(b)(1), Defendant, The Gillette Company ("Gillette"), hereby moves, <u>with assent,</u> that the time for Gillette to move, answer, or otherwise respond to the complaint be further extended to and including September 8, 2005.

WHEREFORE, the parties having agreed to the foregoing schedule, Gillette respectfully requests that this assented-to motion be granted.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　THE GILLETTE COMPANY
　　　　　　　　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark P. Szpak
　　　　　　　　　　　　　　　　　　　　　　　Harvey J. Wolkoff (BBO #532880)
　　　　　　　　　　　　　　　　　　　　　　　Mark P. Szpak (BBO #546261)
　　　　　　　　　　　　　　　　　　　　　　　Ropes & Gray LLP
　　　　　　　　　　　　　　　　　　　　　　　One International Place
ASSENTED TO:　　　　　　　　　　　　　　　　Boston, Massachusetts 02110-2624
　　　　　　　　　　　　　　　　　　　　　　　(617) 951-7000

/s/ Thomas G. Shapiro (by MPS)
Thomas G. Shapiro (BBO #454680)
Theodore M. Hess Mahan (BBO #567109)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109　　　　　　　　　　　　　　Date:  August 8, 2005
(617) 439-3939