BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: | MDL Docket No. 1704 |
| M3POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION | |

DEFENDANT THE GILLETTE COMPANY'S
SECOND AMENDED RULE 7.2(a)(ii) SCHEDULE OF ACTIONS

Harvey J. Wolkoff
Mark P. Szpak
**ROPES & GRAY, LLP**
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Attorneys for Defendant The Gillette Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Mark Dearman and Anthony Debiseglia v. The Gillette Company;

Civil Action No. 05-11177 DPW; The Honorable Douglas P. Woodlock

Kevin Windom v. The Gillette Company, a Delaware corporation;

Civil Action No. 05-11207 RWZ; The Honorable Rya W. Zobel

Javier Tunon and Adam Kline v. The Gillette Company;

Civil Action No. 05-11208 DPW; The Honorable Douglas P. Woodlock

Kristopher Kenessky and Steven Meyers v. The Gillette Company;

Civil Action No. 05-11272 DPW; The Honorable Douglas P. Woodlock

Colin L. McGreary v. The Gillette Company;

Civil Action No. 05-11319 DPW; The Honorable Douglas P. Woodlock

Bradley Saunders, Bruce Fisher, Brad Fellersen and Richard Herbstman v. The Gillette Company;

Civil Action No. 05-11425 DPW; The Honorable Douglas P. Woodlock

Marcell Johnson, Neil Hirsch and Jeffrey L. Friedman v. The Gillette Company

Civil Action No. 05-11455 DPW; The Honorable Douglas P. Woodlock

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

David Atkins v. The Gillette Company, a Delaware corporation;

Civil Action No. CV05-4024 DDP; The Honorable Dean D. Pregerson

Carlos Corrales v. The Gillette Company, a Delaware corporation;

Civil Action No. CV05-4116 DDP; The Honorable Dean D. Pregerson
(by reassignment, sua sponte, from The Honorable A. Howard Matz)

David Lipper v. The Gillette Company;

Defendant The Gillette Company's Second Rule 7.2(a)(ii) Schedule of Actions

Civil Action No. 05-5022 JFW; The Honorable Dean P. Pregerson
(by reassignment, sua sponte, from The Honorable John F. Walter)

Matthew Marr v. The Gillette Company

Civil Action No. 05-5024 FMC; The Honorable Dean P. Pregerson
(by reassignment, sua sponte, from The Honorable Florence-Marie Cooper)

L. Dean Smith, Jr. v. The Gillette Company

Civil Action No. 05-5431GPS(CTx); The Honorable George P. Schiavelli

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Michael Pruitt v. The Gillette Company

Civil Action No. C05-02883 JCS; The Honorable Joseph C. Spero

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Luis Gonzalez v. The Gillette Company

Civil Action No. 05-CV-1506 J (LSP); The Honorable Napoleon A. Jones, Jr.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

Greg Besinger and David Zavala v. The Gillette Company

Civil Action No. 05-cv-04278-CPK; The Honorable Charles P. Kocoras

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Elvis Huskic v. The Gillette Company

Civil Action No. 05-cv-01150-CAS; The Honorable Charles A. Shaw

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Patrick Coleman v. Gillette Company, Inc.

Civil Action No. 05-3153(JLL); The Honorable Jose L. Linares

David Delre v. The Gillette Company

Civil Action No. 05-CV-03706-JLL-RJH; The Honorable Jose L. Linares

Joshua Vereb v. The Gillette Company

Civil Action No. 05-cv-03673-JLL-RJH; The Honorable Jose L. Linares

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION**

Holly Moore v. The Gillette Company;

Civil Action No. 1-05-1153-T/An; The Honorable James D. Todd

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION**

Tracy Gorea v. The Gillette Company;

Civil Action No. 05-2425 Ma/P; The Honorable Samuel H. Mays, Jr.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

Grant W. Jackson v. The Gillette Company;

Civil Action No. 3 05CV1179-K; The Honorable Ed Kinkeade

Dated: July 29, 2005

*Mark P. Szpak /PRS*

Harvey J. Wolkoff
Mark P. Szpak
**ROPES & GRAY, LLP**
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Attorneys for Defendant The Gillette Company