**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

In re:

M3POWER RAZOR
SYSTEM MARKETING & SALES
PRACTICES LITIGATION

MDL Docket No. 1704

**DEFENDANT THE GILLETTE COMPANY'S
SECOND NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

Harvey J. Wolkoff
Mark P. Szpak
**ROPES & GRAY, LLP**
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Attorneys for Defendant The Gillette Company

1

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

1.   Please take notice that on June 10, 2005, Kevin Windom, plaintiff in the action entitled

Kevin Windom v. The Gillette Company, Civil Action No. 05-11207 RWZ (D. Mass)

("Movant") filed a petition under 28 U.S.C. Section 1407 seeking transfer and coordination of

the following cases:

### DISTRICT OF MASSACHUSETTS

Mark Dearman and Anthony Debiseglia v. The Gillette Company;
Civil Action No. 05-11177 DPW; The Honorable Douglas P. Woodlock

Kevin Windom v. The Gillette Company, a Delaware corporation;
Civil Action No. 05-11207 RWZ; The Honorable Rya W. Zobel

### CENTRAL DISTRICT OF CALIFORNIA

David Atkins v. The Gillette Company, a Delaware corporation;
Civil Action No. CV05-4024 DDP; The Honorable Dean D. Pregerson

2.   On June 14, 2005, Movant filed his First Notice of Potential Tag-Along Actions. The

relevant information with respect to these actions is as follows:

### WESTERN DISTRICT OF TENNESSEE

Holly Moore v. The Gillette Company;
Civil Action No. 1-05-1153-T/An; The Honorable James D. Todd

Tracy Gorea v. The Gillette Company;
Civil Action No. 05-2425 Ma/P; The Honorable Samuel H. Mays, Jr.

### DISTRICT OF MASSACHUSETTS

Javier Tunon and Adam Kline v. The Gillette Company;
Civil Action No. 05-11208 DPW; The Honorable Douglas P. Woodlock

### NORTHERN DISTRICT OF TEXAS

Grant W. Jackson v. The Gillette Company;
Civil Action No. 3 05CV1179-K; The Honorable Ed Kinkeade

Defendant The Gillette Company's Second Notice of Potential Tag-Along Actions

3.    On June 23, 2005, Movant filed his Second Notice of Potential Tag-Along Actions. The

relevant information with respect to these actions is as follows:

### CENTRAL DISTRICT OF CALIFORNIA

Carlos Corrales v. The Gillette Company, a Delaware corporation;
Civil Action No. CV05-4116 DDP; The Honorable Dean D. Pregerson
(by reassignment, sua sponte, from The Honorable A. Howard Matz)

### DISTRICT OF MASSACHUSETTS

Kristopher Kenessky and Steven Meyers v. The Gillette Company;
Civil Action No. 05-11272 DPW; The Honorable Douglas P. Woodlock

4.    On June 29, 2005, Movant filed his Third Notice of Potential Tag-Along Actions. The

relevant information with respect to these actions is as follows:

### DISTRICT OF MASSACHUSETTS

Colin L. McGreary v. The Gillette Company
Civil Action No. 05-11319 DPW; The Honorable Douglas P. Woodlock

### DISTRICT OF NEW JERSEY

Patrick Coleman v. Gillette Company, Inc.
Civil Action No. 05-3153(JLL); The Honorable Jose L. Linares

5.    On July 8, 2005, Movant filed his Fourth Notice of Potential Tag-Along Actions. The

relevant information with respect to these actions is as follows:

### DISTRICT OF MASSACHUSETTS

Bradley Saunders, Bruce Fisher, Brad Fellersen and Richard Herbstman v. The
Gillette Company;
Civil Action No. 05-11319 DPW; The Honorable Douglas P. Woodlock

6.    On July 14, 2005, Defendant The Gillette Company filed its First Notice of Potential

Tag-Along Actions. The relevant information with respect to these actions is as follows:

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

David Lipper v. The Gillette Company
Civil Action No. 05-5022 JFW; The Honorable Dean P. Pregerson
(by reassignment, sua sponte, from The Honorable John F. Walter)

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

Matthew Marr v. The Gillette Company
Civil Action No. 05-5024 FMC; The Honorable Dean P. Pregerson
(by reassignment, sua sponte, from The Honorable Florence-Marie Cooper)

