**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MARK DEARMAN and ANTHONY DEBISEGLIA, <br><br>             Plaintiff, <br><br>      v. <br><br>THE GILLETTE COMPANY, <br><br>             Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-11177 DPW <br> ) <br> ) <br> ) <br> ) <br> ) |

**ASSENTED-TO MOTION TO FURTHER EXTEND TIME TO MOVE, ANSWER,**
**OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed.R.Civ.P. Rule 6(b)(1), Defendant, The Gillette Company ("Gillette"), hereby moves, <u>with assent,</u> that the time for Gillette to move, answer, or otherwise respond to the complaint be further extended, to and including 30 days after disposition by the Judicial Panel on Multidistrict Litigation ("JPML") of a Motion for Transfer and Coordination or Consolidation currently pending before the JPML.

Specifically, Gillette states that this action is one of a number of similar actions filed in this District and elsewhere that are subject to, or identified as potential "tag-along" actions to, a multi-district litigation Motion for Transfer and Coordination or Consolidation ("MDL Motion") now pending before the JPML under the caption *In re M3Power Razor System Marketing Sales & Practices Litigation,* MDL No. 1704. A hearing on the MDL Motion is scheduled to occur before the JPML on September 29, 2005. As a result, Gillette requests, <u>with assent</u>, that the time to move, answer, or otherwise respond be further extended to and including 30 days after the JPML's decision on the pending MDL Motion.

WHEREFORE, the parties having agreed to the foregoing schedule, Gillette respectfully requests that this assented-to motion be granted.

-2-

                    Respectfully submitted,

                    THE GILLETTE COMPANY
                    By their attorneys,

                    /s/ Mark P. Szpak
                    Harvey J. Wolkoff (BBO #532880)
                    Mark P. Szpak (BBO #546261)
                    Emily C. Shanahan (BBO# 643456)
                    Ropes & Gray LLP

ASSENTED TO:              One International Place
                                 Boston, Massachusetts 02110-2624
/s/ Thomas G. Shapiro (by MPS)    (617) 951-7000
Thomas G. Shapiro (BBO #454680)
Theodore M. Hess Mahan (BBO #567109)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939                    Date:  September 6, 2005