UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK DEARMAN and ANTHONY DEBISEGLIA, ) ) ) )  Plaintiffs, ) ) v. ) ) THE GILLETTE COMPANY, ) ) Defendant. ) ) | Civil Action No. 05-11177 DPW |

**AMENDED CORPORATE DISCLOSURE STATEMENT
OF THE GILLETTE COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Gillette Company ("Gillette") hereby files this amended corporate disclosure statement.

As of October 1, 2005, Gillette's parent corporation is The Procter & Gamble Company.

There is no other publicly traded corporation that owns 10 percent or more of Gillette's stock.

           THE GILLETTE COMPANY
           By its attorneys,

           /s/ Mark P. Szpak
           Harvey J. Wolkoff  (BBO #532880)
           Mark P. Szpak (BBO #546261)
           ROPES & GRAY LLP
           One International Place
           Boston, MA 02110-2624
           Telephone: (617) 951-7000
           Facsimile: (617) 951-7050

Dated:  October 6, 2005