UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK DEARMAN, et al., On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> THE GILLETTE COMPANY, <br><br> Defendant. | No. 05-11177-DPW <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF CHANGE OF FIRM ADDRESS |

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective December 19, 2005, Lerach Coughlin Stoia Geller Rudman & Robbins LLP will have relocated its Melville office as shown below:

> LERACH COUGHLIN STOIA GELLER
> RUDMAN & ROBBINS LLP
> 58 South Service Road, Suite 200
> Melville, NY 11747
> Telephone: 631/367-7100
> 631/367-1173 (fax)

|  |  |
|---|---|
|  | SHAPIRO HABER & URMY LLP<br>THOMAS G. SHAPIRO (BBO #454680)<br>THEODORE M. HESS-MAHAN (BBO #557109)<br>53 State Street<br>Boston, MA 02109<br>Telephone: 617/439-3939<br>617/439-0134 (fax) |
|  | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SAMUEL H. RUDMAN<br>ROBERT M. ROTHMAN<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax) |
| DATED: December 22, 2005 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH<br><br>/s/ William S. Lerach<br>———————————————<br>WILLIAM S. LERACH<br><br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>Attorneys for Plaintiffs |

S:\UsersSD\DRobles\NOTICE SD\Gillette.doc

- 1 -

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101-3301.

2. That on December 22, 2005, declarant served the NOTICE OF CHANGE OF FIRM ADDRESS by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of December, 2005, at San Diego, California.

_____
HILLARY DEMAG

GILLETTE (MDL)
Service List - 12/21/2005  (05-0136)
Page 1 of 2

**Counsel For Defendant(s)**

Attorney In Charge
CT Corporation Systems
101 Federal Street
Boston, MA 02110

James M. Spears
Peter M. Brody
Ropes & Gray LLP
700 12th Street, N.W., Suite 900
Washington, DC 20005
   202/508-4610
   202/508-4650(Fax)

**Counsel For Plaintiff(s)**

Thomas M. Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
   617/482-3700
   617/482-3003(Fax)

Corey D. Holzer
Michael I. Fistel, Jr.
Holzer & Holzer LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
   770/392-0090
   770/392-0029(Fax)

Arthur Horne
Murray Wells
Horne & Wells, PLLC
81 Monroe Avenue, Suite 400
Memphis, TN 38103
   901/507-2520
   901/507-2524(Fax)

Samuel H. Rudman
Robert M. Rothman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
   631/367-7100
   631/367-1173(Fax)

Charles A. McCallum
R. Brent Irby
McCallum, Hoaglund, Cook & Irby, LLP
2062 Columbiana Rd.
Vestavia Hills, AL 35216
   205/824-7767
   205/824-7768(Fax)

Jason B. Rudd
Jon A. York
Pentecost, Glenn & Rudd, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305
   731/668-5995
   731/668-7163(Fax)

GILLETTE (MDL)
Service List - 12/21/2005  (05-0136)
Page 2 of 2

Thomas G. Shapiro
Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
53 State Street
Boston, MA  02109
  617/439-3939
  617/439-0134(Fax)

Wayne S. Kreger
Lee Jackson
Gillian Wade
Verboon, Milstein & Peter, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405
  310/396-9600
  310/396-9635(Fax)

Kenneth A. Wexler
Edward A. Wallace
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL  60602
  312/346-2222
  312/346-0022(Fax)

Frank L. Watson
William F. Burns
Watson Burns, PLLC
One Commerce Square, Suite 2600
Memphis, TN  38103
  901/578-3528
  901/578-2649(Fax)