UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK DEARMAN, et al , <br><br> Plaintiffs, <br><br> vs. <br><br> THE GILLETTE COMPANY, <br><br> Defendant | MDL No. 1704 <br><br> C.A. No. 05-11177 (DPW) |

## APPLICATION FOR APPOINTMENT AS CLASS COUNSEL

Plaintiffs Mark Dearman, Anthony DeBiseglia, Kevin Windom, Javier Tuñón and Adam Kline respectfully move, pursuant to Rule 23(g), that the law firms of Shapiro Haber & Urmy LLP ("Shapiro") and Lerach Coughlin Stoia Geller Rudman & Robbins, LLP ("Lerach") be appointed as interim counsel on behalf of the putative class, that the Shapiro and Lerach firms be appointed Co-Lead Counsel, and that the Shapiro firm be appointed Liaison Counsel.

The grounds for this motion are set forth in the accompanying Affidavit of Thomas G. Shapiro and memorandum of law.

Dated:  January 13, 2006

By their attorneys,

**/s/Theodore M. Hess-Mahan**
Thomas G. Shapiro BBO #454680
Theodore Hess-Mahan BBO #557109
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
Tel:    (617) 439-3939

Samuel H. Rudman
Robert M. Rothman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100

Kenneth A. Wexler
Edward A. Wallace
The Wexler Firm LLP
One North LaSalle St., Suite 2000
Chicago, IL 60602
Tel:    (312) 346-2222

Thomas M. Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel:    (617) 482-3700

Mark C. Gardy
Henry Young
Abbey Gardy, LLP
212 East 39th Street
New York, NY 10016
Tel:    (212) 889-3700

Alan L. Kovacs
Law Office of Alan L. Kovacs
2001 Beacon Street, Suite 106
Boston, MA 02135
Tel:    (617) 964-1177

Steven A. Kanner
Douglas A. Millen
Robert J. Wozniak, Jr.
Much Shelist Freed Denenberg Ament Rubenstein, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel:    (312) 521-2000

Harry Shulman
The Mills Law Firm
145 Marina Boulevard
San Rafael, CA 94901
Tel:    (414) 455-1326

Daniel R. Karon
Goldman Scarlato & Karon
55 Public Square, Suite 1500
Cleveland, OH 44113
Tel:    (216) 622-1851

Steven J. Greenfogel
Meredith Cohen Greenfogel & Skirnick, P.C.
117 South 17th Street, 22nd Floor
Philadelphia, PA 19103
Tel:    (214) 564-5182

Corey Holzer
Michael I. Fistel
Holzer & Holzer, LLC
1117 Perimeter Center West
Suite E-107
Atlanta, Georgia 30338
Tel:    (770) 392-0090

Joseph J. DePalma
Susan D. Pontoriero
Lite, DePalma Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Tel:    (973) 623-3000

James E. Miller
Patrick A. Klingman
Karen M. Leser
Shepherd, Finkelman, Miller & Shah LLC
65 Main Street
Chester, CT 06412
Tel:    (860) 526-1100

Karen Marcus
Mila F. Bartos
Finkelstein, Thompson & Loughran
1050  30th Street, N.W.
Washington, D.C. 20007
Tel:    (202) 337-8000

Steven A. Schwartz
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041
Tel:    (610) 642-8500

Lionel Z. Glancy
Michael Goldberg
Glancy, Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel:    (310) 201-9150

Ralph M. Stone
Shalov Stone & Bonner
485 Seventh Avenue, Suite 1000
New York, NY 10018
Tel:    (212)-239-4340