UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
In re:                                              )     CIVIL ACTION NO. 05-11177
M3POWER RAZOR SYSTEM                                )     (Lead Case)
MARKETING & SALES PRACTICES                         )
LITIGATION                                          )     MDL Docket No. 1704
                                                    )
_____)

**DEFENDANT THE GILLETTE COMPANY'S**
**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)**

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and authorized representative of defendant The Gillette Company ("Gillette") certify that Gillette and its counsel have conferred:

    a.    with a view to establishing a budget for the full course – and various alternative courses – of the litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                          THE GILLETTE COMPANY

                    By:    /s/ Deborah Marson_____
                            Deborah Marson
                            Deputy General Counsel
                            The Gillette Company

                            /s/ Mark P. Szpak_____
                            Harvey J. Wolkoff
                            Mark P. Szpak
                            Ropes & Gray LLP
                            One International Place
                            Boston, Massachusetts 02110
                            (617) 951-7000

Dated: January 13, 2006

9907775_1