UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | CIVIL ACTION NO. 05-11177 |
| M3POWER RAZOR SYSTEM | ) | (Lead Case) |
| MARKETING & SALES PRACTICES | ) | |
| LITIGATION | ) | MDL Docket No. 1704 |
| | ) | |
| | ) | |
| Falkner v. The Gillette Company, | ) | Civil Action No. 05-12375 |
| | ) | |

**FURTHER ADDENDUM TO
JOINT SCHEDULING REPORT AND JOINT DISCOVERY PLAN
PURSUANT TO FED.R.CIV.P. 16(b) AND 26(f), AND LOCAL RULE 16.1**

The Gillette Company ("Gillette") submits this further addendum to the Joint Scheduling Report and Joint Discovery Plan filed on January 13, 2006.

Gillette has now received assent to the provisions of the Joint Scheduling Report and Joint Discovery Plan from plaintiff's counsel in *Falkner v. The Gillette Company*, Civil Action No. 05-12375.

Accordingly, Addendum Item 2 as it appeared in the Joint Scheduling Report and Joint Discovery Plan (listing the cases as to which Gillette has received no assent from plaintiffs' counsel) is amended to list only *Corrales v. The Gillette Company*, Civil Action No. 05-12332, and *Adoure v. The Gillette Company*, Civil Action No. 05-12375.

January 18, 2006                                      Respectfully submitted,

/s/ Mark P. Szpak
Harvey J. Wolkoff (BBO #532880)          **Counsel for The Gillette Company**
Mark P. Szpak (BBO #546261)               **in all actions comprising**
Emily C. Shanahan (BBO #643456)         **MDL Docket No. 1704**
**ROPES & GRAY LLP**
One International Place
Boston, MA 02110-2646
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

-2-

==================================================

Robert Falkner v. The Gillette Company
Civil Action No. 05-12375 DPW


/s/ Edward W. Cochran (by MPS)
Edward W. Cochran, Esq.                    **Counsel for Plaintiff**
20030 Marchmont Road                       **Robert Falkner**
Shaker Heights, OH 44122
Tel: (216)751-5546


==================================================