UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK DEARMAN and ANTHONY DEBISEGLIA, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE GILLETTE COMPANY,<br><br>　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11177DPW<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Mark P. Szpak as attorney for Defendant, The Gillette Company, in the above captioned action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　*/s/ Mark P. Szpak*
　　　　　　　　　　　　　　　　　　　　Mark P. Szpak (BBO #546261)
　　　　　　　　　　　　　　　　　　　　ROPES & GRAY LLP
　　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　　T (617) 951-7606
　　　　　　　　　　　　　　　　　　　　F (617) 951-7050

Dated: January 20, 2006