# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK DEARMAN and ANTHONY DEBISEGLIA, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br>v. )<br><br>THE GILLETTE COMPANY, )<br><br>Defendant. ) | Civil Action No. 05-11177DPW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Harvey J. Wolkoff as attorney for Defendant, The Gillette Company, in the above captioned action.

Respectfully submitted,

*/s/ Harvey J. Wolkoff*
Harvey J. Wolkoff  (BBO #532880)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
T (617) 951-7522
F (617) 951-7050

Dated:  January 20, 2006