UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK DEARMAN and ANTHONY DEBISEGLIA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>THE GILLETTE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11177DPW<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Emily C. Shanahan as attorney for Defendant, The Gillette Company, in the above captioned action.

                Respectfully submitted,

                */s/ Emily C. Shanahan*
                Emily C. Shanahan (BBO # 643456)
                ROPES & GRAY LLP
                One International Place
                Boston, Massachusetts 02110
                T (617) 951-7714
                F (617) 951-7050

Dated: January 20, 2006