# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK DEARMAN, et al., <br><br>                Plaintiffs, <br>vs. <br><br>THE GILLETTE COMPANY, <br><br>                Defendant | C.A. No. 05-11177 (DPW) |
| KEVIN WINDOM, <br><br>                Plaintiff, <br>vs. <br><br>THE GILLETTE COMPANY, <br><br>                Defendant | C.A. NO: 05-11207 (RWZ) |
| JAVIER TUÑÓN, et. al., <br><br>                Plaintiffs, <br>vs. <br><br>THE GILLETTE COMPANY, <br><br>                Defendant | C.A. No: 05-11208 (DPW) |
| KRISTOPHER KENESSKY, et al., <br><br>                Plaintiffs, <br>vs. <br><br>THE GILLETTE COMPANY, <br><br>                Defendant | C.A. No. 05-11272 (DPW) |
| COLLIN L. McGEARY, <br><br>                Plaintiff, <br>vs. <br><br>THE GILLETTE COMPANY, <br><br>                Defendant | C.A. No. 05-11319 (DPW) |

| | |
|---|---|
| BRADLEY SAUNDERS, et. al.,<br><br>                    Plaintiffs,<br>vs.<br><br>THE GILLETTE COMPANY,<br><br>                    Defendant | C.A. No. 05-11425 (DPW) |
| MARCELL JOHNSON, et. al.,<br><br>                    Plaintiffs,<br>vs.<br><br>THE GILLETTE COMPANY,<br><br>                    Defendant | C.A. No. 05-11455 (DPW) |

### LOCAL RULE 16.1(D)(3) CERTIFICATION

The plaintiff and his undersigned counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Mark Dearman, Plaintiff

_____
Samuel H. Rudman
Robert M. Rothman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100

*Attorneys for Plaintiffs*