UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | CIVIL ACTION NO.  05-11177-DPW |
| M3 POWER RAZOR SYSTEM ) | (LEAD CASE) |
| MARKETING & SALES PRACTICES ) | |
| LITIGATION ) | MDL Docket No.  1704 |
| ) | |
| | |
| THIS DOCUMENT RELATES TO: ) | |
| **ALL CASES** ) | |
| ) | |

### JOINDER IN APPLICATION FOR APPOINTMENT AS CLASS COUNSEL

Plaintiffs, Kristopher Kenesskey and Steven Meyers, plaintiffs in the action styled, *Kristopher Kenessky, et al. v. The Gillette Company,* 05cv11272-DPW, and Plaintiff Bradley Saunders, Bruce Fisher, Brad Fellersen and Richard Herbstman, plaintiffs in an action styled *Bradley Saunders, et al. v. The Gillette Company,* 05cv11425-DPW, (collectively the "Kenesskey/Saunders Plaintiffs") are plaintiffs in the above-captioned litigation and represent consumers in the following states: California, New Jersey, Illinois, Texas and Minnesota.

The Kenesskey/Saunders Plaintiffs join in the Application of Plaintiffs Mark Dearman, Anthony DeBiseglia, Kevin Windom, Javier Tunon and Adam Kline for appointment of the law firms of Shapiro Haber & Urmy LLP and Lerach Coughlin Stoia Rudman & Robbins, LLP as interim counsel on behalf of the putative class and as Co-Lead Counsel, and for the Shapiro firm to be appointed as Liaison Counsel.

DATED:   February 10, 2006                                      /s/ David Pastor
                                                                      David Pastor (BBO #391000)
                                                                       GILMAN AND PASTOR, LLP
                                                                       60 State Street, 37th Floor
                                                                       Boston, MA  02109
                                                                       Tel.:  617-742-9700
                                                                       Fax.:  617-742-9701

**Of Counsel:**

Jason L. Brodsky
Evan J. Smith
Marc L. Ackerman
BRODSKY & SMITH, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA  19004
Tel.:  610-667-6200
Fax:  610-667-9029


**Attorneys for Plaintiffs**