UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK DEARMAN, et al , <br><br>                      Plaintiffs, <br>vs. <br><br>THE GILLETTE COMPANY, <br><br>                      Defendant. | MDL No. 1704 <br><br> C.A. No. 05-11177 (DPW) |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves that this Court enter an Order granting leave to Robert M. Rothman to appear on behalf of the plaintiffs and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1.     Robert M. Rothman is and has been a member in good standing of the bar of the State of New York since 1994.  In addition, Mr. Rothman has also been admitted in the following jurisdictions: United States Court of Appeals for the Eighth Circuit; and the United States District Courts for the Southern and Eastern Districts of New York.

2.     There are no disciplinary proceedings pending against Mr. Rothman as a member of the bar in any jurisdiction.

3.     Mr. Rothman has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.     In further support of this motion, Mr. Rothman has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

2

WHEREFORE, the undersigned counsel respectfully moves that Robert M. Rothman be admitted to practice before this Court *pro hac vice*.

Dated: February 10, 2006                    Respectfully submitted,


**/s/Theodore M. Hess-Mahan**
Thomas G. Shapiro, BBO No. 454680
Theodore M. Hess-Mahan, BBO No. 557109
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
(617) 439-3939

Attorneys for Plaintiffs

2

# CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Robert M. Rothman, hereby certify that:

1. I was admitted to the bar of the State of New York in 1994, the United States District Courts for the Southern and Eastern Districts of New York in 1994, and the United States Court of Appeals for the Eighth Circuit in 2004.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

> Robert M. Rothman
> 58 South Service Road
> Suite 200
> Melville, NY 11747
> Telephone: (631) 367-7100
> Facsimile: (631) 367-1173
> E-mail: rrothman@lerachlaw.com

*/s/ Robert Roth*
Robert M. Rothman

Dated: December 2, 2005