UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>M3 POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION | MASTER DOCKET<br>C.A. No. 05-11177<br>(Lead Case) |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### DEARMAN GROUP'S SUPPLEMENTAL STATEMENT IN SUPPORT OF APPLICATION FOR APPOINTMENT AS CLASS COUNSEL

Plaintiffs in fifteen of the twenty-five[1] pending cases consolidated in this MDL proceeding, by their attorneys, respectfully submit this Supplemental Statement in support of the Dearman Group's Application for Appointment as Class Counsel, filed January 13, 2006, in order to inform the Court that they support the application for appointment of the firms of Shapiro, Haber & Urmy LLP and Lerach Coughlin Stoia Geller Rudman & Robbins LLP as interim Co-Lead Counsel in this consolidated proceeding, pursuant to Rule 23(g). Plaintiffs rely on the Affidavit of Thomas G. Shapiro and Dearman Group's Memorandum of Law, which were filed on January 13, 2006.

Dated: February 10, 2006          Respectfully submitted,

/s/Thomas G. Shapiro
Thomas G. Shapiro BBO #454680
Theodore Hess-Mahan BBO #557109
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel:   (617) 439-3939

---

[1] It is understood that the *Smith* action, No. 05-12335, has been voluntarily dismissed.

Samuel H. Rudman
Robert M. Rothman
LERACH COUGHLIN STOIA GELLER RUDMAN &
  ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100

**Counsel in *Dearman*, No. 05-11177**

Kenneth A. Wexler
Edward A. Wallace
THE WEXLER FIRM LLP
One North LaSalle St., Suite 2000
Chicago, IL 60602
Tel:    (312) 346-2222

Thomas M. Sobol
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel:    (617) 482-3700

C. Brooks Cutter
Mark J. Tamblyn
KERSHAW, CUTTER & RATINOFF, LLP
980 9th Street, 19th Floor
Sacramento, CA 95814
Tel: (916) 448-9800

Charles A. McCallum
R. Brent Irby
MCCALLUM, HOAGLUND, COOK & IRBY, LLP
2062 Columbiana Road
Vestavia Hills, AL 35216
Tel: (205) 824-7767

**Counsel in *Windom*, No. 05-11207**

Thomas G. Shapiro BBO #454680
Theodore Hess-Mahan BBO #557109
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel:    (617) 439-3939

Corey Holzer
Michael I. Fistel
HOLZER & HOLZER, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
Tel: (770) 392-0090

**Counsel in *Tuñón,* No. 05-11208**

David Pastor
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Tel: (617) 742-9700

Jason L. Brodsky
Evan J. Smith
Marc L. Ackerman
BRODSKY & SMITH LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Tel: (610) 667-6200

**Counsel in *Kenessky*, No. 05-11272**

David Pastor
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Tel: (617) 742-9700

Jason L. Brodsky
Evan J. Smith
Marc L. Ackerman
BRODSKY & SMITH LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Tel: (610) 667-6200

**Counsel in *Saunders*, No. 05-11425**

Alan L. Kovacs
LAW OFFICE OF ALAN L. KOVACS
2001 Beacon Street, Suite 106
Boston, MA 02135
Tel: (617) 964-1177

Steven A. Kanner
Douglas A. Millen
Robert J. Wozniak, Jr.
MUCH SHELIST FREED DENENBERG AMENT RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: (312) 521-2000

Harry Shulman
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, CA 94901
Tel: (414) 455-1326

Daniel R. Karon
GOLDMAN SCARLATO & KARON
55 Public Square, Suite 1500
Cleveland, OH 44113
Tel:    (216) 622-1851

Steven J. Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
117 South 17th Street, 22nd Floor
Philadelphia, PA 19103
Tel: (214) 564-5182

**Counsel in *Johnson*, No. 05-11455**

Frank L. Watson, III
William F. Burns
WATSON BURNS, PLLC
One Commerce Square, Suite 2600
Memphis, TN 38103
Tel: (901) 578-3528

Russell Allen Wood
GLASSMAN, EDWARDS, WARD & WYATT PC
26 North Second Street
Memphis, TN 38103
Tel: (901) 527-4673

**Counsel in *Adkison*, No. 05-12331**

Lionel Z. Glancy
Michael Goldberg
GLANCY, BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel: (310) 201-9150

**Counsel in *Marr*, No. 05-12334**

James E. Miller
Patrick A. Klingman
Karen M. Leser
SHEPHERD, FINKELMAN, MILLER & SHAH LLC
65 Main Street
Chester, CT 06412
Tel: (860) 526-1100

Thomas M. Sobol
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: (617) 482-3700

Kenneth A. Wexler
Edward A. Wallace
THE WEXLER FIRM LLP
One North LaSalle St., Suite 2000
Chicago, IL 60602
Tel:    (312) 346-2222

**Counsel in *Geis*, No. 05-12367**

Karen Marcus
Mila F. Bartos
FINKELSTEIN, THOMPSON & LOUGHRAN
1050  30th Street, N.W.
Washington, D.C. 20007
Tel: (202) 337-8000

**Counsel in *Rosenthal*, No. 05-12369**

Joseph J. DePalma
Susan D. Pontoriero
LITE, DEPALMA GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Tel: (973) 623-3000

Mark C. Gardy
Henry Young
ABBEY GARDY, LLP
212 East 39th Street
New York, NY 10016
Tel: (212) 889-3700

**Counsel in *Coleman*, No. 05-12374**

Steven A. Schwartz
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500

Karen Marcus
Mila F. Bartos
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007
Tel: (202) 337-8000

**Counsel in *McGlynn*, No. 05-12376**

Jason B. Rudd
Jon A. York
PENTECOST, GLENN & RUDD, PLLC
106 Stonebridge Boulevard
Jackson, TN 38305
Tel: (731) 668-5995

**Counsel in *Moore*, No. 05-12377**

Frank L. Watson
William F. Burns
WATSON BURNS, PLLC
One Commerce Square, Suite 2600
Memphis, TN 38103
Tel: (901) 578-3528

Arthur Horne
Murray Wells
HORNE & WELLS, PLLC
81 Monroe Avenue, Suite 400
Memphis, TN 38103
Tel: (901) 507-2520

**Counsel in *Gorea*, No. 05-12378**

Brandon O. Gibson
Pentecost, Glenn & Rudd, PLLC
106 Stonebridge Boulevard
Jackson, TN 38305
Tel: (731) 668-5995

**Counsel in *Jackson*, No. 05-12379**