**EXHIBIT B**

I.    **THE *DEARMAN* GROUP**

1.    a.    *Moore*: filed June 3 in Tenn:  Tennessee class

Jon York / Brandon Gibson

b.    *Jackson*: filed June 9 in Tex:  Texas class for (i) Texas consumer protection act, (ii) inten misrep, and (iii) neg misrep

Jon York / Brandon Gibson

2.    a.    *Dearman / Debiseglia*: filed June 7 in Mass:  Florida class and New York class for (i) unjust enrichment, (ii) Florida consumer protection act, and (iii) New York consumer protection act

Shapiro Haber & Urmy (Thomas Shapiro / Theodore Hess-Mahan) and co-counsel Lerach Coughlin (Samuel Rudman / Robert Rothman)

b.    *Tunon / Kline*: filed June 9 in Mass:  Georgia class and Massachusetts class for unjust enrichment

Shapiro Haber & Urmy (Thomas Shapiro / Theodore Hess-Mahan) and co-counsel Holzer & Holzer (Corey Holzer / Michael Fistel)

3.    a.    *Windom*: filed June 8 in Mass:  National class for unjust enrichment

Hagens Berman (Thomas Sobol / Edward Notargiacomo) and co-counsel Wexler Law Firm (Kenneth Wexler / Edward Wallace) and co-counsel Kershaw Cutter (Brooks Cutter / Mark Tamblyn) and co-counsel McCallum, Hoaglund, Cook & Irby (Charles McCallum / Brent Irby)

b.    *Geis*: filed Dec 12 in Conn:  Connecticut class for Conn consumer protection act

Hagens Berman (Thomas Sobol / Edward Notargiacomo) and co-counsel Wexler Law Firm (Kenneth Wexler / Edward Wallace / Andrae Reneau) and co-counsel Kershaw Cutter (Brooks Cutter / Mark Tamblyn) and co-counsel Shepherd Finkelman (James Miller / Patrick Klingman / Karen Leser)

4.    *Marr*: filed June 8 in Cal (state court):  National class for (i) unjust enrichment, (ii) 17200, and (iii) neg misrep

Glancy Binkow & Goldberg (Lionel Glancy / Michael Goldberg)

5.    a.    *Gorea*:  filed June 9 in Tenn:  Tennessee class

        Frank Watson / William Burns and co-counsel Arthur Horne / Murray Wells

    b.    *Adkison*:  filed June 13 in Ark:  Arkansas class for (i) unjust enrichment, (ii) Arkansas consumer protection act, (iii) breach of express and implied warranties, and (iv) negligence and gross negligence

        Frank Watson / William Burns and co-counsel Russell Wood

6.    a.    *Kennessky / Meyers*:  filed June 17 in Mass:  California and New Jersey class for (i) unjust enrichment, (ii) 17200, and (iii) New Jersey consumer protection act

        Gilman and Pastor (David Pastor) and Brodsky & Smith (Jason Brodsky / Evan Smith / Marc Ackerman)

    b.    *Saunders / Fisher / Fellersen / Herbstman*:  filed July 6 in Mass:  Texas, Minnesota, and Illinois class for (i) unjust enrichment, (ii) Texas consumer protection act, (iii) Minnesota consumer protection act, and (iv) Illinois consumer protection act

        Gilman and Pastor (David Pastor) and Brodsky & Smith (Jason Brodsky / Evan Smith / Marc Ackerman)

7.    *Coleman*:  filed June 20 in NJ:  Multi-state class action (Conn, Dist Columbia, Iowa, Mich, Minn, Mo, Neb, N.H., N.J., N.M., N.Y., Pa, R.I., S.C., Ver, Va, Wa, W.Va.) for each states' consumer protection acts

        Lite DePalma (Joseph DePalma / Susan Pontoriero) and co-counsel Abbey Gardey (Mark Gardy / Henry Young)

8.    a.    *Rosenthal*:  filed July 7 in Md (state court):  Maryland class for (i) unjust enrichment and (ii) Maryland consumer protection act

        Finkelstein, Thompson & Loughran (Karen Marcus / Mila Bartos)

    b.    *McGlynn*:  filed July 29 in Penn (state court):  Pennsylvania class for (i) unjust enrichment, (ii) Pennsylvania consumer protection act, (iii) breach of express warranty, and (iv) breach of implied warranty

        Finkelstein, Thompson & Loughran (Karen Marcus / Mila Bartos) and co-counsel Chimicles & Tikellis (Steven Schwartz / Michael Gottsch)

9.          *Johnson / Hirsch / Friedman*:  filed July 8 in Mass:  California, Ohio, and Illinois class for (i) unjust enrichment, (ii) 17200, (iii) 17500, (iv) Ohio consumer protection act, and (v) Illinois consumer protection act)

Law Offices of Kovacs (Alan Kovacs) and co-counsel Much Selist (Steven Kanner / Douglas Millen / Robert Wozniak) and co-counsel Mills Law Firm (Harry Shulman) and co-counsel Goldman Scarlato (Daniel Karon) and Meredith Cohen (Steven Greenfogel)

**II.    THE *MCGEARY* GROUP**

1.    a.    *Huskic*:  filed June 22 in Mo:  Missouri class for (i) unjust enrichment and
        (ii) Missouri consumer protection act

            Larry Drury and co-counsel John Neil and co-counsel Thomas Carnes

    b.    *Besinger / Zavala*:  filed June 23 in Ill:  National class for (i) unjust enrichment
        and (ii) Illinois consumer protection act

            Larry Drury and co-counsel Ben Barnow / Sharon Harris and co-counsel
            John Steward and co-counsel John Alexander

2.    *McGeary*:  filed June 23 in Mass:  National class for unjust enrichment

            Lance Harke / Howard Bushman / David Maher and co-counsel Ken Quat

## III.   THE ATKINS GROUP

1.              *Atkins*:  filed June 3 in Cal:  National class w/ subclasses for each state for
                (i) unjust enrichment and (ii) each states' consumer protection acts

                        Gilliam Wade / Tony Blair / Lee Jackson / Wayne Kreger

2.      a.      *Corrales*:  filed June 8 in Cal:  California class for (i) 17200, (ii) 17500, and
                (iii) CLRA

                        Taras Kick / James Strenio / Tom Martin and co-counsel Alan Kanner /
                        Cindy Green

        b.      *Adoure*:  filed Aug 19 in Cal. (state court):  Non-class representative action for
                (i) 17200, (ii) 17500, and (iii) CLRA

                        Taras Kick / James Strenio / Tom Martin and co-counsel Alan Kanner /
                        Cindy Green

3.              *Gonzalez*:  filed Jun 8 in Cal (state court):  National class for (i) 17200, (ii) 17500,
                (iii) CLRA, (iv) neg misrep, (v) inten misrep, (vi) breach of express warranty,
                (vii) breach of implied warranty (merch), (viii) breach of implied warranty
                (fitness), and (ix) Lanham Act

                        Ken Dodd and co-counsel Howard Rubinstein and co-counsel Howard
                        Hewell

4.              *Pruitt*:  filed July 14 in Cal:  National class w/ subclasses for each state for
                (i) unjust enrichment and (ii) each states' consumer protection acts

                        Donald Amamgbo and co-counsel Reginald Terrell

5.              *Falkner*:  filed Aug 8 in Oh:  Ohio class for (i) unjust enrichment, (ii) Ohio
                consumer protection act, and (iii) fraud

                        Ed Cochran

**IV.**    **Non-Aligned?**

1.              *Lipper*:  filed June 8 in Cal (state court):  California class for 17200

                Mitch Kalcheim