UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUESETTS

| | |
|---|---|
| In re:<br>M3POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION | CIVIL ACTION NO. 05-11177-DPW<br>(LEAD CASE)<br><br>MDL Docket No. 1704 |

THIS DOCUMENT RELATES:
**ALL CASES**

MOTION FOR ADMISSION PRO HAC VICE

Plaintiff, Tracy Gorea respectfully moves this Court to admit Murray B. Wells in this action, on the following grounds:

1. Mr. Wells is a practicing attorney with the law firm Kramer, Horne, Wells & Sheng, PLC whose address is 80 Monroe Avenue, Suite G-1, Memphis, Tennessee 38103. Mr. Wells is licensed, in good standing, and admitted to practice in the State of Tennessee.

2. A Certificate of Good Standing from the United States District Court for the Western District of Tennessee shall be submitted to the Court in support of this Motion.

WHEREFORE, the Plaintiff Tracy Gorea respectfully requests an order from this Court admitting Murray B. Wells to practice before this Court in this matter as co-counsel for said Plaintiff.

{L:\WDOX\BKClient\99992\508\pld\00013480.DOC}

Respectfully Submitted,

_____
Murray B. Wells (TN #21749)
KRAMER, HORNE, WELLS & SHENG, PLC
80 Monroe Avenue, Suite G-1
Memphis, TN  38103
(901) 524-0200

{L:\WDOX\BKClient\99992\508\pld\00013480.DOC}