UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | Civil Action No. 05-11177-DPW |
| M3POWER RAZOR SYSTEM ) | (Lead Case) |
| MARKETING & SALES PRACTICES ) | |
| LITIGATION ) | MDL Docket No. 1704 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL CASES ) | |
| ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF LANCE A. HARKE

Petitioner, Lance A. Harke, P.A., of the law firm Harke & Clasby LLP, pursuant to the Court's January 26, 2006 Case Management Order and Order for Consolidation and Local Rule 83.5.3, respectfully requests that Lance A. Harke, P.A. be admitted to practice before the United States District Court for the District of Massachusetts on behalf of Plaintiff Colin McGeary, and avers as follows:

1.    Petitioner, Lance A. Harke, P.A. represents Plaintiff Colin McGeary whose action was consolidated to this Court as part of the above-captioned multi-district litigation.

2.    Colin McGeary desires that Mr. Harke be admitted and allowed to represent him in connection with the above-captioned multi-district litigation.

3.    As stated in Mr. Harke's Affidavit attached hereto Exhibit 1, he is a member in good standing of the bar of the State of Florida since 1990 and is admitted to practice before the United States District Court for the Southern District of Florida, the Northern District of Florida since 1992 and 1998 respectively and the United States Court of Appeals for the Eleventh Circuit. Further, there are no disciplinary actions pending against Mr. Harke in any jurisdiction.

2

4.     Mr. Harke is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agrees to abide by them.

WHEREFORE, the undersigned counsel respectfully moves for Mr. Harke's admission to this Court, pursuant to Local Rule 83.5.3, for the limited purpose of representing Plaintiff Colin McGeary.

Dated:  February 14, 2006.                                        Respectfully submitted,


*s/ Lance A. Harke*
Lance A. Harke, P.A.
HARKE & CLASBY LLP
155 South Miami Avenue, Suite 600
Miami, FL  33130
Telephone:  (305) 536-8220
Facsimile:   (305) 536-8229

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail this 14th day of February, 2006, on the persons referenced on the attached service list.

| | |
|---|---|
| Brandon O. Gibson<br>Pentecost, Glenn & Rudd, PLLC<br>106 Stonebridge Blvd.<br>Jackson, TN 38305<br><br>*Counsel for Crant W. Jackson* | Frank L. Watson, III<br>William F. Burns<br>Watson Burns, PLLC<br>One Commerce Square, Suite 2600<br>Memphis, TN 38103<br><br>*Counsel for Tracy Corea* |
| Arthur Horne<br>Murray Wells<br>Horne & Wells, PLLC<br>81 Monroe Ave., Suite 400<br>Memphis, TN 38103<br><br>*Counsel for Tracy Corea* | Steven A Schwartz<br>Chimicles & Tikellis LLP<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br><br>*Counsel for Steve McGlynn.* |
| Karen Marcus, Esq.<br>MilaF. Bartos, Esq.<br>Finkelstein, Thompson & Loughran<br>1050 30th Street N.W.<br>Washington, D.C. 20007<br><br>*Counsel for Evan Rosenthal and Steve McGlynn* | Joseph J. DePalma<br>Susan D. Pontoriero<br>Lite DePalma Greenberg & Rivas, LLC<br>Two gateway Center, 12th Floor<br>Newark, NJ 07102<br><br>*Counsel for Patrick Coleman* |
| Marck C. Gardy<br>Henry Young<br>Abbey Gardy, LLP<br>212 East 39th Street<br>New York, NY 10016<br><br>*Counsel for Patrick Coleman* | Mitch Kalcheim, Esq.<br>Kalcheims S A L A H<br>10960 Wilshire Blvd., Suite 1790<br>Los Angeles, CA 90024<br><br>*Counsel for David Lipper* |
| Nadeem Faruqi<br>Anthony Vozzolo<br>Faruqi & Faruqi, LLP<br>320 East 39th Street<br>New York, NY 10016<br><br>*Counsel for David Delre* | Stephen M. Sohmer<br>The Sohmer Law Firm<br>One Passaic Avenue<br>Fairfield, NJ 07004<br><br>*Counsel for Joshua Vereb* |

