UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) <br> M3POWER RAZOR SYSTEM ) <br> MARKETING & SALES PRACTICES ) <br> LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> _____ ) | MASTER DOCKET <br> Civil Action No. 05-11177-DPW <br> (Lead Case) <br><br> MDL Docket No. 1704 |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Petitioner, Wayne S. Kreger, of the law firm Milstein, Adelman & Kreger LLP, pursuant to the Court's January 26, 2006 Case Management Order and Order for Consolidation and Local Rule 83.5.3, respectfully requests that Wayne S. Kreger be admitted to practice before the United States District Court for the District of Massachusetts on behalf of Plaintiff David Atkins.

As grounds for this motion, the undersigned represents the following:

1. Wayne S. Kreger is and has been a member in good standing of the bar of the State of California since 1991, State of District of Columbia since 1993, and State of New York since 2004. In addition, Mr. Kreger has also been admitted in the following jurisdictions: United States District Courts for the Northern, Southern, Central, and Eastern Districts of California.

2. There are no disciplinary proceedings pending against Mr. Kreger as a member of the bar in any jurisdiction.

3. Mr. Kreger is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

-2-

4.   In further support of this motion, Mr. Kreger has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves for Mr. Kreger's admission to this Court, pursuant to Local Rule 83.5.3, for the limited purpose of representing Plaintiff David Atkins.

Dated: February 17, 2006                    Respectfully submitted,

/s/ Wayne S. Kreger
**Milstein, Adelman & Kreger, LLP**
Wayne S. Kreger (Cal. Bar No. 154759)
William A. Baird (Cal. Bar No. 192675)
Gillian L. Wade  (Cal. Bar No. 229124)
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone: 310-396-9600
Facsimile:  310-396-9635
wkreger@maklawyers.com

Attorneys for Individual and Representative
Plaintiff David Atkins

## **CERTIFICATE OF GOOD STANDING**

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Wayne S. Kreger, hereby certify that:

1. I was admitted to the bar of the State of California in 1991, State of District of Columbia in 1993, and State of New York in 2004, the United States District Courts for the Central District of California in 1991, and Northern, Southern, and Eastern Districts of California in 2005.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

> Wayne S. Kreger
> MILSTEIN, ADELMAN & KREGER, LLP
> 2800 Donald Douglas Loop North
> Santa Monica, CA 90405
> Telephone: (310) 396-9600
> Facsimile: (310) 396-9635
> E-mail: wkreger@maklawyers.com

/s/ *Wayne S. Kreger*
Wayne S. Kreger

Dated: February 17, 2006

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 17, 2006.

<u>/s/ Wayne S. Kreger</u>
**Milstein, Adelman & Kreger, LLP**
Wayne S. Kreger (Cal. Bar No. 154759)
William A. Baird (Cal. Bar No. 192675)
Gillian L. Wade  (Cal. Bar No. 229124)
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:  310-396-9600
Facsimile:   310-396-9635
wkreger@maklawyers.com