UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: )<br>M3POWER RAZOR SYSTEM )<br>MARKETING & SALES PRACTICES )<br>LITIGATION )<br>_____ )<br> )<br>THIS DOCUMENT RELATES TO: )<br>ALL ACTIONS )<br>_____ ) | MASTER DOCKET<br>Civil Action No. 05-11177-DPW<br>(Lead Case)<br><br>MDL Docket No. 1704 |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Petitioner, Gillian L. Wade, of the law firm Milstein, Adelman & Kreger LLP, pursuant to the Court's January 26, 2006 Case Management Order and Order for Consolidation and Local Rule 83.5.3, respectfully requests that William A. Baird be admitted to practice before the United States District Court for the District of Massachusetts on behalf of Plaintiff David Atkins.

As grounds for this motion, the undersigned represents the following:

1. William A. Baird is and has been a member in good standing of the bar of the State of California since 1997. In addition, Mr. Baird has also been admitted in the following jurisdictions: United States District Courts for the Southern, Central, and Eastern Districts of California.

2. There are no disciplinary proceedings pending against Mr. Baird as a member of the bar in any jurisdiction.

3. Mr. Baird is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

-2-

4.  In further support of this motion, Mr. Baird has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves for Mr. Baird's admission to this Court, pursuant to Local Rule 83.5.3, for the limited purpose of representing Plaintiff David Atkins.

Dated: February 24, 2006                                Respectfully submitted,

                                                        /s/ Gillian L. Wade
                                                        **Milstein, Adelman & Kreger, LLP**
                                                        Wayne S. Kreger (Cal. Bar No. 154759)
                                                        William A. Baird (Cal. Bar No. 192675)
                                                        Gillian L. Wade  (Cal. Bar No. 229124)
                                                        2800 Donald Douglas Loop North
                                                        Santa Monica, California 90405
                                                        Telephone:  310-396-9600
                                                        Facsimile:   310-396-9635
                                                        gwade@maklawyers.com

                                                        Attorneys for Individual and Representative
                                                        Plaintiff David Atkins

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, William A. Baird, hereby certify that:

1. I was admitted to the bar of the State of California in 1997, the United States District Courts for the Central District of California in 1997 and Southern and Eastern Districts of California in 2005.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

> William A. Baird
> MILSTEIN, ADELMAN & KREGER, LLP
> 2800 Donald Douglas Loop North
> Santa Monica, CA 90405
> Telephone: 310-396-9600
> Facsimile:  310-396-9635
> E-mail: tbaird@maklawyers.com

*William Baird/alw*
William A. Baird

Dated: February 24, 2006

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 24, 2006.

<u>/s/ *Gillian L. Wade*</u>
**Milstein, Adelman & Kreger, LLP**
Wayne S. Kreger (Cal. Bar No. 154759)
William A. Baird (Cal. Bar No. 192675)
Gillian L. Wade  (Cal. Bar No. 229124)
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:  310-396-9600
Facsimile:   310-396-9635
gwade@maklawyers.com