UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | CIVIL ACTION NO. 05-11177 |
| M3 POWER RAZOR SYSTEM ) | (Lead Case) |
| MARKETING & SALES PRACTICES ) | |
| LITIGATION ) | MDL Docket No. 1704 |
| ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ALLAN KANNER**

Petitioner, Allan Kanner, of the law firm Kanner & Whiteley LLC, pursuant to the Court's January 26, 2006 Case Management Order and Order for Consolidation and Local Rule 83.5.3, respectfully requests that Allan Kanner be admitted to practice before the United States District Court for the District of Massachusetts on behalf of Plaintiffs Kasem Adoure and Carlos Corrales, and avers as follows:

1. Petitioner, Allan Kanner, represents Plaintiff Kasem Adoure and Plaintiff Carlos Corrales, whose actions were consolidated to this Court as part of the above captioned multi-district litigation.

2. Kasem Adoure and Carlos Corrales desire that Mr. Kanner be admitted and allowed to represent them in connection with the above captioned multi-district litigation.

3. As stated in Mr. Kanner's Affidavit attached hereto as Exhibit 1, he is a member in good standing of the bar of the State of Louisiana since 1996, the State of California since 1983, the District of Columbia since 1980, the State of New Jersey since 1981, the State of Pennsylvania since 1980, and Puerto Rico since 1997 and is admitted to practice before the U.S. District Court Eastern District of Louisiana, U.S. District Court Middle District of Louisiana, U.S. District Court Western District of Louisiana, U.S. District Court District of Puerto Rico, U.S. District Court District of North Dakota, U.S. District Court Middle District of Pennsylvania, U.S. District Court Eastern District of Pennsylvania, U.S. District Court District of New Jersey, U.S. District Court Central

District of California, U.S. District Court Eastern District of California, U.S. District Court Northern District of California, U.S. District Court Southern District of California, U.S. District Court Western District of Wisconsin, U.S. District Court Western District of Michigan, U.S. District Court District of Nebraska, U.S. Court of Appeals 3rd Circuit, U.S. Court of Appeals 5th Circuit, U.S. Court of Appeals 6th Circuit, U.S. Court of Appeals 7th Circuit, U.S. Court of Appeals 9th Circuit, U.S. Court of Appeals 11th Circuit, U.S. Court of Appeals District of Columbia Circuit, U.S. Supreme Court, and the U.S. Court of Federal Claims. Further, there are no disciplinary actions pending against Mr. Kanner in any jurisdiction.

4.  Mr. Kanner is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agrees to abide by the them.

WHEREFORE, the undersigned counsel respectfully moves for Mr. Kanner's admission to this Court, pursuant to Local Rule 83.5.3, for the limited purpose of representing Plaintiff Kasem Adoure and Plaintiff Carlos Corrales.

Dated: February 21, 2006

Respectfully submitted,

Allan Kanner
KANNER & WHITELEY LLC
701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777
Facsimile: (504) 524-5763

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail this 21st day of February, 2006, on the persons referenced on the attached service list.

| | |
|---|---|
| Brandon O. Gibson<br>Pentecost, Glenn & Rudd, PLLC<br>106 Stonebridge Blvd.<br>Jackson, TN 38305<br><br>*Counsel for Grant W. Jackson* | Frank L. Watson, III<br>William F. Burns<br>Watson Burns, PLLC<br>One Commerce Square, Suite 2600<br>Memphis, TN 38103<br><br>*Counsel for Tracy Gorea* |
| Arthur Horne<br>Murray Wells<br>Horne & Wells, PLLC<br>81 Monroe Ave., Suite 400<br>Memphis, TN 38103<br><br>*Counsel for Tracy Corea* | Steven A. Schwartz<br>Chimicles & Tikellis LLP<br>361 West Lancaster Avenue<br>Harverford, PA 19041<br><br>*Counsel for Steve McGlynn* |
| Karen Marcus, Esq.<br>Mila F. Bartos, Esq.<br>Finkelstein, Thompson & Loughran<br>1050 30th Street N.W.<br>Washington, D.C. 20007<br><br>*Counsel for Evan Rosenthal and Steve McGlynn* | Joseph J. DePalma<br>Susan D. Pontoriero<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br><br>*Counsel for Patrick Coleman* |
| Mark C. Gardy<br>Henry Young<br>Abbey Gardy, LLP<br>212 East 39th Street<br>New York, NY 10016<br><br>*Counsel for Patrick Coleman, Mark Dearman and Anthony Debiseglia* | Mitch Kalcheim, Esq.<br>Kalcheims S A L A H<br>10960 Wilshire Blvd., Suite 1790<br>Los Angeles, CA 90024<br><br>*Counsel for David Lipper* |
| Nadeem Faruqi<br>Anthony Vozzolo<br>Faruqi & Faruqi, LLP<br>320 East 39th Street<br>New York, NY 10016<br><br>*Counsel for David Delre* | Stephen M. Sohmer<br>The Sohmer Law Firm<br>One Passaic Avenue<br>Fairfield, NJ 07004<br><br>*Counsel for Joshua Vereb* |

