UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | CIVIL ACTION NO. 05-11177 |
| M3 POWER RAZOR SYSTEM ) | (Lead Case) |
| MARKETING & SALES PRACTICES ) | |
| LITIGATION ) | MDL Docket No. 1704 |
| ) | |

### NOTICE OF CHANGE OF FIRM NAME FOR PLAINTIFF COUNSEL

Please be advised that, effective January 24, 2005, the law firm of Allan Kanner & Associates, P.L.L.C. changed its name to Kanner & Whiteley, L.L.C. All other information remains the same.

This ____ day of February, 2006.

Respectfully Submitted,

By: _____
Allan Kanner, Esq.
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, LA 70130
Phone: (504) 524-5777
Facsimile: (504) 524-5763

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of February, I served a copy of the above and foregoing upon all counsel of record.

| | |
|---|---|
| Brandon O. Gibson<br>Pentecost, Glenn & Rudd, PLLC<br>106 Stonebridge Blvd.<br>Jackson, TN 38305<br><br>*Counsel for Grant W. Jackson* | Frank L. Watson, III<br>William F. Burns<br>Watson Burns, PLLC<br>One Commerce Square, Suite 2600<br>Memphis, TN 38103<br><br>*Counsel for Tracy Gorea* |
| Arthur Horne<br>Murray Wells<br>Horne & Wells, PLLC<br>81 Monroe Ave., Suite 400<br>Memphis, TN 38103<br><br>*Counsel for Tracy Corea* | Steven A. Schwartz<br>Chimicles & Tikellis LLP<br>361 West Lancaster Avenue<br>Harverford, PA 19041<br><br>*Counsel for Steve McGlynn* |
| Karen Marcus, Esq.<br>Mila F. Bartos, Esq.<br>Finkelstein, Thompson & Loughran<br>1050 30th Street N.W.<br>Washington, D.C. 20007<br><br>*Counsel for Evan Rosenthal<br>and Steve McGlynn* | Joseph J. DePalma<br>Susan D. Pontoriero<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br><br>*Counsel for Patrick Coleman* |
| Mark C. Gardy<br>Henry Young<br>Abbey Gardy, LLP<br>212 East 39th Street<br>New York, NY 10016<br><br>*Counsel for Patrick Coleman, Mark Dearman<br>and Anthony Debiseglia* | Mitch Kalcheim, Esq.<br>Kalcheims S A L A H<br>10960 Wilshire Blvd., Suite 1790<br>Los Angeles, CA 90024<br><br>*Counsel for David Lipper* |
| Nadeem Faruqi<br>Anthony Vozzolo<br>Faruqi & Faruqi, LLP<br>320 East 39th Street<br>New York, NY 10016<br><br>*Counsel for David Delre* | Stephen M. Sohmer<br>The Sohmer Law Firm<br>One Passaic Avenue<br>Fairfield, NJ 07004<br><br>*Counsel for Joshua Vereb* |

| | |
|---|---|
| Reginald Terrell, Esq.<br>The Terrell Law Group<br>223 25th Street<br>Richmond, CA 9484<br><br>*Counsel for Michael Pruitt* | Donald Amamgbo, Esq.<br>Amamgbo & Associates<br>1940 Embarcardero<br>Oakland, CA 94606<br><br>*Counsel for Michael Pruitt* |
| Lionel Z. Glancy, Esq.<br>Michael Goldberg, Esq.<br>Glancy Binkow & Goldberg LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br><br>*Counsel for Matthew Marr* | Wayne S. Kreger<br>Lee Jackson<br>Gillian L. Wade<br>Verboon, Milstein & Peter, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, CA 90045<br><br>*Counsel for Greg Besinger and David Zavala* |
| Ben Barnow, Esq.<br>Sharon Harris, Esq.<br>Barnow and Associates, P.C.<br>One North LaSalle Street, Suite 460<br>Chicago, IL 60602<br><br>*Counsel for Greg Besinger and David Zavala* | John S. Steward, Esq.<br>The Burnstein Law Firm, P.C.<br>225 South Meramec, Suite 925<br>St. Louis, MO 63105<br><br>*Counsel for Greg Besinger, David Zavala and Elvis Huskic* |
| Joseph V. Neill, Esq.<br>5201 Hampton Avenue<br>St. Louis, MO 63109<br><br>*Counsel for Elvis Huskic* | Thomas R. Carnes, Esq.<br>The Carnes Law Firm<br>5201 Hampton Avenue<br>St. Louis, MO 63109<br><br>*Counsel for Elvis Huskic* |
| Alan L. Kovacs, Esq.<br>Law Office of Alan L. Kovacs<br>2001 Beacon Street, Suite 106<br>Boston, MA 02135<br><br>*Counsel for Marcell Johnson, Neil Hirsch, Jeffrey L. Friedman, Mark Dearman and Anthony Debiseglia* | Steven A. Kanner, Esq.<br>Douglas A. Millen, Esq.<br>Robert J. Wozniak, Jr. Esq.<br>Much Schelist Freed Denenberg Ament & Rubenstein, P.C.<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL 60606-1615<br><br>*Counsel for Marcel Johnson, Neil Hirsch, Jeffrey L. Friedman, Mark Dearman and Anthony Debiseglia* |

