UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br> M3 POWER RAZOR SYSTEM <br> MARKETING & SALES PRACTICES <br> LITIGATION <br><br><br> THIS DOCUMENT RELATES TO: <br> **ALL ACTIONS** | CIVIL ACTION NO. 05-11177-DPW <br> (LEAD CASE) <br><br> MDL Docket No. 1704 |

## MOTION TO ADMIT THOMAS G. MARTIN *PRO HAC VICE*

Petitioner, Thomas G. Martin, of The Kick Law Firm, APC, respectfully requests, pursuant to the Court's January 26, 2006 Case Management Order and Order for Consolidation and Local Rule 83.5.3, that Thomas G. Martin be admitted to practice before the United States District Court for the District of Massachusetts on behalf of Plaintiffs Kasem Adoure and Carlos Corrales, and avers as follows:

1. Petitioner, Thomas G. Martin is an associate of The Kick Law Firm, APC, counsel for Plaintiff Kasem Adoure and Plaintiff Carlos Corrales, whose actions were transferred to this Court as part of the above captioned multi-district litigation.

2. Kasem Adoure and Carlos Corrales desire that Mr. Martin be admitted and allowed to represent them in connection with the above captioned multi-district litigation and their respective actions which have been transferred to this Court.

3. As stated in the accompanying affidavit (certificate of good standing), Mr. Martin is an attorney in good standing as a member of the bar in every jurisdiction where he has been admitted, including the bar of the State of California (where he was admitted to on June 2, 1998),

and the bars of the United States District Courts for the Central and Northern Districts of California and the United States Court of Appeal for the Ninth Circuit and the First Circuit.

     4.     There are no disciplinary proceedings pending against Mr. Martin as a member of the bar in any jurisdiction.

     5.     Mr. Martin is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned counsel respectfully moves for Mr. Martin's admission to this Court, pursuant to Local Rule 83.5.3, for the purpose of representing Plaintiff Kasem Adoure and Plaintiff Carlos Corrales in their respective actions transferred to this Court and in this MDL proceeding.

Dated: February 28, 2006                        Respectfully submitted,

/s/ Thomas G. Martin
Thomas G. Martin (Cal. Bar No. 195627)
THE KICK LAW FIRM
660 Figueroa St., Ste 1800
Los Angeles, CA 90017
Telephone: (213) 624-1588
Facsimile: (213) 624-1589
tom@kicklawfirm.com
Counsel for Plaintiffs Kasem Adoure
and Carlos Corrales

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 85.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Thomas G. Martin, hereby certify that:

1. I am an attorney licensed to practice in the State of California and admitted to practice before the United States District Court for the Central District of California. I am an associate of The Kick Law Firm, APC, co-counsel of record with Kanner & Whiteley, LLC, counsel for Plaintiff Carlos Corrales (in Case No. 05-cv-12332-DPW) and Plaintiff Kasem Adoure (in Case No. 05-cv-12336-DPW) in this MDL proceeding (MDL No. 1704, Master File No. 05-cv-11177-DPW). I submit this certificate in support of my application for pro hac vice admission.

2. I am an attorney in good standing as a member of the bar in every jurisdiction where I have been admitted, including the bar of the State of California (to which I was admitted on June 2, 1998), and the bars of the United States District Courts for the Central and Northern Districts of California and the United States Court of Appeals for the Ninth Circuit and the First Circuit.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number, and email address are as follows:

>Thomas G. Martin
>THE KICK LAW FIRM, APC
>660 South Figueroa Street, Suite 1800
>Los Angeles, California 90017

                    Telephone: 213-624-1588
                    Facsimile: 213-624-1589
                    Email: tom@kicklawfirm.com

      I declare under penalty of perjury, pursuant to the laws of California and the United States of America, that the above is true and correct and that this declaration was executed at Los Angeles, California on February 28, 2006.

_____
THOMAS G. MARTIN

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 1, 2006.

/s/ G. James Strenio
G. James Strenio
THE KICK LAW FIRM, APC
660 South Figueroa Street, Suite 1800
Los Angeles, California 90017
Telephone: 213-624-1588
Facsimile: 213-624-1589
Email: james@kicklawfirm.com