**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: ) | Civil Action No. 05-11177-DPW |
| M3POWER RAZOR SYSTEM ) | (Lead Case) |
| MARKETING & SALES PRACTICES ) | |
| LITIGATION ) | MDL Docket No. 1704 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL CASES ) | |
| ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN H. ALEXANDER

Petitioner, John H. Alexander, of the law firm John H Alexander & Associates, LLC, pursuant to the Court's January 26, 2006 Case Management Order and Order for Consolidation and Local Rule 83.5.3, respectfully requests that John H. Alexander be admitted to practice before the United States District Court for the District of Massachusetts on behalf of Plaintiffs Greg Besinger and David Zavala, and avers as follows:

1. Petitioner, John H. Alexander, represents Plaintiffs Greg Besinger and David Zavala, whose action was consolidated to this Court as part of the above-captioned multi-district litigation.

2. Plaintiffs desire that Mr. Alexander be admitted and allowed to represent them in this matter.

3. As stated in Mr. Alexander's Affidavit attached hereto, he is a member in good standing of the bar of the State of Illinois since 1974 and is admitted to practice before the United States District Court for the Northern District of Illinois since 1974, and the United States Court of Appeals for the Seventh Circuit since 1974. Further, there are no disciplinary actions pending

against Mr. Alexander in any jurisdiction.

4.     Mr. Alexander is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agrees to abide by them.

WHEREFORE, the undersigned counsel respectfully moves for Mr. Alexander's admission to this Court, pursuant to Local Rule 83.5.3, for this particular litigation.

Dated: February 28 2006.

Respectfully submitted,

*/s/ John H. Alexander*
John H. Alexander
John H. Alexander & Associates, LLC
100 W. Monroe St. Suite 2100
Chicago, IL 60603
Telephone:  (312) 263-7731
Facsimile:   (312) 263-7752

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: )<br>M3POWER RAZOR SYSTEM )<br>MARKETING & SALES PRACTICES )<br>LITIGATION )<br>_____ ) | Civil Action No. 05-11177-DPW<br>(Lead Case)<br><br>MDL Docket No. 1704 |
| THIS DOCUMENT RELATES TO: )<br>ALL CASES )<br>_____ ) | |

### AFFIDAVIT OF JOHN H. ALEXANDER IN SUPPORT OF
### APPLICATION FOR ADMISSION *PRO HAC VICE*

STATE OF ILLINOIS      )
                       ) ss.:
COUNTY OF COOK         )

JOHN H. ALEXANDER, being duly sworn, deposes and says:

1.  I am the sole shareholder in the law firm of John H. Alexander & Associates, LLC, located in Chicago, Illinois, counsel for Plaintiffs Greg Besinger and David Zavala in the consolidated multi-district action captioned above, and I submit this affidavit in support of my application for admission *Pro Hac Vice*.

2.  I am an attorney at law and am a member in good standing of the Illinois Bar, Bar No. 0028738 since 1974. I am also admitted and in good standing in the United States District Court for the Northern District of Illinois since 1974, and the United States Court of Appeals for the Seventh Circuit since 1974. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3.  There are no disciplinary proceedings pending against me in any court, and I am not

1

under suspension or disbarment by any court.

4. Accordingly, I respectfully request that my application for admission to the bar of this Court *Pro Hac Vice* be granted.

_____
John H. Alexander

SUBSCRIBED AND SWORN to before me
this 20th day of February, 2006

_____
Notary Public

"OFFICIAL SEAL"
GLORIA E. LOPEZ
Notary Public, State of Illinois
My Commission Expires August 14, 2008