```
FILING FEE PAID:
RECEIPT # 70645
AMOUNT $ 50
BY DPTY CLK pw
DATE 2-28-06
```

FEB 27 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:<br>M3POWER RAZOR SYSTEM MARKETING<br>& SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) **MASTER DOCKET**<br>) Civil Action No. 05-11177-DPW<br>) (Lead Case)<br>)<br>)<br>) **MDL Docket No. 1704**<br>)<br>)<br>) |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Petitioner, C. Donald Amamgbo, of the law firm of AMAMGBO & ASSOCIATES, pursuant to the Court's January 26, 2006 Case Management Order and Order of Consolidation and Local Rule 83.5.3, respectfully requests that C. Donald Amamgbo be admitted to practice before the United States District Court for the District of Massachusetts on behalf of Michael Pruitt.

As grounds for this motion, the undersigned represents the following:

1.  C. Donald Amamgbo is an has been a member in good standing of the bar of the State of California since 1993. In addition, Mr. Amamgbo has also been admitted in following jurisdiction Supreme Court of Nigeria since 1985, United States District Court for the Northern, Southern, Central and Eastern Districts of California, United States Court of Appeals for the Ninth Circuit.

2.  There are no disciplinary proceedings pending against Mr. Amamgbo as a member of the bar in any jurisdiction.

3.  Mr. Amamgbo is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  In further support of this motion, Mr. Amamgbo has submitted herewith his Certificate of Good Standing as required by Local Rules 83.5.3

**WHEREFORE**, the undersigned counsel respectfully moves for Mr. Amamgbo's admission to this Court, pursuant to Local Rule 83.5.3, for the limited purpose of representing Plaintiff Michael Pruitt.

Dated: February 23, 2006               Respectfully submitted

                                       _____
                                       **AMAMGBO & ASSOCIATES, APC**
                                       C. Donald Amamgbo, Esq (Cal Bar. No. 164716)
                                       Daniel Etoh, Esq. (Cal Bar. No. 236563)
                                       Nick Agbo, Esq (Cal Bar. No. 236523)

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of Local Rules of the United States District Court for the District of Massachusetts, C. Donald Amamgbo, hereby certify that:

1. I was admitted to the bar of the State of California in 1993, the United States Court of Appeal for the Ninth Circuit in 1993.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

> C. Donald Amamgbo, Esq. (SBN 164716)
> **AMAMGBO & ASSOCIATES, APC**
> 1940 Embarcadero
> Oakland, California 94606
> Telephone:   (510) 434-7800
> Facsimile:   (510) 434-7804)434-7804
> EMAIL.  DonaldAmamgbo@Citycom.com

Dated: February 23, 2006

Respectfully submitted

_____
AMAMGBO & ASSOCIATES, APC
C. Donald Amamgbo, Esq (Cal Bar. No. 164716)
Daniel Etoh, Esq. (Cal Bar. No. 236563)
Nick Agbo, Esq (Cal Bar. No. 236523)