UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 MAR -3

| | |
|---|---|
| In re: ) | Civil Action No. 05-11177-DPW |
| M3POWER RAZOR SYSTEM ) | (Lead Case) |
| MARKETING & SALES PRACTICES ) | |
| LITIGATION ) | MDL Docket No. 1704 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | FILING FEE PAID: |
| ALL CASES ) | RECEIPT # 70822 |
| ) | AMOUNT $ 52 |
| | BY DPTY CLK |
| | DATE 3-6-06 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF LARRY D. DRURY

Petitioner, Larry D. Drury, of the law firm Larry D. Drury, Ltd., pursuant to the Court's January 26, 2006 Case Management Order and Order for Consolidation and Local Rule 83.5.3, respectfully requests that Larry D. Drury be admitted to practice before the United States District Court for the District of Massachusetts on behalf of Plaintiffs Greg Besinger and David Zavala, and avers as follows:

1. Petitioner, Larry D. Drury, represents Plaintiffs Greg Besinger and David Zavala, whose action was consolidated to this Court as part of the above-captioned multi-district litigation.

2. Plaintiffs desire that Mr. Drury be admitted and allowed to represent them in this matter.

3. As stated in Mr. Drury's Affidavit attached hereto, he is a member in good standing of the bar of the State of Illinois since 1970 and is admitted to practice before the United States District Court for the Northern District of Illinois since 1970, and the United States Court of Appeals for the Seventh Circuit since 1996. Further, there are no disciplinary actions pending against Mr. Drury in any jurisdiction.

2

4.  Mr. Drury is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agrees to abide by them.

WHEREFORE, the undersigned counsel respectfully moves for Mr. Drury's admission to this Court, pursuant to Local Rule 83.5.3, for this particular litigation.

Dated: February 28, 2006.

Respectfully submitted,

*/s/ Larry D. Drury*
Larry D. Drury
Larry D. Drury, Ltd.
205 West Randolph, #1430
Chicago, IL 60606
Telephone: (312) 346-7950
Facsimile: (312) 346-5777