UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | Civil Action No. 05-11177-DPW |
| M3POWER RAZOR SYSTEM ) | (Lead Case) |
| MARKETING & SALES PRACTICES ) | |
| LITIGATION ) | MDL Docket No. 1704 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL CASES ) | |
| ) | |

### AFFIDAVIT OF LARRY D. DRURY IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

STATE OF ILLINOIS     )
                      ) ss.:
COUNTY OF COOK        )

LARRY D. DRURY, being duly sworn, deposes and says:

1.  I am the sole shareholder in the law firm of Larry D. Drury, Ltd., located in Chicago, Illinois, counsel for Plaintiffs Greg Besinger and David Zavala in the consolidated multi-district action captioned above, and I submit this affidavit in support of my application for admission *Pro Hac Vice*.

2.  I am an attorney at law and am a member in good standing of the Illinois Bar, Bar No. 0681024, since 1970. I am also admitted and in good standing in the United States District Court for the Northern District of Illinois since 1970, and the United States Court of Appeals for the Seventh Circuit since 1996. I am a member in good standing in every jurisdiction where I have been admitted to practice. Attached hereto as Exhibit A is my Certificate of Admission to the Bar of Illinois, which states that I am a member in good standing.

3.  There are no disciplinary proceedings pending against me in any court, and I am not

under suspension or disbarment by any Court.

    4.       Accordingly, I respectfully request that my application for admission to the bar of this Court *Pro Hac Vice* be granted.

_____
Larry D. Drury

SUBSCRIBED AND SWORN to before me
this 18 day of February, 2006

_____
Notary Public



"OFFICIAL SEAL"
MICHELLE C. MOSES
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 02/17/07

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Larry Daniel Drury

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 19, 1970 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, February 22, 2006.

*Juleann Hornyak*
Clerk