UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re M3 POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION | MDL No. 1704<br><br>MASTER DOCKET<br>Civil Action No. 05-11177-DPW<br>(Lead Case) |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to this Court's January 26, 2006 Case Management Order and Order for Consolidation and Local Rule 83.5.3, the undersigned counsel, Thomas M. Sobol, hereby moves this Court for an Order granting leave to Patrick A. Klingman to appear on behalf of Plaintiff Lisa Geis and practice before this Court in connection with the above-captioned action.

As grounds for this motion, the undersigned represents as follows:

1. Patrick A. Klingman is a member in good standing of the bars of the States of Connecticut, New York, and the District of Columbia. In addition, Mr. Klingman is a member in good standing of the bars of the United States District Court for the District of Connecticut, the Southern, Eastern, and Western Districts of New York, and the District of Columbia.

2. There are no disciplinary proceedings pending against Mr. Klingman as a member of the bar in any jurisdiction in which he is admitted.

3. Mr. Klingman has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this Motion, Mr. Klingman has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Patrick A. Klingman be admitted to practice before this Court *pro hac vice*.

Dated: March 20, 2006     Respectfully submitted,

/s/ Thomas M. Sobol
Thomas M. Sobol, BBO No. #471770
Hagens Berman Sobol & Shapiro, LLP
One Main Street, 4th Floor
Cambridge, Massachusetts  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Attorneys for Plaintiffs

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 85.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Patrick A. Klingman, hereby certify that:

1. I was admitted to the bars of the State of New York in 1991, of the District of Columbia in 1993, and of the State of Connecticut in 1999. I was also admitted to the bars of the United States District Court for the Southern District of New York (1994), the District of Columbia (1994), the Western District of New York (1995), the District of Connecticut (1997), and the Eastern District of New York (2001). I am a member in good standing of each of these jurisdictions to which I have been admitted.

2. No disciplinary proceedings are pending against me as a member of the bar of any jurisdiction to which I have been admitted.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. My name, firm name, telephone number, facsimile number, and email address are as follows:

> Patrick A. Klingman
> Shepherd Finkelman Miller & Shah, LLC
> 65 Main Street
> Chester, Connecticut 06412-1311
> Telephone: (860) 526-1100
> Facsimile: (860) 526-1120
> pklingman@sfmslaw.com

Dated: March 13, 2006

_____
Patrick A. Klingman

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 20, 2006.

                /s/ Thomas M. Sobol
                Thomas M. Sobol, BBO No. #471770
                Hagens Berman Sobol & Shapiro, LLP
                One Main Street, 4th Floor
                Cambridge, Massachusetts 02142
                Telephone: (617) 482-3700
                Facsimile: (617) 482-3003