UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re M3 POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION | MDL No. 1704<br><br>MASTER DOCKET<br>Civil Action No. 05-11177-DPW<br>(Lead Case) |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to this Court's January 26, 2006 Case Management Order and Order for Consolidation and Local Rule 83.5.3, the undersigned counsel, Thomas Sobol, hereby moves this Court for an Order granting leave to James E. Miller to appear on behalf of Plaintiff Lisa Geis and practice before this Court in connection with the above-captioned action.

As grounds for this motion, the undersigned represents as follows:

1. James E. Miller is a member in good standing of the bars of the States of Connecticut, New Jersey, and Pennsylvania. In addition, Mr. Miller is a member in good standing of the United States District Court for the Districts of Connecticut, New Jersey, and the Eastern District of Pennsylvania, as well as the United States Court of Appeals for the Third Circuit and the United States Supreme Court.

2. There are no disciplinary proceedings pending against Mr. Miller as a member of the bar in any jurisdiction in which he is admitted.

3. Mr. Miller has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this Motion, Mr. Miller has submitted herewith his

Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that James E. Miller be admitted to practice before this Court *pro hac vice*.

Dated: March 20, 2006                    Respectfully submitted,

/s/ Thomas M. Sobol
Thomas M. Sobol, BBO No. #471770
Hagens Berman Sobol & Shapiro, LLP
One Main Street, 4th Floor
Cambridge, Massachusetts  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Attorneys for Plaintiffs

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 85.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, James E. Miller, hereby certify that:

1. I was admitted to the bar of the State of New Jersey in 1991, the bar of the Commonwealth of Pennsylvania in 1992, and the bar of the State of Connecticut in 2002. I was admitted to the bars of the United States District Court of the Districts of New Jersey (1991), the Eastern District of Pennsylvania (1992), and Connecticut (2000), as well as to the bar of the United States Court of Appeals for the Third Circuit (1995), and the United States Supreme Court (1998). I am a member in good standing of each of these jurisdictions to which I have been admitted.

2. No disciplinary proceedings are pending against me as a member of the bar of any jurisdiction to which I have been admitted.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. My name, firm name, telephone number, facsimile number, and email address are as follows:

> James E. Miller
> Shepherd Finkelman Miller & Shah, LLC
> 65 Main Street
> Chester, Connecticut 06412-1311
> Telephone: (860) 526-1100
> Facsimile: (860) 526-1120
> jmiller@sfmslaw.com

Dated: March 13, 2006

_____
James E. Miller

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 20, 2006.

/s/ Thomas M. Sobol
Thomas M. Sobol, BBO No. #471770
Hagens Berman Sobol & Shapiro, LLP
One Main Street, 4th Floor
Cambridge, Massachusetts 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003