UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | CIVIL ACTION NO. 05-11177-DPW |
| M3POWER RAZOR SYSTEM | ) | (LEAD CASE) |
| MARKETING & SALES PRACTICES | ) | |
| LITIGATION | ) | MDL Docket No. 1704 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| **ALL CASES** | ) | |
| | ) | |

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND

The Gillette Company ("Gillette") hereby requests that the Court extend the time within which Gillette may respond to Plaintiff Carlos Corrales' (1) Objection to the "Consolidated" Amended Complaint, and (2) Motion for Order Allowing Plaintiff Carlos Corrales to Proceed Under His Own Complaint and with His Own Counsel ("Corrales Motion") to and including May 25, 2006.

In support of its motion, Gillette states the following:

1. The Corrales Motion was filed on May 4, 2006. Pursuant to Local Rule 7.1(B)(2), the deadline for filing Gillette's response to the Corrales Motion is May 18, 2006.

2. The named plaintiffs identified in the Consolidated Class Action Complaint have moved for a similar extension of the deadline for filing a response to the Corrales Motion.

3. Counsel for Gillette has conferred with counsel for Carlos Corrales regarding the requested deadline, and the latter has assented to Gillette's request.

4. It is Gillette's understanding and belief that counsel for Carlos Corrales has similarly assented to the named plaintiffs' request for an extension.

10029995_1

5. This request for an extension of time is not being made for purposes of harassment or delay. Neither Carlos Corrales nor the other parties to these consolidated proceedings will be prejudiced by this extension.

WHEREFORE, Gillette respectfully requests that the Court grant this assented-to motion to extend the time in which Gillette may respond to the Corrales Motion to and including May 25, 2006.

Respectfully submitted,

THE GILLETTE COMPANY
By its attorneys,

/s/ Emily C. Shanahan
Harvey J. Wolkoff (BBO #532880)
Mark P. Szpak (BBO #546261)
Emily C. Shanahan (BBO# 643456)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: May 18, 2006

### CERTFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that the parties' counsel have conferred in a good faith effort to narrow or resolve the issues raised in this motion. Counsel for Carlos Corrales has assented to the relief requested herein.

/s/ Emily. C. Shanahan
Emily C. Shanahan

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, filed through the ECF system, will be served electronically through the ECF System on the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies of the above document will be sent via first class mail to those identified as non-registered participants on the NEF on May 18, 2006.

/s/ Emily C. Shanahan
Emily C. Shanahan