IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| In Re:<br>M3 POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION | CIVIL ACTION NO. 05-11177-DPW<br>(LEAD CASE) |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL Docket No. 1704 |

### MOTION TO ADMIT KENNETH A. WEXLER PRO HAC VICE

Kenneth A. Wexler of Wexler Toriseva Wallace LLP, pursuant to Rule 83.5.3 and this Court's Order of January 26, 2006, respectfully requests that he be admitted to practice before the United States District Court for the District of Massachusetts on behalf of plaintiff, Kevin Windom.

In support of this Motion attached please find a Certificate of Good Standing as required by Local Rule 83.5.3.

Dates: June 6, 2006                    Respectfully submitted,


                                       /s/ Kenneth A. Wexler
                                       Kenneth A. Wexler
                                       Wexler Toriseva Wallace LLP
                                       One N. LaSalle Street, Suite 2000
                                       Chicago, IL 60602
                                       312/346-2222 (Tel.)
                                       312/346-0022 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:<br>M3 POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION | CIVIL ACTION NO. 05-11177-DPW<br>(LEAD CASE) |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL Docket No. 1704 |

**CERTIFICATE OF GOOD STANDING IN SUPPORT OF MOTION TO ADMIT
KENNETH A. WEXLER *PRO HAC VICE***

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Kenneth A. Wexler, hereby depose and state as follows:

1. I am managing partner of the firm Wexler Toriseva Wallace LLP and maintain my law office at One N. LaSalle Street, Suite 2000, Chicago, Illinois 60602. My telephone number is (312) 346-2222.

2. I am an active member in good standing with the bar of the State of Illinois and am admitted to practice before the Supreme Court of the State of Illinois, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Seventh Circuit. I have not been the subject of disciplinary action by the bar or courts of any jurisdiction in which I have been licensed. A certified copy of a Certificate of Good Standing for the State of Illinois is attached hereto as Exhibit A.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Wherefore, the undersigned counsel respectfully moves for admission to practice before this Court *pro hac vice*.

Dates: June 6, 2006                                         Respectfully submitted,


                                                                                                        /s/Kenneth A. Wexler  
                                                                                                        Kenneth A. Wexler  
                                                                                                        Wexler Toriseva Wallace LLP  
                                                                                                        One N. LaSalle Street, Suite 2000  
                                                                                                        Chicago, IL 60602  
                                                                                                        312/346-2222 (Tel.)  
                                                                                                        312/346-0022 (Fax)

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Kenneth A. Wexler

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 29, 1980 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, April 21, 2006.

*Juleann Hornyak*
Clerk

## **CERTIFICATE OF SERVICE**

I, Kenneth A. Wexler, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 6, 2006.

/s/ Kenneth A. Wexler

Kenneth A. Wexler
Wexler Toriseva Wallace LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
312/346-2222 (Tel.)
312/346-0022 (Fax)