UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br> M3POWER RAZOR SYSTEM <br> MARKETING & SALES PRACTICES <br> LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> ALL CASES | CIVIL ACTION NO. 05-11177-DPW <br> (LEAD CASE) <br><br> MDL Docket No. 1704 |

**DECLARATION OF G. JAMES STRENIO IN SUPPORT OF PLAINTIFF CARLOS CORRALES' MOTION TO COMPEL LIAISON COUNSEL TO PROVIDE PLAINTIFF CARLOS CORRALES WITH A COPY OF EVERYTHING GILLETTE HAS PRODUCED IN THIS MDL PROCEEDING**

I, G. James Strenio, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and admitted to practice before the Central District of California. I am an attorney with The Kick Law Firm, A.P.C., who, with Kanner & Whiteley, LLC, is counsel for Plaintiff Carlos Corrales (in Case No. 05-cv-12332-DPW) in this MDL proceeding (MDL No. 1704, Master File No. 05-cv-11177-DPW). I make this declaration in support of Plaintiff Carlos Corrales' Motion To Compel Liaison Counsel To Provide Plaintiff Carlos Corrales With A Copy Of Everything Gillette Has Produced In This MDL Proceeding. I make this declaration of my own personal knowledge, and would and could testify completely to the contents thereof if necessary to do so.

///

///

///

2.	Attached hereto as Exhibit A is a true and correct copy of an email sent by The Kick Law Firm, APC to Thomas G. Shapiro on January 4, 2006.

I declare under penalty of perjury, pursuant to the laws of California and the United States of America, that the above is true and correct and that this declaration was executed at Los Angeles, California on June 9, 2006.

_____
G. JAMES STRENIO

**James Strenio**

**From:** Taras Kick
**Sent:** Wednesday, January 04, 2006 1:31 PM
**To:** James Strenio
**Subject:** FW: Gillette


Taras Kick
The Kick Law Firm, APC
660 S. Figueroa Street, Suite 1800
Los Angeles, CA 90017
Phone: (213)624-1588
Fax: (213)624-1589

-----Original Message-----
From: Taras Kick
Sent: Wednesday, January 04, 2006 1:08 PM
To: 'Tom Shapiro'
Subject: RE: Gillette

Tom, I do appreciate you reaching out to me by email today. However, your statement that a hotel meeting room was incapable of handling a conference call seemed a little unusual to me, so I took the liberty of calling the Omni Parker House just now to investigate. Specifically, I just hung up the phone with Stan Pendrak, the catering manager of the Omni Parker House located at 60 State Street. His direct telephone number at the hotel is (617)725-1669. I asked him whether the Longfellow Conference room at the hotel (which is where we were informed the meeting was scheduled to take place) can accommodate a speaker phone for a conference call. He said of course, and sounded a little surprised that I would ask that question. He said the charge for the Longfellow room itself would be $350, and the charge for the phone line rental would be $100, and there would be an additional $100 charge for a speaker that the hotel would set up set up to go along with the phone line. He sounded like he might be willing to lower the prices because he asked me whether I also am speaking with other hotels. Nonetheless, I am willing to put this incident behind us, and move forward. As an aside, I think it makes sense for us to have a meeting on January 22, the day before the hearing. What do you think? Regards, Taras.

Taras Kick
The Kick Law Firm, APC
660 S. Figueroa Street, Suite 1800
Los Angeles, CA 90017
Phone: (213)624-1588
Fax: (213)624-1589

-----Original Message-----
From: Tom Shapiro [mailto:TSHAPIRO@shulaw.com]
Sent: Wednesday, January 04, 2006 8:00 AM
To: Taras Kick
Subject: RE: Gillette

Dear Taras:
I explained to the person who called that the meeting was in a hotel meeting room and I could't arrange a conference call from there. It was not a question of not being allowed.


Thomas G. Shapiro
Shapiro Haber & Urmy LLP
Exchange Place
53 State St.
Boston MA 02109
(617) 439-3939
(617) 439-0134 (facsimile)
tshapiro@shulaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Shapiro Haber & Urmy LLP, which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the addressee(s) named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any use, dissemination, distribution or copying is strictly prohibited.

-----Original Message-----
From: Taras Kick [mailto:taras@kicklawfirm.com]
Sent: Tuesday, December 20, 2005 5:20 PM
To: A Kanner; hyoung@abbeygardy.com; Jnotis@abbeygardy.com; Adroblaw@aol.com; alxfen@aol.com; Ldrurylaw@aol.com; ReggieT2@aol.com; esmith@brodsky-smith.com; mackerman@brodsky-smith.com; DonaldAmamgbo@citycom.com; olendodd@earthlink.net; dpastor@gilmanpastor.com; Tom@hbsslaw.com; Bcutter@kcrlegal.com; mtamblyn@kcrylaw.com; James Strenio; rrothman@lerachlaw.com; dmillen@muchshelist.com; skanner@muchshelist.com; Tom Shapiro; ken@quatlaw.com; alankovacs@yahoo.com; herman_cowanjr@yahoo.com; Lance Harke ; b.barnow@barnowlaw.com; avozzolo@faruqilaw.com; hbushman@harkeclasby.com; kwexler@wexlerfirm.com
Subject: RE: Gillette

We told organizers of the meeting we would participate by phone, but were told we would not be allowed. When asked why not, were not given a reason.

Taras Kick
The Kick Law Firm, APC
660 S. Figueroa Street, Suite 1800
Los Angeles, CA 90017
Phone: (213)624-1588
Fax: (213)624-1589