UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:<br>**M3POWER RAZOR SYSTEM**<br>**MARKETING & SALES PRACTICES**<br>**LITIGATION** | ) ) ) ) ) ) | CIVIL ACTION NO. 05-11177-DPW<br>(LEAD CASE)<br><br>MDL Docket No. 1704 |
| THIS DOCUMENT RELATES TO:<br>**ALL CASES** | ) ) ) ) ) | |

## STIPULATED MOTION TO EXTEND CLASS CERTIFICATION DISCOVERY PERIOD

Plaintiffs' Co-Lead Counsel, Plaintiffs' Liaison Counsel, and The Gillette Company (together, the "Parties") hereby stipulate and agree that the deadline for completing class certification discovery shall be extended by 30 days from June 30, 2006 to July 31, 2006. The Parties further stipulate and agree that this extension of the period for class certification discovery will not affect any of the other deadlines set forth in the Scheduling Order that the Court entered in the above-captioned matter on March 7, 2006 ("Scheduling Order").

In particular, the Parties acknowledge and agree that:

1.      Under the terms of the Scheduling Order, class certification discovery is to be completed by June 30, 2006.

2.      Under the terms of the Scheduling Order, Plaintiffs' motion for class certification is due by July 31, 2006.

3.      Due to scheduling conflicts, the depositions of the plaintiffs named in the Consolidated Class Action Complaint ("Named Plaintiffs") cannot be completed on or before June 30, 2006.

10055572_1

4.     The depositions of the Named Plaintiffs, and any other remaining class certification discovery, shall be completed on or before July 31, 2006.

5.     The extension of the period for class certification discovery shall not extend or interfere with any of the other deadlines set forth in the Scheduling Order.

WHEREFORE, the Parties accordingly move for the entry of this Stipulated Motion by the Court.

/s/ Mark P. Szpak
Harvey J. Wolkoff (BBO #532880)
Mark P. Szpak (BBO #546261)
Emily C. Shanahan (BBO #643456)
ROPES & GRAY LLP
One International Place
Boston, MA  02110-2624
(617) 951-7000

*Counsel for Defendant The Gillette Company*

/s/ Thomas G. Shapiro
Thomas G. Shapiro (BBO #454680)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02109
(617) 439-3939

*Plaintiffs' Liaison Counsel*

/s/ Robert Rothman
Robert Rothman
LERACH COUGHLIN STOIA GELLER RUDAN & ROBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747

(631) 367-7100

- and -

/s/ Ben Barnow
Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 460
Chicago, IL  60602
(212) 349-7950

*Plaintiffs' Co-Lead Counsel*

Dated:  June 12, 2006

So Ordered:  _____
                    Honorable Douglas P. Woodlock