UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>M3 POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION | CIVIL ACTION NO: C.A. No. 05-11177 (LEAD CASE)<br><br>MDL Docket No: 1704 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF DISCLOSURE RE: FEE ARRANGEMENTS

Lead Counsel and Liaison Counsel state as follows with respect to fee arrangements.

1.   Co-lead Counsel Lerach Coughlin Stoia Geller Rudman & Robbins LLP is not a party to any fee arrangements with any other firms in this matter.

2.   Co-lead Counsel Barnow and Associates, P.C. has an agreement with the firms Harke & Clasby P.C., Larry D. Drury, Ltd. and John H. Alexander Associates LLC, in which they have agreed to allocate the fees, as awarded by the Court, and subject thereto, as follows: 41% to the Barnow firm, 41% to the Harke firm, 9% to the Drury firm and 9% to the Alexander firm.

3.   Liaison Counsel Shapiro Haber & Urmy LLP is not a party to any fee arrangements with any other firms in this matter.

Dated: July 18, 2006

Respectfully submitted,

/s/Thomas G. Shapiro
Thomas G. Shapiro (BBO #454680)
Theodore M. Hess-Mahan (BBO #557109)
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
(617) 439-3939

*Liaison Counsel*

Samuel H. Rudman
Robert M. Rothman
Mark S. Reich
Lerach Coughlin Stoia Geller
     Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

Ben Barnow
Barnow and Associates, P.C.
One North LaSalle Street
Suite 4600
Chicago, IL 60602
(312) 621-2000

*Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the 17th day of July, 2006.

/s/Thomas G. Shapiro
Thomas G. Shapiro