UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>M3POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION | CIVIL ACTION NO. 05-11177-DPW<br>(LEAD CASE)<br><br>MDL Docket No. 1704 |
| THIS DOCUMENT RELATES TO:<br>**ALL CASES** | |

### JOINT MOTION FOR SUSPENSION OF THE SCHEDULE
### IN THE SCHEDULING ORDER OF MARCH 7, 2006

Plaintiffs' Co-Lead Counsel and counsel for defendant The Gillette Company ("Gillette"), having been engaged in settlement discussions pursuant to the Scheduling Order of March 7, 2006 ("Counsel are encouraged to seek an early resolution of this matter.") and Case Management Order #2, ¶¶ 2.a.(ii) and 2.a.(xii), hereby jointly report to the Court that their discussions have reached the point where they have executed a Non-Binding Memorandum of Understanding reflecting most of the essential terms of a settlement, such that they believe settlement is likely and that litigation proceedings should be suspended so as to permit counsel to negotiate definitive documentation of a settlement.

Plaintiffs' Co-Lead Counsel and counsel for Gillette accordingly jointly move for a suspension of the schedule in the Scheduling Order of March 7, 2006, and should the Court request, are prepared to appear before the Court for a conference at the Court's earliest convenience to permit Plaintiffs' Co-Lead Counsel and counsel for Gillette to report further to the Court as to the status of such discussions and the basis for their request for a suspension.

10123518_1

Dated:  July 28, 2006

Respectfully submitted,

/s/ Mark P. Szpak
Harvey J. Wolkoff (BBO #532880)
Mark P. Szpak (BBO #546261)
Emily C. Shanahan (BBO# 643456)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Counsel for Defendant The Gillette Company*


/s/ Thomas G. Shapiro
Thomas G. Shapiro (BBO #454680)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02109
(617) 439-3939

*Plaintiffs' Liaison Counsel*


/s/ Robert Rothman
Robert Rothman
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100

- and -

/s/ Ben Barnow
Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 460
Chicago, IL  60602
(212) 349-7950

*Plaintiffs' Co-Lead Counsel*

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as nonregistered participants on the 28th day of July, 2006.

/s/ Thomas G. Shapiro
Thomas G. Shapiro