UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>M3POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>**ALL CASES** | CIVIL ACTION NO. 05-11177-DPW<br>(LEAD CASE)<br><br>MDL Docket No. 1704 |

### STATUS REPORT IN RESPONSE TO COURT'S JULY 31, 2006 ORDER

Plaintiffs' Co-Lead Counsel and counsel for defendant The Gillette Company ("Gillette"), pursuant to the Court's July 31, 2006 electronic order granting the parties' Joint Motion for Suspension of the Schedule in the Scheduling Order of March 7, 2006 ("Joint Motion to Suspend"), hereby jointly report that since the filing of the Joint Motion to Suspend on July 28, 2006, the settlement discussions of Plaintiffs' Co-Lead Counsel and Gillette's counsel have advanced significantly, and Plaintiffs' Co-Lead Counsel and Gillette's counsel have been working diligently to resolve remaining issues and draft a final settlement agreement. Accordingly, Plaintiffs' Co-Lead Counsel and Gillette's counsel respectfully request that the suspension of the schedule in the March 7 Scheduling Order remain in effect through August 31, 2006, by which date Plaintiffs' Co-Lead Counsel and Gillette's counsel will submit a further report to the Court.

10154753_3

Respectfully submitted,

/s/ Mark P. Szpak
Harvey J. Wolkoff (BBO #532880)
Mark P. Szpak (BBO #546261)
Emily C. Shanahan (BBO# 643456)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Counsel for Defendant The Gillette Company*


/s/ Theodore M. Hess-Mahan
Thomas G. Shapiro (BBO #454680)
Theodore M. Hess-Mahan (BBO #557109)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02109
(617) 439-3939

*Plaintiffs' Liaison Counsel*


/s/ Robert Rothman
Robert Rothman
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100

- and -

/s/ Ben Barnow
Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 460
Chicago, IL  60602
(212) 349-7950

*Plaintiffs' Co-Lead Counsel*

Dated:  August 16, 2006

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document, filed through the ECF system, will be served electronically through the ECF System on the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies of the above document will be sent via first class mail to those identified as non-registered participants on the NEF on August 16, 2006.

                /s/ Mark P. Szpak
                Mark P. Szpak