UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>M3POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>**ALL CASES** | CIVIL ACTION NO. 05-11177-DPW<br>(LEAD CASE)<br><br>MDL Docket No. 1704 |

## UPDATED JOINT STATUS REPORT

Plaintiffs' Co-Lead Counsel and counsel for defendant The Gillette Company ("Gillette") hereby jointly report that they anticipate executing the settlement agreement by on or before September 22, 2006, and filing the settlement agreement, along with a motion for preliminary approval (with ancillary documents), on or about September 27, 2006. Plaintiffs' Co-Lead Counsel and Gillette's counsel respectfully suggest that a hearing on preliminary approval be scheduled for an appropriate date as soon as practicable thereafter.

10198199_2

Respectfully submitted,


/s/ Mark P. Szpak
Harvey J. Wolkoff (BBO #532880)
Mark P. Szpak (BBO #546261)
Emily C. Shanahan (BBO # 643456)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Counsel for Defendant The Gillette Company*


/s/ Thomas G. Shapiro
Thomas G. Shapiro (BBO #454680)
Theodore M. Hess-Mahan (BBO #557109)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02109
(617) 439-3939

*Plaintiffs' Liaison Counsel*


/s/ Robert Rothman
Robert Rothman
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
(631) 367-7100

- and -

/s/ Ben Barnow
Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 460
Chicago, IL  60602
(212) 349-7950

*Plaintiffs' Co-Lead Counsel*

Dated:  September 15, 2006

10198199_2

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document, filed through the ECF system, will be served electronically through the ECF System on the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies of the above document will be sent via first class mail to those identified as non-registered participants on the NEF on September 15, 2006.

      /s/ Mark P. Szpak
      Mark P. Szpak

10198199_2

-3-