UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br> M3 POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | MASTER DOCKET <br> Civil Action No. 05-11177 <br> (Lead Case) |

**NOTICE OF ELECTRONIC FILING**

NOW COME Plaintiffs Mark Dearman, Anthony DeBiseglia, Matthew Marr, Adam Kline, Greg Besinger, Collin L. McGeary, Javier Tunon, and Jean-Sébastien Elie, individually and on behalf of the Settlement Class, and state as follows:

1. On this 8th day of October 2006, the following documents were electronically filed: (1) Amended Consolidated Class Action Complaint, (2) Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Publishing of Notice, and Setting of Final Fairness Hearing; (3) Plaintiffs' Memorandum In Support of Motion for Preliminary Approval of Class Action Settlement and Publishing of Notice, and Setting of Final Fairness Hearing with Exhibit 1 (Settlement Agreement) but without Exhibit 2 (Declaration of Andrew J. Novak In Support of Notice Plan and Notice Program by Kinsella/Novak Communications, Ltd.) because the file was too large.

2. A paper copy of Exhibit 2 to said Memorandum will be filed with the Clerk's Office on the next date that the Clerk's Office is open.

DATED: October 8, 2006                     BEN BARNOW
                                           BARNOW AND ASSOCIATES, P.C.


                                           /s/ Ben Barnow
                                           BEN BARNOW

                                           One North LaSalle Street, Suite 4600
                                           Chicago, IL 60602
                                           Telephone: 312/621/2000
                                           312/641/5504 (fax))

                                           ROBERT M. ROTHMAN
                                           LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
                                           58 South Service Road, Suite 200
                                           Melville, NY  11747
                                           Telephone:  631/367-7100
                                           631/367-1173 (fax)

                                           *Co-Lead Counsel*

                                           THOMAS G. SHAPIRO (BBO #454680)
                                           SHAPIRO HABER & URMY LLP.
                                           53 State Street
                                           Boston, MA  02109
                                           Telephone:  617/439-3939
                                           617/439-0134 (fax)

                                           *Liaison Counsel*


**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the 8th day of October, 2006.

/s/ Ben Barnow