UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 OCT 20  P 10: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

In re:                                     )   Civil Action No. 05-11177-DPW
M3POWER RAZOR SYSTEM                       )   (Lead Case)
MARKETING & SALES PRACTICES                )
LITIGATION                                 )   MDL Docket No. 1704
                                           )
_____)
                                           )
THIS DOCUMENT RELATES TO:                  )
ALL CASES                                  )
                                           )
_____)

## MOTION FOR ADMISSION *PRO HAC VICE* OF ERIC POLLANEN

Petitioner, Eric Pollanen, of the law firm Bédard & Pollanen, SENC, pursuant to the Court's January 26, 2006 Case Management Order and Order for Consolidation (Document No. 25) and Local Rule 83.5.3, respectfully requests that he be admitted to practice before the United States District Court for the District of Massachusetts on behalf of plaintiff Jean-Sébastien Elie, and avers as follows:

1.  Petitioner, Eric Pollanen, represents plaintiff Jean-Sébastien Elie. *See* Amended Consolidated Class Action Complaint (Document No. 89) filed with this Court on October 8, 2006, in the above-captioned litigation.

2.  Plaintiff desires that Mr. Pollanen be admitted and allowed to represent him in this matter.

3.  As stated in Mr. Pollanen's Affidavit attached hereto, he is a member in good standing of the bar of the State of New York since 2004; the bar of the Province of Quebec since 2003; and the bar of the Province of Ontario since 2003. He is admitted to practice before the following courts: Court of Appeal of Quebec, since 2003; Court of Appeal for Ontario, since 2003; and Court of Appeals of New York, since 2004. Further, there are no disciplinary actions

pending against Mr. Pollanen in any jurisdiction.

4. Mr. Pollanen is familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agrees to abide by them.

WHEREFORE, the undersigned counsel respectfully moves for his admission to this Court, pursuant to Local Rule 83.5.3, for this particular litigation.

Dated: October 19th, 2006.                                     Respectfully submitted,

*Eric Pollanen*
NY Attorney # 4212270
Eric Pollanen, Esq.
Bédard & Pollanen, SENC
1280 St. Marc St., Suite 1103
Montreal, QC, CANADA
H3H 2G1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) <br> M3POWER RAZOR SYSTEM ) <br> MARKETING & SALES PRACTICES ) <br> LITIGATION ) <br> _____ ) | Civil Action No. 05-11177-DPW <br> (Lead Case) <br><br> MDL Docket No. 1704 |
| THIS DOCUMENT RELATES TO: ) <br> ALL CASES ) <br> _____ ) | |

**ORDER GRANTING MOTION FOR
ADMISSION *PRO HAC VICE* OF ERIC POLLANEN**

This matter is before the Court on the Motion for Admission *Pro Hac Vice* of Eric Pollanen. The Court, having reviewed the motion and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that said Motion is GRANTED.

DONE AND ORDERED this _____ day of _____, 2006, in Boston, Massachusetts.

_____
HONORABLE DOUGLAS P. WOODLOCK
U.S. District Court Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: )<br>M3POWER RAZOR SYSTEM )<br>MARKETING & SALES PRACTICES )<br>LITIGATION )<br>_____ ) | Civil Action No. 05-11177-DPW<br>(Lead Case)<br><br>MDL Docket No. 1704 |
| THIS DOCUMENT RELATES TO: )<br>ALL CASES )<br>_____ ) | |

### AFFIDAVIT OF ERIC POLLANEN IN SUPPORT OF
### APPLICATION FOR ADMISSION *PRO HAC VICE*

ERIC POLLANEN, being duly sworn, deposes and says:

1. I am a partner in the law firm of Bedard & Pollanen, SENC, located in Montreal, Quebec, Canada, and am counsel for plaintiff Jean-Sébastien Elie in the consolidated multi-district action captioned above. I submit this affidavit in support of my application for admission *Pro Hac Vice*.

2. I am an attorney at law and am a member in good standing of the New York Bar, Bar No. 4212270, since 2004. Attached hereto as Exhibit A is my Certificate of Admission to the Bar of New York, which states that I am a member in good standing. I am also admitted and in good standing in the bar of the Province of Quebec since 2003; and the bar of the Province of Ontario since 2003. I am admitted to practice before the following courts: Court of Appeal of Quebec , since 2003; Court of Appeal for Ontario, since 2003; and Court of Appeals of New York, since 2004. I am a member in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me in any court, and I am not under suspension or disbarment by any Court.

1

3. Accordingly, I respectfully request that my application for admission to the bar of this Court *Pro Hac Vice* be granted.

*Eric Pollanen*
Eric Pollanen

SUBSCRIBED AND SWORN to before me
this _____ day of October, 2006
**OCT 19 2006**

*Elisabeth Keleny*
Notary Public



COMMISSAIRE A L'ASSERMENTATION
**Elisabeth Keleny 167 744**
COMMISSIONER FOR OATHS
**CIE. KELENY CO.**
440 EST, RUE ST-ANTOINE
MONTRÉAL (QC) H2Y 1A5 CANADA
TÉL.: (514) 845-3111 FAX: (514) 845-3006

Pour le district judiciaire de Montréal.
For the judicial district of Montreal.

## LIST OF EXHIBITS

Certificate of Admission to the Bar of New York                    Exhibit A

Case Management Order and Order for Consolidation              Exhibit B



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, *Michael J. Novack*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Eric Michael Pollanen

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **19th day of May, 2004**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **13th day of October, 2006**.



_____
Clerk