UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: <br> M3POWER RAZOR SYSTEM <br> MARKETING & SALES PRACTICES <br> LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> **ALL CASES** | CIVIL ACTION NO. 05-11177-DPW <br> (LEAD CASE) <br><br> MDL Docket No. 1704 |

## MOTION FOR LEAVE TO EXCEED TWENTY PAGES

Pursuant to Local Rule 7.1(B)(4), the Gillette Company ("Gillette") respectfully moves this Court for an order permitting it to file a brief in excess of twenty pages. In support of its motion, Gillette states that:

1. Pursuant to the Court's Order, Gillette will file today a Submission in Support of Preliminary Approval of Proposed Settlement (the "Submission").

2. The purpose of the Submission is to demonstrate to the Court that the proposed settlement in the above-captioned action is fair, reasonable and adequate.

3. To put its showing in proper perspective, Gillette has been obligated to review in its Submission not just the terms of the proposed settlement and the proceedings before this Court, but also the proceedings in another federal court and several foreign jurisdictions.

4. In addition, a proper discussion of the potential claims and defenses that would have to be considered in this matter should it not be resolved by settlement requires extended treatment.

5. Because of the forgoing considerations, Gillette has found it necessary to prepare a submission of approximately twenty-nine pages.

10252955_2

Gillette, therefore, respectfully requests that the Court permit it to file a submission of no more than thirty pages.

        Respectfully submitted,

        THE GILLETTE COMPANY
        By its attorneys

        /s/ Harvey J. Wolkoff
        /s/ Mark P. Szpak
        Harvey J. Wolkoff (BBO #532880)
        Mark P. Szpak (BBO #546261)
        Emily C. Shanahan (BBO #643456)
        ROPES & GRAY LLP
        One International Place
        Boston, Massachusetts 02110-2624
        (617) 951-7000

Dated: November 6, 2006

## CERTIFICATION OF COMPLIANCE WITH L.R. 7.1

I hereby certify that counsel for the defendant The Gillette Company has conferred with counsel for the plaintiffs and have in good faith attempted to resolve or narrow the issue.

        /s/ Harvey J. Wolkoff

10252955_2

**CERTIFICATE OF SERVICE**

       I hereby certify that a true copy of the above document, filed through the ECF system, will be served electronically through the ECF System on the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies of the above document will be sent via first class mail to those identified as non-registered participants on the NEF on November 6, 2006.

                                            /s/ Harvey J. Wolkoff
                                            Harvey J. Wolkoff

10252955_2