7.    Defendant The Gillette Company is aware of additional potential tag-along actions.

Specifically, on July 22, 2005, defendant The Gillette Company removed two state court actions

from the Superior Court of Bergen County, New Jersey to the United States District Court for the

District of New Jersey. The relevant information with respect to these actions is as follows:

### DISTRICT OF NEW JERSEY

David Delre v. The Gillette Company
Civil Action No. 05-CV-03706-JLL-RJH; The Honorable Jose L. Linares

Joshua Vereb v. The Gillette Company
Civil Action No. 05-cv-03673-JLL-RJH; The Honorable Jose L. Linares

On July 25, 2005, defendant The Gillette Company removed a state court action from the Circuit

Court of Cook County, Illinois, to the United States District Court for the Northern District of

Illinois. The relevant information with respect to this action is as follows:

### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Greg Besinger and David Zavala v. The Gillette Company
Civil Action No. 05-cv-04278-CPK; The Honorable Charles P. Kocoras

On July 25, 2005, defendant The Gillette Company removed a state court action from the Circuit

Court of the City of St. Louis, Missouri to the United States District Court for the Eastern

District of Missouri. The relevant information with respect to this action is as follows:

### EASTERN DISTRICT OF MISSOURI

4

Elvis Huskic v. The Gillette Company
Civil Action No. 05-cv-01150-CAS; The Honorable Charles A. Shaw

On July 26, 2005, defendant The Gillette Company removed a state court action from the

Superior Court of California, County of Los Angeles to the United States District Court for the

Central District of California.  The relevant information with respect to this action is as follows:

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

L. Dean Smith, Jr. v. The Gillette Company
Civil Action No. 05-5431GPS(CTx); The Honorable George P. Schiavelli

On July 27, 2005, defendant The Gillette Company removed a state court action from the

Superior Court of California, County of San Diego, Central Division, to the United States

District Court for the Southern District of California.  The relevant information with respect to

this action is as follows:

### SOUTHERN DISTRICT OF CALIFORNIA

Luis Gonzalez v. The Gillette Company
Civil Action No. 05-CV-1506 J (LSP); The Honorable Napoleon A. Jones, Jr.

Defendant The Gillette Company is aware of two additional potential tag-along actions that have

been filed.  The relevant information with respect to these actions is as follows:

### DISTRICT OF MASSACHUSETTS

Marcell Johnson, Neil Hirsch and Jeffrey L. Friedman v. The Gillette Company
Civil Action No. 05-11455 DPW; The Honorable Douglas P. Woodlock

### NORTHERN DISTRICT OF CALIFORNIA

Michael Pruitt v. The Gillette Company
Civil Action No. C05-02883 JCS; The Honorable Joseph C. Spero

8.    These actions arise from the same, or similar, facts and assert similar claims as the

pending actions that are the subject of Movant's petition and should, therefore, be designated as

5

Tag-Along Actions pursuant to Panel Rule 7.5. True and correct copies of the following documents are attached:

       Exhibit A-1:  *Delre* complaint;

       Exhibit A-2:  *Delre* docket sheet from the United States District Court, District of New Jersey;

       Exhibit B-1:  *Vereb* complaint;

       Exhibit B-2:  *Vereb* docket sheet from the United States District Court, District of New Jersey;

       Exhibit C-1:  *Besinger* complaint;

       Exhibit C-2:  *Besinger* docket sheet from the United States District Court, Northern District of Illinois;

       Exhibit D-1:  *Huskic* complaint;

       Exhibit D-2:  *Huskic* docket sheet from the United States District Court, Eastern District of Missouri;

       Exhibit E-1:  *Smith* complaint;

       Exhibit E-2:  *Smith* Notice of Removal (first page) filed with the United States District Court, Central District of California, Western Division, July 26, 2005;

       Exhibit F-1:  *Gonzalez* complaint;

       Exhibit F-2:  *Gonzalez* docket sheet from the United States District Court, Southern District of California;

       Exhibit G-1:  *Johnson* complaint;

       Exhibit G-2:  *Johnson* docket sheet from the United States District Court, District of Massachusetts;

6

Exhibit H-1:    *Pruitt* complaint;

Exhibit H-2:    *Pruitt* docket sheet from the United States District Court, Northern District of California.