| | |
|---|---|
| Reginald Terrell, Esq.<br>The Terrell Law Group<br>223 25th Street<br>Richmond, CA 94804<br><br>*Counsel for Michael Pruitt* | Donald Amamgbo, Esq.<br>Amamgbo & Associates<br>1940 Embarcardero<br>Oakland, CA 94606<br><br>*Counsel for Michael Pruitt* |
| Lionel Z. Glancy, Esq.<br>Michael Goldberg, Esq.<br>Glancy Binkow & Goldber LLP<br>1801 Avenue of the Stars, Suite 311<br>Loas Angeles, CA 90067<br><br>*Counsel for Matthew Marr* | Wayne S. Kreger<br>Lee Jackson<br>Gillian L. Wade<br>Verboon, Milstein & Peter, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, CA 90405<br><br>*Counsel for David Atkins* |
| Ben Barnow, Esq.<br>Sharon Harris, Esq.<br>Barnow and Associates, P.C.<br>One North LaSalle Street, Suite 460<br>Chicago, IL 60602<br><br>*Counsel for Greg Besinger and David Zavala* | Larry D. Drury, Esq.<br>Larry D. Drury, LTD.<br>Two N. LasSalle Street, Suite 700<br>Chicago, IL 60602<br><br>*Counsel for Greg Besinger and David Zavala* |
| John H. Alexander, Esq.<br>John H. Alexander & Associates, LLC<br>100 W. Monroe Street, Suite 2100<br>Chicago, IL 60603<br><br>*Counsel for Greg Besinger and David Zavala* | John S. Steward, Esq.<br>The Burnstein Law Firm, P.C.<br>225 South Meramec, Suite 925<br>St. Louis, MO 63105<br><br>*Counsel for Greg Besinger David Zavala, and Elvis Huskic* |
| Joseph V. Neill. Esq.<br>5201 Hampton Avenue<br>St. Louis, MO 63109<br><br>*Counsel for Elvis Huskic* | Thomas R. Carnes, Esq.<br>The Carnes Law Firm<br>5201 Hampton Avenue<br>St. Louis, MO 63109<br><br>*Counsel for Elvis Huskic* |
| Alan L. Kovacs, Esq.<br>Law Office of Alan L. Kovacs<br>2001 Beacon Strret, Suite 106<br>Boston, MA 02135<br><br>*Counsel for Marcell Johnson, Neil Hirsch, and Jeffrey L. Friedman* | Steven A. Kanner, Esq.<br>Douglas A. Millen, Esq.<br>Robert J. Wozniak, Jr., Esq.<br>Much Schelist Freed Denenberg Ament & Rubenstein, P.C.<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL 60606-1615<br><br>*Counsel for Marcell Johnson, Neil Hirsch, and Jeffrey L. Friedman* |

4

| | |
|---|---|
| Harry Shulman, Esq.<br>The Mills Law Firm<br>145 Marina Blvd.<br>San Rafael, CA 94901<br><br>*Counsel for Marcell Johnson, Neil Hirsch, and Jeffrey L. Friedman* | Daniel R. Karon, Esq.<br>Goldman Scarla To & Karon, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113<br><br>*Counsel for Marcell Johnson, Neil Hirsch, and Jeffrey L. Friedman* |
| Steven J. Greenfogel, Esq.<br>Meredith Cohen Greenfogel & Skirnick, P.C.<br>117 S. 17th Street, 22nd Floor<br>Philadelphia, PA 19103<br><br>*Counsel for Marcell Johnson, Neil Hirsch, and Jeffrey L. Friedman* | Russell A. Wood, Esq.<br>414 East Parkway<br>Russelville, AR 72801<br><br>*Counsel for Mark Adkison* |
| Harold M. Hewell, Esq.<br>1901 First Avenue, Second Floor<br>Sand Diego, CA 92101<br><br>*Counsel for Luis Gonzales* | Edward W. Cochran, Esq.<br>20030 Marchmont Road<br>Shaker Heights, OH 44122<br><br>*Counsel for Robert Falkner* |
| Harvey J. Wolkoff<br>Mark P. Szpak<br>Ropes & Gray, LLP<br>One International Place<br>Boston, MA 02110-2624<br><br>*Counsel for The Gillette Company* | Robert E. Bartkus, Esq.<br>Dillon, Bitae & Luther, LLC.<br>P.O. Box 398<br>53 Maple Avenue<br>Morristown, NJ 07963-0398<br><br>*Counsel for The Gillette Company* |