| | |
|---|---|
| Reginald Terrell, Esq.<br>The Terrell Law Group<br>223 25th Street<br>Richmond, CA 9484<br><br>*Counsel for Michael Pruitt* | Donald Amamgbo, Esq.<br>Amamgbo & Associates<br>1940 Embarcardero<br>Oakland, CA 94606<br><br>*Counsel for Michael Pruitt* |
| Lionel Z. Glancy, Esq.<br>Michael Goldberg, Esq.<br>Glancy Binkow & Goldberg LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br><br>*Counsel for Matthew Marr* | Wayne S. Kreger<br>Lee Jackson<br>Gillian L. Wade<br>Verboon, Milstein & Peter, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, CA 90045<br><br>*Counsel for Greg Besinger and David Zavala* |
| Ben Barnow, Esq.<br>Sharon Harris, Esq.<br>Barnow and Associates, P.C.<br>One North LaSalle Street, Suite 460<br>Chicago, IL 60602<br><br>*Counsel for Greg Besinger and David Zavala* | John S. Steward, Esq.<br>The Burnstein Law Firm, P.C.<br>225 South Meramec, Suite 925<br>St. Louis, MO 63105<br><br>*Counsel for Greg Besinger, David Zavala and Elvis Huskic* |
| Joseph V. Neill, Esq.<br>5201 Hampton Avenue<br>St. Louis, MO 63109<br><br>*Counsel for Elvis Huskic* | Thomas R. Carnes, Esq.<br>The Carnes Law Firm<br>5201 Hampton Avenue<br>St. Louis, MO 63109<br><br>*Counsel for Elvis Huskic* |
| Alan L. Kovacs, Esq.<br>Law Office of Alan L. Kovacs<br>2001 Beacon Street, Suite 106<br>Boston, MA 02135<br><br>*Counsel for Marcell Johnson, Neil Hirsch, Jeffrey L. Friedman, Mark Dearman and Anthony Debiseglia* | Steven A. Kanner, Esq.<br>Douglas A. Millen, Esq.<br>Robert J. Wozniak, Jr. Esq.<br>Much Schelist Freed Denenberg Ament & Rubenstein, P.C.<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL 60606-1615<br><br>*Counsel for Marcel Johnson, Neil Hirsch, Jeffrey L. Friedman, Mark Dearman and Anthony Debiseglia* |