| | |
|---|---|
| Harry Shulman, Esq.<br>The Mills Law Firm<br>145 Marina Blvd.<br>San Rafael, CA 94901<br><br>*Counsel for Marcell Johnson, Neil Hirsch, Jeffrey L. Friedman, Mark Dearman and Anthony Debiseglia* | Daniel R. Karon, Esq.<br>Goldman Scarla To & Karon, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113<br><br>*Counsel for Marcell Johnson, Neil Hirsch and Jeffrey L. Friedman* |
| Steven J. Greenfogel, Esq.<br>Meredith Cohen Greenfogel & Skirnick, P.C.<br>117 S. 17th Street, 22nd Floor<br>Philadelphia, PA 19103<br><br>*Counsel for Marcell Johnson, Neil Hirsch and Jeffrey L. Friedman* | Russell A. Wood, Esq.<br>414 East Parkway<br>Russelville, AR 72801<br><br>*Counsel for Mark Adkison* |
| Harold M. Hewell, Esq.<br>1901 First Avenue, Second Floor<br>San Diego, CA 92101<br><br>*Counsel for Luis Gonzales* | Edward W. Cochran, Esq.<br>20030 Marchmont Road<br>Shaker Heights, OH 44122<br><br>*Counsel for Robert Falkner* |
| Thomas G. Shapiro<br>Shapiro Haber & Urmy LLP<br>53 State Street<br>Boston, MA 02109<br><br>*Counsel for Mark Dearman, Anthony Debiseglia, Javier Tunon and Adam Line* | Samuel H. Rudman<br>Robert M. Rothman<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>200 Broadhollow Road<br>Suite 406<br>Melville, NY 11747<br><br>*Counsel for Mark Dearman and Anthony Debiseglia* |
| Kenneth A. Wexler<br>Edward A. Wallace<br>The Wexler Firm LLP<br>One North LaSalle St., Suite 2000<br>Chicago, Il 60602<br><br>*Counsel for Mark Dearman and Anthony Debiseglia* | Thomas M. Sobol<br>Edward Notargiacomo<br>Hagans Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br><br>*Counsel for Mark Dearman, Anthony Debiseglia and Kevin Windom* |

| | |
|---|---|
| Kenneth A. Wexler<br>The Wexler Firm LLP<br>One North LaSalle St., Suite 2000<br>Chicago, Il 60602<br><br>*Counsel for Kevin Windom* | Charles A. McCallum<br>McCallum, Hoaglund, Cook & Irby<br>2062 Columbiana Road<br>Vestavia Hills, AL 35216<br><br>*Counsel for Kevin Windom* |
| C. Brooks Cutter<br>Kershaw, Cutter & Ratinoff, LLP<br>980 9th Street, 19th Floor<br>Sacramento, CA 95814<br><br>*Counsel for Kevin Windom* | Corey Holzer<br>Holzer & Holzer LLC<br>1117 Perimeter Center West<br>Suite E-107<br>Atlanta, GA 30338<br><br>*Counsel for Javier Tunon & Adam Line* |
| Lance A. Harke<br>Harke & Clasby LLP<br>155 South Miami Ave., Suite 600<br>Miami, FL 33130<br><br>*Counsel for Javier Tunon & Adam Line* | Kenneth D. Quat<br>Law Office of Kenneth D. Quat<br>9 Damonmill Square, Suite 4A-4<br>Concord, MA 01742<br><br>*Counsel for Javier Tunon & Adam Line* |
| David Pastor<br>Gilman & Pastor<br>60 State Street, 37th Floor<br>Boston, MA 02109<br><br>*Counsel for Kristopher Kennessky, Steven Meyers, Bradley Saunders, Bruce Fisher, Brad Fellersen & Richard Herbstman* | Jason L. Brodsky<br>Brodsky & Smith LLC<br>Two Bala Plaza, Suite 602<br>Bala Cynwyd, PA 19004<br><br>*Counsel for Kristopher Kennessky, Steven Meyers, Bradley Saunders, Bruce Fisher, Brad Fellersen & Richard Herbstman* |
| Clifford H. Pearson<br>Wasserman, Comden, Casselman & Pearson<br>5567 Reseda Blvd., Suite 330<br>P.O. Box 7033<br>Tarzana, CA 91357<br><br>*Counsel for L. Dean Smith, Jr.* | Robert C. Baker<br>Baker, Keener & Nahra, LLP<br>633 West Fifth Street, 54th Floor<br>Los Angeles, CA 90071-2005<br><br>*Counsel for L. Dean Smith, Jr.* |
| James E. Miller<br>Patrick A. Klingman<br>Karen M. Leser<br>Shepard, Finkelman, Miller & Shah LLC<br>65 Main Street<br>Chester, CT 06412<br><br>*Counsel for Lisa Geis* | Harvey J. Wolkoff<br>Mark P. Szpak<br>Ropes & Gray, LLP<br>One International Place<br>Boston, MA 02110-2624<br><br>*Counsel for Gillette Company* |

| | |
|---|---|
| Robert E. Bartkus, Esq.<br>Dillon, Bitae & Luther, LLC<br>P.O. Box 398<br>53 Maple Avenue<br>Morristown, NJ 07963-0398<br><br>*Counsel for The Gillette Company* | <br><br><br>_____ |