Dated:  July 29, 2005

*Mark P. Szpak* /SRS

Harvey J. Wolkoff
Mark P. Szpak
**ROPES & GRAY, LLP**
One International Place
Boston, MA  02110-2624
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050

Attorneys for Defendant The Gillette Company

7

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

In re:                                        MDL Docket No. 1704

M3POWER RAZOR
SYSTEM MARKETING & SALES
PRACTICES LITIGATION

## CERTIFICATE OF SERVICE

Harvey J. Wolkoff
Mark P. Szpak
**ROPES & GRAY, LLP**
One International Place
Boston, MA  02110-2624
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050

Attorneys for Defendant The ͨ

1

Certificate of Service

I, Ellen R. Shultz, employed by Ropes & Gray, LLP, do hereby state under penalty of perjury that:

1.  On July 29, 2005, I caused to be served the following papers:

    **Defendant The Gillette Company's Second Amended Rule 7.2(a)(ii) Schedule of Actions;**

    **Defendant The Gillette Company's Second Notice of Potential Tag-Along Actions; and**

    **Certificate of Service.**

2.  On July 29, 2005, I caused those papers to be served via First-Class U.S. Mail upon:

<u>**SEE ATTACHED SERVICE LIST**</u>

Executed On July 29, 2005, at Washington, DC

Ellen R. Shultz

2

## SERVICE LIST

Kevin Windom v. The Gillette Company, a Delaware corporation;
United States District Court for the District of Massachusetts
Civil Action No. 05-11207 RWZ

C. Brooks Cutter                                          **Counsel for Plaintiff**
Mark J. Tamblyn                                          **Kevin Windom**
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile:   (916) 669-4499

Thomas M. Sobol                                          **Counsel for Plaintiff**
Edward Notargiacomo                                     **Kevin Windom**
**HAGENS BERMAN SOBOL**
**SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, Massachusetts 02142
Telephone: (617) 482-3700
Facsimile:   (617) 482-3003

Kenneth A. Wexler                                        **Counsel for Plaintiff**
Edward A. Wallace                                       **Kevin Windom**
**THE WEXLER FIRM LLP**
One North LaSalle St., Suite 2000
Chicago, Illinois 60602
Telephone: (312) 346-2222
Facsimile:   (312) 346-0022

Charles A. McCallum                                     **Counsel for Plaintiff**
R. Brent Irby                                          **Kevin Windom**
**McCALLUM, HOAGLUND, COOK &**
**IRBY, LLP**
2062 Columbiana Road
Vestavia Hills, Alabama 35216
Telephone: (205) 824-7767

3

<u>Mark Dearman and Anthony Debiseglia v. The Gillette Company, et al:</u>
United States District Court for the District of Massachusetts
Civil Action No. 05-11177 DPW

Thomas G. Shapiro                        **Counsel for Plaintiffs**
Theodore M. Hess-Mahan                   **Mark Dearman and Anthony Debiseglia**
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, MA  02109
Telephone: (617) 439-3939

Samuel H. Rudman                         **Counsel for Plaintiffs**
Robert M. Rothman                        **Mark Dearman and Anthony Debiseglia**
**LERACH COUGHLIN STOIA**
**GELLER RUDMAN & ROBBINS LLP**
200 Broadhollow Road, Suite 406
Melville, NY  11747
Telephone: (631) 367-7100

<u>David Atkins v. The Gillette Company, a Delaware corporation</u>
United States District Court for the Central District of California (Western Division/LA)
Civil Action No. CV05-4024 DDP

Wayne S. Kreger                          **Counsel for Plaintiff**
Lee Jackson                              **David Atkins**
Gillian Wade
**VERBOON, MILSTEIN & PETER, LLP**
2800 Donald Douglas Loop North
Santa Monica, CA  90405
Telephone: (310) 396-9600
Fax: (310) 396-9635

<u>Tunon v. The Gillette Company</u>
United States District Court for the District of Massachusetts
Civil Action No. 05-11208 DPW

Thomas G. Shapiro                        **Counsel for Plaintiffs**
Theodore M. Hess-Mahan                   **Javier Tunon and Adam Kline**
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, MA  02109
Telephone: (617) 439-3939

4

Corey Holzer                                  **Counsel for Plaintiffs**
Michael I. Fistel                             **Javier Tunon and Adam Kline**
**HOLZER & HOLZER, LLC**
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338