*/ s/ Lance A. Harke*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | Civil Action No. 05-11177-DPW |
| M3POWER RAZOR SYSTEM ) | (Lead Case) |
| MARKETING & SALES PRACTICES ) | |
| LITIGATION ) | MDL Docket No. 1704 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL CASES ) | |
| ) | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF LANCE A. HARKE, P.A.

This matter is before the Court on Plaintiff Colin McGeary's Motion for Admission Pro Hac Vice of Lance A. Harke, P.A., dated February 14, 2006. The Court, having reviewed the motion and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that said Motion is GRANTED.

DONE AND ORDERED this _____ day of _____, 2006, in Boston, Massachusetts.

_____
HONORABLE DOUGLAS P. WOODLOCK
U.S. District Court Judge

Cc:   Counsel of Record

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) <br> M3POWER RAZOR SYSTEM ) <br> MARKETING & SALES PRACTICES ) <br> LITIGATION ) <br> ) | Civil Action No. 05-11177-DPW <br> (Lead Case) <br><br> MDL Docket No. 1704 |
| THIS DOCUMENT RELATES TO: ) <br> ALL CASES ) <br> ) | |

### AFFIDAVIT OF LANCE A. HARKE IN SUPPORT OF
### APPLICATION FOR ADMISSION *PRO HAC VICE*

STATE OF FLORIDA        )
                        ) ss.:
COUNTY OF DADE          )

LANCE A. HARKE, being duly sworn, deposes and says:

1. I am a partner of the law firm of Harke & Clasby LLP, located in Miami, Florida, counsel for Plaintiff Colin McGeary in the consolidated multi-district action captioned above, and I submit this affidavit in support of my application for admission Pro Hac Vice.

2. I am an attorney at law and am a member in good standing of the Florida Bar, Bar No. 863599. I am also admitted and in good standing in the United States District Court for the Southern District of Florida, the Northern District of Florida since 1992 and 1998 respectively and the United States Court of Appeals for the Eleventh Circuit. I am a member in good standing in every jurisdiction where I have been admitted to practice. Attached hereto as Exhibit A is my Certificate of Good Standing issued by The Florida Bar.

3. There are no disciplinary proceedings pending against me in any court, and I am not under suspension or disbarment by any Court.

1

4. Accordingly, I respectfully request that my application for admission to the bar of this Court <u>Pro</u> <u>Hac</u> <u>Vice</u> be granted.

_____
LANCE A. HARKE

Sworn to before me this 14th day of February, 2006 by Lance A. Harke who is personally known to me.

_____
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Ana L. Balloveras
Commission # DD474815
Expires: SEP. 22, 2009
Bonded Thru Atlantic Bonding Co., Inc.

2

EXHIBIT A

AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



### CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA



Fla. Bar. **# 863599**

I, **CLARENCE MADDOX,**   Clerk of the United States District Court for the Southern District of Florida,

DO HEREBY CERTIFY that   *Lance August Harke*   was duly admitted to practice in said Court on **11/13/92**, and is in good standing as a member of the bar of this Court.

Dated at:  **Miami, Florida**, this July 8, 2005

CLARENCE MADDOX
Court Administrator •Clerk of Court

By _____
Deputy Clerk

.sk.5/2002