| | |
|---|---|
| Harry Shulman, Esq.<br>The Mills Law Firm<br>145 Marina Blvd.<br>San Rafael, CA 94901<br><br>*Counsel for Marcell Johnson, Neil Hirsch, Jeffrey L. Friedman, Mark Dearman and Anthony Debiseglia* | Daniel R. Karon, Esq.<br>Goldman Scarla To & Karon, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113<br><br>*Counsel for Marcell Johnson, Neil Hirsch and Jeffrey L. Friedman* |
| Steven J. Greenfogel, Esq.<br>Meredith Cohen Greenfogel & Skirnick, P.C.<br>117 S. 17th Street, 22nd Floor<br>Philadelphia, PA 19103<br><br>*Counsel for Marcell Johnson, Neil Hirsch and Jeffrey L. Friedman* | Russell A. Wood, Esq.<br>414 East Parkway<br>Russelville, AR 72801<br><br>*Counsel for Mark Adkison* |
| Harold M. Hewell, Esq.<br>1901 First Avenue, Second Floor<br>San Diego, CA 92101<br><br>*Counsel for Luis Gonzales* | Edward W. Cochran, Esq.<br>20030 Marchmont Road<br>Shaker Heights, OH 44122<br><br>*Counsel for Robert Falkner* |
| Thomas G. Shapiro<br>Shapiro Haber & Urmy LLP<br>53 State Street<br>Boston, MA 02109<br><br>*Counsel for Mark Dearman, Anthony Debiseglia, Javier Tunon and Adam Line* | Samuel H. Rudman<br>Robert M. Rothman<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>200 Broadhollow Road<br>Suite 406<br>Melville, NY 11747<br><br>*Counsel for Mark Dearman and Anthony Debiseglia* |
| Kenneth A. Wexler<br>Edward A. Wallace<br>The Wexler Firm LLP<br>One North LaSalle St., Suite 2000<br>Chicago, Il 60602<br><br>*Counsel for Mark Dearman and Anthony Debiseglia* | Thomas M. Sobol<br>Edward Notargiacomo<br>Hagans Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br><br>*Counsel for Mark Dearman, Anthony Debiseglia and Kevin Windom* |

| | |
|---|---|
| Kenneth A. Wexler<br>The Wexler Firm LLP<br>One North LaSalle St., Suite 2000<br>Chicago, Il 60602<br><br>*Counsel for Kevin Windom* | Charles A. McCallum<br>McCallum, Hoaglund, Cook & Irby<br>2062 Columbiana Road<br>Vestavia Hills, AL 35216<br><br>*Counsel for Kevin Windom* |
| C. Brooks Cutter<br>Kershaw, Cutter & Ratinoff, LLP<br>980 9th Street, 19th Floor<br>Sacramento, CA 95814<br><br>*Counsel for Kevin Windom* | Corey Holzer<br>Holzer & Holzer LLC<br>1117 Perimeter Center West<br>Suite E-107<br>Atlanta, GA 30338<br><br>*Counsel for Javier Tunon & Adam Line* |
| Lance A. Harke<br>Harke & Clasby LLP<br>155 South Miami Ave., Suite 600<br>Miami, FL 33130<br><br>*Counsel for Javier Tunon & Adam Line* | Kenneth D. Quat<br>Law Office of Kenneth D. Quat<br>9 Damonmill Square, Suite 4A-4<br>Concord, MA 01742<br><br>*Counsel for Javier Tunon & Adam Line* |
| David Pastor<br>Gilman & Pastor<br>60 State Street, 37th Floor<br>Boston, MA 02109<br><br>*Counsel for Kristopher Kennessky, Steven Meyers, Bradley Saunders, Bruce Fisher, Brad Fellersen & Richard Herbstman* | Jason L. Brodsky<br>Brodsky & Smith LLC<br>Two Bala Plaza, Suite 602<br>Bala Cynwyd, PA 19004<br><br>*Counsel for Kristopher Kennessky, Steven Meyers, Bradley Saunders, Bruce Fisher, Brad Fellersen & Richard Herbstman* |
| Clifford H. Pearson<br>Wasserman, Comden, Casselman & Pearson<br>5567 Reseda Blvd., Suite 330<br>P.O. Box 7033<br>Tarzana, CA 91357<br><br>*Counsel for L. Dean Smith, Jr.* | Robert C. Baker<br>Baker, Keener & Nahra, LLP<br>633 West Fifth Street, 54th Floor<br>Los Angeles, CA 90071-2005<br><br>*Counsel for L. Dean Smith, Jr.* |
| James E. Miller<br>Patrick A. Klingman<br>Karen M. Leser<br>Shepard, Finkelman, Miller & Shah LLC<br>65 Main Street<br>Chester, CT 06412<br><br>*Counsel for Lisa Geis* | Harvey J. Wolkoff<br>Mark P. Szpak<br>Ropes & Gray, LLP<br>One International Place<br>Boston, MA 02110-2624<br><br>*Counsel for Gillette Company* |

| | |
|---|---|
| Robert E. Bartkus, Esq.<br>Dillon, Bitae & Luther, LLC<br>P.O. Box 398<br>53 Maple Avenue<br>Morristown, NJ 07963-0398<br><br>*Counsel for The Gillette Company* | |