Moore v. The Gillette Company
United States District Court for the Western District of Tennessee, Eastern Division
Civil Action No. 1-05-1153-T/An

Jason B. Rudd                                 **Counsel for Plaintiff**
Jon A. York                                   **Holly Moore**
**PENTECOST, GLENN & RUDD, PLLC**
106 Stonebridge Blvd.
Jackson, TN 38305
Telephone: (731) 668-5995
Facsimile: (731) 668-7163


Jackson v. The Gillette Company
United States District Court for the Northern District of Texas, Dallas Division
Civil Action No. 3-05-CV-1179-K

Brandon O. Gibson                             **Counsel for Plaintiff**
**PENTECOST, GLENN & RUDD, PLLC**            **Grant W. Jackson**
106 Stonebridge Blvd.
Jackson, TN 38305
Telephone: (731) 668-5995
Facsimile: (731) 668-7163


Gorea v. The Gillette Company
United States District Court for the Western District of Tennessee, Western Division
Civil Action No. 05-2425 Ma/P

Frank L. Watson                               **Counsel for Plaintiff**
William F. Burns                              **Tracy Gorea**
**WATSON BURNS, PLLC**
One Commerce Square, Suite 2600
Memphis, TN 38103
Telephone: (901)578-3528
Facsimile: (901)578-2649

5

Arthur Horne                                    **Counsel for Plaintiff**
Murray Wells                                    **Tracy Gorea**
**HORNE & WELLS, PLLC**
81 Monroe Ave., Suite 400
Memphis, TN 38103
Telephone: (901)507-2520
Facsimile: (901)507-2524


Corrales v. The Gillette Company
United States District Court for the Central District of California
Civil Action No. CV05-4116 AHM

Taras P. Kick                                   **Counsel for Plaintiff**
G. James Strenio                                **Carlos Corrales**
Anthony E. Chavez
Thomas G. Martin
**THE KICK LAW FIRM, APC**
660 South Figueroa St., Suite 1800
Los Angeles, CA 90017
Telephone: (213)624-1588
Facsimile: (213)624-1589


Kenessky v. The Gillette Company
United States District Court for the District of Massachusetts
Civil Action No. 05-11272 DPW

David Pastor                                    **Counsel for Plaintiffs**
**GILMAN & PASTOR, LLP**                         **Kristopher Kenessky and**
60 State St., 27th Floor                         **Steven Myers**
Boston, MA 02109
Telephone: (617)742-9700
Facsimile: (617)742-9701

Jason L. Brodsky                                **Counsel for Plaintiffs**
Evan J. Smith                                    **Kristopher Kennesky and**
Marc L. Ackerman                                 **Steven Meyers**
**BRODSKY & SMITH LLC**
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Telephone: (617)667-6200
Facsimile: (617)667-9029


6

Collin L. McGeary v. The Gillette Company
United States District Court for the District of Massachusetts
Civil Action No. 05-11319 DPW

| | |
|---|---|
| Kenneth D. Quat | **Counsel for Plaintiff** |
| **LAW OFFICE OF KENNETH D. QUAT** | **Colin McGreary** |
| 9 Damonmill Square, Suite 4A-4 | |
| Concord, MA 01742 | |
| Telephone: (978)369-0848 | |

| | |
|---|---|
| Lance A. Harke | **Counsel for Plaintiff** |
| **HARKE & CLASBY LLP** | **Colin McGreary** |
| 155 South Miami, Ave., Suite 600 | |
| Miami, FL 33130 | |
| Telephone: (305)536-8220 | |

Patrick Coleman v. Gillette Company, Inc.
United States District Court for the District of New Jersey
Civil Action No. 05-3153(JLL)

| | |
|---|---|
| Joseph J. DePalma | **Counsel for Plaintiff** |
| Susan D. Pontoriero | **Patrick Coleman** |
| **LITE DEPALMA GREENBERG & RIVAS, LLC** | |
| Two Gateway Center, 12 Floor | |
| Newark, NJ 07102-5003 | |
| Telephone: (973)623-3000 | |

| | |
|---|---|
| Mark C. Gardy | **Counsel for Plaintiff** |
| Henry Young | **Patrick Coleman** |
| **ABBEY GARDY, LLP** | |
| 212 East 39th Street | |
| New York, NY 10016 | |
| Telephone: (212) 889-3700 | |