_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | CIVIL ACTION NO. 05-11177 |
| M3 POWER RAZOR SYSTEM ) | (Lead Case) |
| MARKETING & SALES PRACTICES ) | |
| LITIGATION ) | MDL Docket No. 1704 |
| ) | |

**ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* OF ALLAN KANNER**

This matter is before the Court on Plaintiff Kasem Adoure and Plaintiff Carlos Corrales' Motion for Admission Pro Hac Vice of Allan Kanner, dated February 21, 2006. The Court, having reviewed the motion and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that said Motion is GRANTED.

DONE AND ORDERED this ____ day of _____, 2006, in Boston, Massachusetts.

_____
HONORABLE DOUGLAS P. WOODLOCK
U.S. District Court Judge

cc: Counsel of Record

EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | CIVIL ACTION NO. 05-11177 |
| M3 POWER RAZOR SYSTEM ) | (Lead Case) |
| MARKETING & SALES PRACTICES ) | |
| LITIGATION ) | MDL Docket No. 1704 |
| ) | |

### AFFIDAVIT OF ALLAN KANNER IN SUPPORT OF APPLICATION FOR ADMISSION

STATE OF LOUISIANA      )
                        )
CITY OF NEW ORLEANS     )

Allan Kanner, being duly sworn, deposes and says:

1. I am the Senior Member of the firm of Kanner & Whiteley LLC, located in New Orleans, Louisiana, counsel for Plaintiff Kasem Adoure and Plaintiff Carlos Corrales in the consolidated multi-district action captioned above, and I submit this Affidavit in support of my Application for Admission *Pro Hac Vice*.

2. I am an attorney at law and a member of good standing of the Louisiana Bar, Bar No. 20580. I am also admitted and in good standing in the U.S. District Court Eastern District of Louisiana, U.S. District Court Middle District of Louisiana, U.S. District Court Western District of Louisiana, U.S. District Court District of Puerto Rico, U.S. District Court District of North Dakota, U.S. District Court Middle District of Pennsylvania, U.S. District Court Eastern District of Pennsylvania, U.S. District Court District of New Jersey, U.S. District Court Central District of California, U.S. District Court Eastern District of California, U.S. District Court Northern District of California, U.S. District Court Southern District of California, U.S. District Court Western District of Wisconsin, U.S. District Court Western District of Michigan, U.S. District Court District of Nebraska, U.S. Court of Appeals 3rd Circuit, U.S. Court of Appeals 5th Circuit, U.S. Court of Appeals 6th Circuit, U.S.

Court of Appeals 7th Circuit, U.S. Court of Appeals 9th Circuit, U.S. Court of Appeals 11th Circuit, U.S. Court of Appeals District of Columbia Circuit, U.S. Supreme Court, and the U.S. Court of Federal Claims. I am a member in good standing in every jurisdiction where I have been admitted to practice. Attached hereto as Exhibit A is my Certificate of Good Standing issued by The Louisiana Supreme Court.

3.  There are no disciplinary proceedings pending against me in any court, and I am not under suspension or disbarment by any Court.

4.  Accordingly, I respectfully request that my application for admission to the bar of this Court *Pro Hac Vice* be granted.

                                                                                      Allan Kanner

Sworn to before me this 21st day of February, 2006 by Allan Kanner who is personally known to me.

_____
Notary Public
Cynthia S. Green
La. Bar #

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

ALLAN KANNER, ESQ., #20580

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 15th Day of April, 1991 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 17th Day of February, 2006, A.D.

Clerk of Court
Supreme Court of Louisiana



EXHIBIT A