7

Bradley Saunders, Bruce Fisher, Brad Fellersen and Richard Herbstman v. The Gillette Company
United States District Court for the District of Massachusetts
Civil Action No. 05-11425 DPW

David Pastor
**GILMAN & PASTOR, LLP**
60 State St., 27th Floor
Boston, MA 02109
Telephone: (617)742-9700
Facsimile: (617)742-9701

**Counsel for Plaintiffs**
**Bradley Saunders et al.**

Jason L. Brodsky
Evan J. Smith
Marc L. Ackerman
**BRODSKY & SMITH LLC**
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Telephone: (617)667-6200
Facsimile: (617)667-9029

**Counsel for Plaintiffs**
**Bradley Saunders et al.**

David Lipper v. The Gillette Company
United States District Court for the Central District of California, Western Division
Civil Action No. 05-5022 JFW

Mitch Kalcheim, Esq.
**KALCHEIM  S A L A H**
10960 Wilshire Boulevard, Suite 1790
Los Angeles, CA 90024
Telephone: (310)444-7094
Facsimile: (310)444-7093

**Counsel for Plaintiff**
**David Lipper**

Matthew Marr v. The Gillette Company
United States District Court for the Central District of California, Western Division
Civil Action No. 05-5024 FMC

Lionel Z. Glancy, Esq.
Michael Goldberg, Esq.
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310)201-9150
Facsimile: (310)201-9160

**Counsel for Plaintiff**
**Matthew Marr**

8

David Delre v. The Gillette Company
United States District Court for the District of New Jersey
Civil Action No. 05-cv-03706-JLL-RJH

Stephen M. Sohmer, Esq.                          **Counsel for Plaintiff**
**THE SOHMER LAW FIRM, LLC**                     **David Delre**
One Passaic Avenue
Fairfield, NJ 07004
Tel: (973)227-7080

Nadeem Faruqi, Esq.                              **Counsel for Plaintiff**
Anthony Vozzolo, Esq.                            **David Delre**
**FARUQI & FARUQI, LLP**
320 East 39th Street
New York, NY 10016
Tel: (212)983-9330

Joshua Vereb v. The Gillette Company
United States District Court for the District of New Jersey
Civil Action No. 05-cv-03673-JLL-RJH

Stephen M. Sohmer, Esq.                          **Counsel for Plaintiff**
**THE SOHMER LAW FIRM, LLC**                     **Joshua Vereb**
One Passaic Avenue
Fairfield, NJ 07004
Tel: (973)227-7080

Nadeem Faruqi, Esq.                              **Counsel for Plaintiff**
Anthony Vozzolo, Esq.                            **Joshua Vereb**
**FARUQI & FARUQI, LLP**
320 East 39th Street
New York, NY 10016
Tel: (212)983-9330

Greg Besinger and David Zavala v. The Gillette Company
United States District Court for the Northern District of Illinois, Eastern Division
Civil Action No. 05-cv-04278-CPK

Ben Barrow, Esq.                                 **Counsel for Plaintiffs**
Sharon Harris, Esq.                              **Greg Besinger and David Zavala**
**BARNOW AND ASSOCIATES, P.C.**
One North LaSalle Street, Suite 460
Chicago, IL 60602

9

Tel: (312)621-2000

Larry D. Drury, Esq.                      **Counsel for Plaintiffs**
**LARRY D. DRURY, LTD.**                  **Greg Besinger and David Zavala**
Two N. LaSalle Street, Suite 700
Chicago, IL 60602
Tel: (312)346-7950

John H. Alexander, Esq.                   **Counsel for Plaintiffs**
**JOHN H. ALEXANDER & ASSOCIATES, LLC**   **Greg Besinger and David Zavala**
100 W. Monroe Street, Suite 2100
Chicago, IL 60603
Tel: (312)263-7731

John S. Steward, Esq.                     **Counsel for Plaintiffs**
**THE BURSTEIN LAW FIRM, P.C.**           **Greg Besinger and David Zavala**
225 South Meramec, Suite 925
St. Louis, MO 63105
Tel: (314)725-6060


Elvis Huskic v. The Gillette Company
United States District Court for the Eastern District of Missouri
Civil Action No. 05-cv-01150-CAS

John S. Steward, Esq.                     **Counsel for Plaintiff**
**THE BURSTEIN LAW FIRM, P.C.**           **Elvis Huskic**
225 South Meramec, Suite 925
St. Louis, MO 63105
Tel: (314)725-6060

Joseph V. Neill, Esq.                     **Counsel for Plaintiff**
5201 Hampton Avenue                       **Elvis Huskic**
St. Louis, MO 63109
Tel: (314)353-1001

Thomas R. Carnes, Esq.                    **Counsel for Plaintiff**
**THE CARNES LAW FIRM**                   **Elvis Huskic**
5201 Hampton Avenue
St. Louis, MO 63109
Tel: (314)353-1001


L. Dean Smith, Jr. v. The Gillette Company
United States District Court for the Central District of California, Western Division
Civil Action No. 05-5431 GPS(CTx)

10

---

Certificate of Service

Clifford H. Pearson, Esq.                    **Counsel for Plaintiff**
Gary S. Soter, Esq.                          **L. Dean Smith, Jr.**
Daniel L. Warshaw, Esq.
C. Scott Marshall, Esq.
**WASSERMAN, COMDEN, CASSELMAN & PEARSON L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, CA 91357-7033
Tel: (818)705-6800

Robert C. Baker, Esq.                        **Counsel for Plaintiff**
Phillip A. Baker, Esq.                       **L. Dean Smith, Jr.**
**BAKER, KEENER & NAHRA LLP**
633 West Fifth Street, 54th Floor
Los Angeles, CA 90071-2005
Tel: (213)241-0900

Luis Gonzalez v. The Gillette Company
United States District Court for the Southern District of California
Civil Action No. 05-CV-1506 J (LSP); The Honorable Napoleon A. Jones, Jr.

Harold M. Hewell, Esq.                       **Counsel for Plaintiff**
1901 First Avenue, Second Floor              **Luis Gonzalez**
San Diego, CA 92101
Tel: (619)235-6854

Marcell Johnson, Neil Hirsch and Jeffrey L. Friedman
United States District Court for the District of Massachusetts
Civil Action No. 05-11455 DPW

Alan L. Kovacs, Esq.                         **Counsel for Plaintiffs**
**LAW OFFICE OF ALAN L. KOVACS**            **Marcell Johnson, Neil Hirsch and**
2001 Beacon Street, Suite 106               **Jeffrey L. Friedman**
Boston, MA 02135
Tel: (617)964-1177

Steven A. Kanner, Esq.                       **Counsel for Plaintiffs**
Douglas A. Millen, Esq.                      **Marcell Johnson, Neil Hirsch and**
Robert J. Wozniak, Jr., Esq.                **Jeffrey L. Friedman**
**MUCH SHELIST FREED DENENBERG**
**AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615

11

Certificate of Service

Tel: (312)521-2000

Harry Shulman, Esq.                          **Counsel for Plaintiffs**
**THE MILLS LAW FIRM**                        **Marcell Johnson, Neil Hirsch and**
145 Marina Blvd.                              **Jeffrey L. Friedman**
San Rafael, CA 94901
Tel: (415)455-1326

Daniel R. Karon, Esq.                        Counsel for Plaintiffs
**GOLDMAN SCARLATO & KARON, P.C.**            **Marcell Johnson, Neil Hirsch and**
55 Public Square, Suite 1500                  **Jeffrey L. Friedman**
Cleveland, OH 44113

Steven J. Greenfogel, Esq.                   Counsel for Plaintiffs
**MEREDITH COHEN GREENFOGEL &**               **Marcell Johnson, Neil Hirsch and**
**SKIRNICK, P.C.**                            **Jeffrey L. Friedman**
117 S. 17th Street, 22nd Floor
Philadelphia, PA 19103
Tel: (215)564-5182


Michael Pruitt v. The Gillette Company
United States District Court for the Northern District of California
Civil Action No. 05-02883 JCS

Reginald Terrell, Esq.                       **Counsel for Plaintiff**
**THE TERRELL LAW GROUP**                     **Michael Pruitt**
223 25th Street
Richmond, CA 94804
Tel: (510)237-9700

Donald Amamgbo, Esq.                         **Counsel for Plaintiff**
**AMAMGBO & ASSOCIATES**                      **Michael Pruitt**
1940 Embarcardero
Oakland, CA 94606
Tel: (510)434-7800

12

Certificate of Service