# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | MASTER DOCKET |
| | Civil Action No. 05-11177 |
| M3 POWER RAZOR SYSTEM | (Lead Case) |
| MARKETING & SALES PRACTICES | |
| LITIGATION | MDL Docket No. 1704 |
| | |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | Jury Trial Demanded |

### Affidavit of Ben Barnow

I, Ben Barnow, being duly sworn, deposes and states as follows:

1. I am one of Plaintiffs' Co-Lead Counsel in the above-captioned litigation.

2. In conjunction with this litigation, Gillette produced voluminous documents, mainly in electronic form.

3. The production was reviewed by and at direction of Plaintiffs' Co-Lead Counsel and Plaintiffs' Liaison Counsel. Said documents were made available to other counsel, and certain counsel were supplied with copies of same, per their request.

4. Confirmatory discovery included additional documentation as well as the deposition of Kevin McNamara, the Vice President of Finance for Gillette's blades and razors global business unit. That deposition, and the documentation provided in conjunction with it, was specifically concerned with the sales and prices of Gillette's Mach3Turbo, M3Power, and Fusion Razors and blades. Copies of relevant portions of that production are annexed hereto as Exhibit 1. The deposition transcript of Kevin McNamara is annexed hereto as Exhibit 2.

5. I have also received, from various plaintiffs and their counsel, declarations from

them indicating their support of and joining in the settlement. Copies of those have been annexed hereto as Exhibit 3.

6. In conjunction with preparation of the supplemental memorandum in support of the settlement, I wrote to whom I believed were all the plaintiffs' counsel in this MDL proceeding, either directly or through their lead firm, as well as Canadian counsel, and requested their detailed lodestar time, costs and expense reports, along with a summary of same. The letter asked for "all named-plaintiffs' counsel to forward to us their detailed time, costs and expense reports for work they believe was reasonably incurred in advancing the litigation."

7. In response to said letter, I received time, cost and expense information from the vast majority of the firms to which I wrote. A summary of the time, cost and expenses for Plaintiffs' Co-Lead Counsel and Plaintiffs' Liaison Counsel is annexed hereto as Exhibit 4. A summary of the time, costs and expenses of the firms which have joined in the settlement and have sent their time, costs, and expense reports is annexed hereto as Exhibit 5. A summary of the time, costs and expenses of the firms which have not joined in the settlement but have sent in their time, costs and expenses is annexed hereto as Exhibit 6. True and correct copies of those time, cost and expense summaries are annexed hereto as Exhibit 7.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: The 6th day of November, 2006.

_____
Ben Barnow

# EXHIBIT 1

# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL

# Exhibit 3
# to Affidavit of Ben Barnow

## GILLETTE:  SETTLEMENT JOIN-INS

**Signed by the**                      **On Behalf of the Plaintiffs**
**Attorney Listed Below**              **Listed Below**

| | |
|---|---|
| Mark Ackerman | Brad Fellersen<br>Bruce Fisher<br>Richard Herbstman<br>Kristopher Kenessky<br>Steven Meyers<br>Brandy Saunders |
| C. Donald Amamgbo | Michael Pruitt |
| Mila Finkelstein Bartos | Steve McGlynn<br>Evan Rosenthal |
| Edward W. Cochran | Robert Falkner |
| Larry D. Drury | Greg Besinger<br>David Zavala |
| Michael Fistel | Javier Tunon |
| Mark Godino | Matthew Marr |
| Lance A. Harke | Colin McGeary |
| Alan L. Kovacs | Marcell Johnson<br>Neil Hirsch<br>Jeffrey L. Friedman |
| Wayne Kreger | David Atkins |
| James E. Miller | Lisa Geis |
| Kenneth D. Quat | Collin L. McGeary |
| Jason B. Rudd | Grant W. Jackson<br>Holly Moore |

| Steven A. Schwartz | Steve McGlynn |
|---|---|
| John S. Steward | Elvis Huskic |
| Ralph M. Stone | David Lipper |
| Mark Tamblin | Kevin Windom |
| Russell A. Wood | Mark Adkinson |

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation*, in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed): _____ See attached _____

Client(s) (named-plaintiffs): _____ See attached _____

Counsel of record: _____ Brodsky & Smith, LLC _____

Authorized Attorney's Name(s) (print): _____ Marc Ackerman, Esquire _____

Signature(s): _____

(add additional lines as needed)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

KRISTOPHER KENESSKY and STEVEN )
MEYERS, Individually and on Behalf of )
All Others Similarly Situated )
           )
           )     Case No. 05-11272
       Plaintiffs, )
           )     CLASS ACTION COMPLAINT
           )
       vs. )
           )
THE GILLETTE COMPANY, )
           )
       Defendant. )
           )

**Clients: Kristopher Kenessky and Steven Meyers**

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BRADLEY SAUNDERS, BRUCE FISHER )
BRAD FELLERSEN and RICHARD )
HERBSTMAN, Individually and on Behalf )
of All Others Similarly Situated )
           )
           )     Case No. 05-11425
       Plaintiffs, )
           )     CLASS ACTION COMPLAINT
           )
       vs. )
           )
THE GILLETTE COMPANY, )
           )
       Defendant. )
           )

**Clients: Bradley Saunders, Bruce Fisher, Brad Fellersen and Richard Herbstman**

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation,* in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed): MICHAEL PRUITT -V- GILLETTE  CASE #

Client(s) (named-plaintiffs): MICHAEL PRUITT  C05-0288?  JCS

Counsel of record: DONALD C. AMAMGBO

Authorized Attorney's Name(s) (print): DONALD C. AMAMGBO

Signature(s): _____

(add additional lines as needed)

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation,* in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed): **Steve McGlynn vs. The Gillette Company**

Client(s) (named-plaintiffs): **Steve McGlynn**

Counsel of record: **Mila F. Bartos**

Authorized Attorney's Name(s) (print): **Mila F. Bartos**

Signature(s):

(add additional lines as needed)

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation,* in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed):  **Evan Rosenthal v. The Gillette Company**

Client(s) (named-plaintiffs):  **Evan Rosenthal**

Counsel of record:  **Mila F. Bartos**

Authorized Attorney's Name(s) (print):  **Mila F. Bartos**

Signature(s):

(add additional lines as needed)

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation,* in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed): Robert Faldner v The Gillette Company
Case No. 1:05 CV 1946

Client(s) (named-plaintiffs): Robert Faldner

Counsel of record: Edward Cochran

Authorized Attorney's Name(s) (print): Edward Cochran

Signature(s):

(add additional lines as needed)

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation,* in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed): Greg Besinger and David Zavala, individually and on behalf of all others similarly situated vs. Procter & Gamble

Client(s) (named-plaintiffs): Greg Besinger and David Zavala

Counsel of record: Larry D. Drury, Larry D. Drury, Ltd. John H. Alexander, John H. Alexander & Associates

Authorized Attorney's Name(s) (print): Larry D. Drury and John H. Alexander

Signature(s):

(add additional lines as needed)

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation,* in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed): Tuñon et al. v. The Gillette Co.,
Civil Action No.: 05-11208 DPW

Client(s) (named-plaintiffs): Javier Tuñon

Counsel of record: Holzer & Holzer LLC

Authorized Attorney's Name(s) (print): Michael I. Fistel, Jr.

Signature(s): Mil Fistel

(add additional lines as needed)

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation*, in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed): SEE ATTACHED

Client(s) (named-plaintiffs): MATTHEW MARR

Counsel of record: GLANCY BINKOW & GOLDBERG LLP

Authorized Attorney's Name(s) (print): MARC L. GODINO

Signature(s): _____

(add additional lines as needed)

LIONEL Z. GLANCY #134180
MICHAEL GOLDBERG #188669
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160

Attorneys for Plaintiff and the Class

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JUN 08 2005

John A. Clarke, Executive Officer/Clerk
By_____Deputy
D.M. Swain

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| MATTHEW MARR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY and DOES 1-100, inclusive,<br><br>Defendants. | Case No. BC334672<br><br>CLASS ACTION COMPLAINT FOR VIOLATIONS OF:<br><br>1.  BUSINESS AND PROFESSIONS CODE §§ 17200, *ET SEQ.*, AND 17500;<br><br>2.  UNJUST ENRICHMENT<br><br>3.  NEGLIGENT MISREPRESENTATION<br><br><u>JURY TRIAL DEMANDED</u> |

Plaintiff Matthew Marr, by his attorneys, brings this action on his own behalf and on behalf of all those similarly situated, and alleges as follows:

## NATURE OF THE ACTION

1.     This consumer class action is brought against The Gillette Company ("Gillette" or the "Company") on behalf of all persons or entities who purchased Gillette's M3Power razor shaving system for men (the "M3Power") since May 24, 2004 to the present. This action alleges that defendants engaged in unfair, unlawful and deceptive business practices in connection with the marketing and sale of the M3Power razors and seeks relief against Gillette for damages as permitted by law.

2.     As a result of these unfair, deceptive and unlawful business practices, defendants have been unjustly enriched at the expense of plaintiff and the Class and have violated the California Unfair Competition Act (Cal. Bus. & Prof. Code 17200, et seq., and 17500 et seq.), as

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation,* in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed): McGeary v. Gillette Company

Client(s) (named-plaintiffs): Colin McGeary

Counsel of record: Lance A. Harke, P.A.

Authorized Attorney's Name(s) (print): Lance A. Harke, P.A.

Signature(s):

(add additional lines as needed)

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation,* in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed): _05-11455 DPL_

Client(s) (named-plaintiffs): _Marcell Johnson, Neil Hirsch, Jeffrey L. Friedman_

Counsel of record: _Law office of Alan L. Kovacs, Esg.; Much Shelist Freed Denenberg Ament & Rubenstein, P.C.; The Mills Law Firm; Goldman, Scarlato & Karon, P.C._

Authorized Attorney's Name(s) (print): _Alan L. Kovacs, Esg._

Signature(s): _Alan Kovacs_          _10/16/06_

(add additional lines as needed)

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation,* in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed): David Atkins v. The Gillette Company

Client(s) (named-plaintiffs): David Atkins

Counsel of record: Milstein, Adelman & Kreger

Authorized Attorney's Name(s) (print): Wayne Kreger

Signature(s):

(add additional lines as needed)

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation,* in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed): <u>Lisa Geis v. The Gillette Company;</u>
<u>No. 3:05cv1534 (D.Conn.)</u>

Client(s) (named-plaintiffs): <u>Lisa Geis</u>

Counsel of record: <u>James E. Miller; Patrick A. Klingman</u>

Authorized Attorney's Name(s) (print): <u>James E. Miller</u>

Signature(s): _____

(add additional lines as needed)

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation,* in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed):  Lisa Geis v. The Gillette Company; No. 3:05cv1534 (D.Conn.)

Client(s) (named-plaintiffs):  Lisa Geis

Counsel of record:  James E. Miller; Patrick A. Klingman

Authorized Attorney's Name(s) (print):  James E. Miller

Signature(s):

(add additional lines as needed)

The undersigned, being duly authorized on behalf of Collin L. McGeary and counsel of record identified below, hereby join(s) in and consents to the Settlement Agreement dated october 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3 Power Razor System Marketing & Sales Practices litigation,* in the District Court for the District of Massachusetts, C.A. No. 05-11177-DPW, MDL No. 1704.

Case as originally filed: Collin L. McGeary v. The Gillette Co.

Client/plaintiff: Collin L. McGeary

Counsel of record: Kenneth D. Quat, Lance Harke

Authorized signature: _____

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation*, in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

| | |
|---|---|
| Original Case Caption(s) (as originally filed): | Holly Moore v. The Gillette Company<br>U. S. District Court for the Western District<br>of Tennessee – Eastern Division<br>Civil No. 1-05-1153 |
| | Grant W. Jackson v. The Gillette Company<br>U. S. District Court for the Northern District<br>of Texas – Dallas Division<br>Civil No. 3:05-CV-1179-K |
| Client(s) (Named Plaintiffs): | Holly Moore<br>Grant W. Jackson |
| Counsel of Record: | Pentecost, Glenn & Rudd, PLLC<br>Jason B. Rudd (Moore v. Gillette)<br>Jon A. York (Moore v. Gillette)<br>Brandon O. Gibson (Jackson v. Gillette)<br>106 Stonebridge Blvd.<br>Jackson, Tennessee 38305 |
| Authorized Attorney's Name(s): | Jason B. Rudd<br>Pentecost, Glenn & Rudd, PLLC<br>106 Stonebridge Blvd.<br>Jackson, Tennessee 38305 |

Pentecost, Glenn & Rudd, PLLC

By: Jason B. Rudd

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation,* in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed): ___Steve McGlynn v. The Gillette Company, No. 05-cv-4429 (E.D.Pa.)___

Client(s) (named-plaintiffs): ___Steve McGlynn___

Counsel of record: ___Chimicles & Tikellis LLP___

Authorized Attorney's Name(s) (print): ___Steven A. Schwartz___

Signature(s): ___[signature]___

(add additional lines as needed)

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation,* in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

*Circuit Court of the City of St Louis, Missouri*

Original Case Caption(s) (as originally filed): Elvis Huskic vs. The Gillette Co.

Client(s) (named-plaintiffs): Elvis Huskic

Counsel of record: John Steward, Joseph Neill, Thomas Carnes

Authorized Attorney's Name(s) (print): John Steward

Signature(s): _____

(add additional lines as needed)

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation,* in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed): Lipper, et al. v. The Gillette Company

Client(s) (named-plaintiffs): David Lipper

Counsel of record: See attachment.

Authorized Attorney's Name(s) (print): Ralph M. Stone

Signature(s): *Ralph M Stone*

(add additional lines as needed)

Mitch Kalcheim, Esq.
Kalcheim Salah
10960 Wilshire Boulevard, Suite 1790
Los Angeles, California 90024

Ralph M. Stone, Esq.
Shalov Stone & Bonner LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018

Ronen Sarraf, Esq.
Joseph Gentile, Esq.
SARRAF GENTILE LLP
485 Seventh Avenue, Suite 1005
New York, NY 10018

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation*, in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed): WINDOM v. GILLETTE COMPANY

Client(s) (named-plaintiffs): Kevin Windom                    05-CV-11207-RWZ

Counsel of record: WEXLER TORISEVA WALLACE LLP

Authorized Attorney's Name(s) (print): MARK J. TAMBURN

Signature(s): 

(add additional lines as needed)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE:

| | | |
|---|---|---|
| **M3POWER RAZOR SYSTEM** | ) | **MASTER DOCKET** |
| **MARKETING & SALES PRACTICES** | ) | **CIVIL ACTION NO. 05-11177** |
| **LITIGATION** | ) | **(LEAD CASE)** |
| | ) | |
| | ) | |
| | ) | **MDL DOCKET NO. 1704** |

## CONSENT TO SETTLEMENT AGREEMENT

The undersigned, being duly authorized on behalf of the client(s), all counsel of record for the named plaintiffs in the case(s) identified below, and himself, hereby join(s) in and consents to the Settlement Agreement dated October 6, 2006, and filed with the Court on October 8, 2006, and all conditions and terms contained therein, in *In re M3Power Razor System Marketing & Sales Practices Litigation*, in the District Court for the District of Massachusetts, Civil Action No. 05-11177-DPW, MDL No. 1704.

Original Case Caption(s) (as originally filed): Mark Adkison vs. The Gillette Company, a foreign corporation, Pope County Circuit Court, CV-2005-266

Client(s) (named-plaintiffs): Mark Adkison

Counsel of record: Russell A. Wood, Attorney at Law

Authorized Attorney's Name(s) (print): Russell A. Wood, Attorney at Law

Signature(s): _____     Dated: 10/12/06
                    Russell A. Wood

Signature(s): _____     Dated: 10-12-06
                    Mark Adkison

Exhibit 4
to Affidavit of Ben Barnow

*In re: M3Power Razor System Marketing & Sales Practice Litigation*

Attorneys' Time and Expense Report for Settlement Class Counsel and Liaison Counsel

| Firm Name | Hours | Fees | Costs/Expenses | Total Fees & Costs/Expenses |
|---|---|---|---|---|
| Barnow and Associates, P.C. | 678.10 | $306,612.00 | $ 4,155.54 | $ 310,767.54 |
| Lerach Coughlin Stoia Geller Rudman & Robbins | 722.50 | $283,900.00 | $10,305.74 | $ 294,205.74 |
| Shapiro Haber & Urmy | 462.10 | $249,032.00 | $ 5,153.28 | $ 254,185.28 |
| TOTALS | 1862.70 | $839,608.00 | $19,614.56 | $859,158.56 |

Exhibit 5
to Affidavit of Ben Barnow

*In re: M3Power Razor System Marketing & Sales Practice Litigation*

Attorneys' Time And Expense Report For Firms Endorsing The Settlement That Have Submitted Time and Expenses (Excluding Settlement Class Counsel and Liaison Class Counsel)

| | | | | |
|---|---|---|---|---|
| Amamgbo & Associates | 398.10 | $196,775.00 | $ 1,849.70 | $ 198,624.70 |
| Berard & Pollanen | 61.50 | $ 10,455.00 | $ 1,856.35 | $ 12,311.35 |
| Brodsky & Smith | 62.75 | $ 26,668.75 | $ 313.75 | $ 26,982.50 |
| Burstein Law Firm | 133.00 | $ 39,125.00 | $ 1,222.90 | $ 40,347.90 |
| The Carnes Law Firm | 24.70 | $ 8,575.00 | $ 0.00 | $ 8,575.00 |
| Chimicles & Tikellis | 29.50 | $ 11,825.00 | $ 0.00 | $ 11,825.00 |
| Cochran & Cochran | 58.40 | $ 24,820.00 | $ 250.00 | $ 25,070.00 |
| Finkelstein, Thompson & Loughran | 177.60 | $ 61,286.50 | $ 1,070.50 | $ 62,357.00 |
| Gilman And Pastor | 39.50 | $ 20,723.50 | $ 778.20 | $ 21,501.70 |
| Goldman Scarlato & Karon | 9.70 | $ 4,331.00 | $ 87.60 | $ 4,418.60 |
| Harke & Clasby | 238.13 | $ 98,523.80 | $ 2,195.29 | $100,719.09 |

| Harrison Pensa | 293.40 | $81,536.79 (incl. 6% tax) (Canadian dollars) | $5,530.58 (incl. 6% tax) (Canadian dollars) $189.00 (non-taxable costs) (Canadian dollars) | $77,259.04 (converted into US dollars) $87,256.37 (Canadian dollars) |
|---|---|---|---|---|
| Holzer & Holzer | 50.75 | $ 16,085.00 | $ 375.00 | $ 16,460.00 |
| John Alexander & Associates | 52.50 | $ 27,562.50 | $ 50.00 | $ 27,612.50 |
| Joseph V. Neill | 13.80 | $ 5,520.00 | $ 0.00 | $ 5,520.00 |
| Larry D. Drury, Ltd. | 79.95 | $ 42,635.00 | $ 50.00 | $ 42,685.00 |
| Law Office of Alan L. Kovacs | 97.75 | $ 43,987.50 | $ 466.12 | $ 44,453.62 |
| Law Office of Aron Robinson | 15.75 | $ 6,300.00 | $ 0.00 | $ 6,300.00 |
| Lite Depalma Greenberg | 32.08 | $ 13,629.50 | $ 393.55 | $ 14,023.05 |
| The Mills Law Firm | 25.32 | $ 12,620.50 | $ 129.00 | $ 12,749.50 |
| Milstein Adelman & Kreger | 441.55 | $148,037.50 | $9,993.67 | $158,031.17 |
| Much Shelist | 87.80 | $ 37,621.50 | $ 123.05 | $ 37,744.55 |
| Pentecost Glenn & Rudd | 165.65 | $ 35,422.50 | $ 726.69 | $ 36,149.19 |
| Quat Law Offices | 110.90 | $ 47,132.50 | $ 305.71 | $ 47,438.21 |
| Sarraf Gentile | 20.70 | $ 8,880.00 | $ 0.00 | $ 8,880.00 |

| | | | | | |
|---|---|---|---|---|---|
| Shalov Stone & Bonner | 20.75 | $ 9,196.25 | $ 19.12 | $ 9,215.37 |
| Shepherd Finkelman Miller & Shah | 117.25 | $ 47,366.25 | $ 780.29 | $ 48,146.54 |
| TOTALS | 2858.78 | $1,086,641.84 | $28,756.07 | $1,105,200.58 |

# Exhibit 6
# to Affidavit of Ben Barnow

*In re: M3Power Razor System Marketing & Sales Practice Litigation*

Attorneys' Time and Expense Report For Firms Not Endorsing The Settlement But Have Submitted Time and Expenses

| | | | |
|---|---|---|---|
| Hewell Law Firm Group | 199.90 | $ 67,287.50 | $ 3,439.70 | $ 70,727.20 |
| Kanner & Whiteley | 219.70 | $ 77,072.00 | $ 9,322.26 | $ 86,394.26 |
| The Kick Law Firm | 1478.70 | $663,557.50 | $33,601.66 | $697,159.16 |
| TOTALS | 1898.30 | $807,917.00 | $46,363.62 | $854,280.62 |

Exhibit 7
to Affidavit of Ben Barnow

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re:

M3POWER RAZOR SYSTEM
MARKETING & SALES PRACTICES
LITIGATION

THIS DOCUMENT RELATED TO:
ALL ACTIONS

MASTER DOCKET
Civil Action No. 05-11177
(Lead Case)

MDL Docket No. 1704

## SUMMARY OF ATTORNEYS' FEES, COSTS, AND EXPENSES
## FOR BARNOW AND ASSOCIATES, P.C.

| Billing Rate Per Hour | Hours | Total Fees (Lodestar: hours times billing rate) | Costs | | Expenses | | Total Fees, Costs and Expenses |
|---|---|---|---|---|---|---|---|
| Ben Barnow $625.00 | 359.70 | $224,812.50 | Filing fees | $527.40 | Westlaw Research $146.89<br>Ex. delivery 67.63<br>Photocopying 127.35<br>Postage 4.57<br>Facsimile 991.00<br>Conference calls 576.74<br>Transcript 34.03<br>Travel Expenses 1,679.93 | | $306,612.00 |
| Sharon Harris $350.00 | 158.90 | $ 55,615.00 | | | | | |
| Erich Schork $200.00 | 50.80 | $ 10,160.00 | | | | | |
| Blake Strautins $150.00 | 105.40 | $ 15,810.00 | | | | | |
| Paraprofessional $ 65.00 | 3.30 | $ 214.50 | Total | $527.40 | Total | $3,628.14 | $  4,155.54 |
| | | | | | | | $310,767.54 |

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Gusikoff Stewart, Ellen | 47.50 | 550.00 | 26,125.00 |
| Rothman, Robert | 445.25 | 425.00 | 189,231.25 |
| Rudman, Samuel | 21.00 | 550.00 | 11,550.00 |
| Reich, Mark S. | 76.00 | 335.00 | 25,460.00 |
| Torres, Carolina | 42.50 | 245.00 | 10,412.50 |
| Kagan, Fainna | 17.75 | 245.00 | 4,348.75 |
| Kerman, Michael E. | 28.50 | 245.00 | 6,982.50 |
| Martin, Anne | 33.00 | 215.00 | 7,095.00 |
| Stadelmann, Kelly | 11.00 | 245.00 | 2,695.00 |
| **TOTAL** | | | **$283,900.00** |
| Total Disbursements | | | 10,305.74 |
| **TOTAL** | | | **$294,205.74** |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>M3 POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION | CIVIL ACTION NO: C.A. No. 05-11177<br>(LEAD CASE)<br><br>MDL Docket No: 1704 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**SUMMARY OF ATTORNEYS' FEES, COSTS AND EXPENSES FOR**
**SHAPIRO HABER & URMY LLP**

| Name | Total Hours | Hourly Rate | Lodestar |
|---|---|---|---|
| **Attorneys:** | | | |
| Edward Haber | 3.1 | $640 | $   1,984.00 |
| Theodore Hess-Mahan | 70.5 | 450 | 31,725.00 |
| Adam Stewart | 0.3 | 230 | 69.00 |
| Thomas G. Shapiro | 311.7 | 640 | 199,488.00 |
| Matthew Tuccillo | 16.4 | 375 | 6,150.00 |
| Total Attorneys | | | $239,416.00 |
| | | | |
| **Paralegals:** | | | |
| Rose Alappat | 3.3 | 160 | 528.00 |
| Charlie Connor | 23.2 | 160 | 3,712.00 |
| Carmen Iguina | 20.0 | 160 | 3,200.00 |
| Allison Newman | 0.3 | 160 | 48.00 |
| Courtney Wolfe | 13.3 | 160 | 2,128.00 |
| Total Paralegals | | | $   9,616.00 |

**FIRM GRAND TOTAL**                                              $249,032.00

## Expense Summary

| Category | Amount |
|---|---|
| Computer Research | $  274.58 |
| Delivery/Courier | 333.57 |
| Facsimiles | 295.00 |
| Filing Fees | 550.00 |
| In-house duplicating | 1,635.30 |
| Meals | 61.91 |
| Offsite copying | 66.26 |
| Other Expenses | 556.94 |
| Outside Labor (copying VHS tapes) | 42.00 |
| Parking | 8.00 |
| Postage | 162.48 |
| Subpoena Service | 46.00 |
| Telephone | 292.05 |
| Transcripts | 265.49 |
| Travel | 563.70 |
| **TOTAL** | **$5,153.28** |

2

**AMAMGBO & ASSOCIATES**

CASE: IN RE M3POWER RAZOR SYSTEMS
CASE NO: MDL 1704

## LODESTAR

| Activity Code | Activity | Time Keepers | | Total |
|---|---|---|---|---|
| | | DONALD | ENA | |
| AAA-GLT-1 | Factual Investigation | 1.50 | | 1.50 |
| AAA-GLT-2 | Legal Research | 13.10 | | 13.10 |
| AAA-GLT-3 | Online Document Review | | | |
| AAA-GLT-4 | Litigation Strategy and Analysis | 70.50 | | 70.50 |
| AAA-GLT-5 | Drafting/Revising/Finalizing Pre-Trial Pleadings and Motions | | | |
| AAA-GLT-6 | Preparing/Responding/Reviewing Discoveries | 60.00 | | 60.00 |
| AAA-GLT-7 | Reviewing Pre-Trial Pleadings and Motions | 144.00 | | 144.00 |
| AAA-GLT-8 | Court appearance including travel time | | | |
| AAA-GLT-9 | Arbitration/Mediation | | | |
| AAA-GLT-10 | Trial preparations | 11.50 | | 11.50 |
| AAA-GLT-11 | Telephone Conference | 5.75 | | 5.75 |
| AAA-GLT-12 | Meeting | 85.25 | | 85.25 |
| AAA-GLT-13 | Correspondence | | 0.50 | 0.50 |
| AAA-GLT-14 | Administrative | | 6.00 | 6.00 |
| AAA-GLT-10 | Time Management | | | |
| AAA-GLT-15 | Miscellaneous | 391.50 | 6.50 | 398.10 |
| | Total Hours | | | |
| | Hourly Rate | $ 500.00 | $ 150.00 | |
| | | $ 195,800.00 | $ 975.00 | $ 196,775.00 |
| | Expenses | | | $ 1,849.70 |
| | Firm Total | | | $ 198,624.70 |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: | MASTER DOCKET |
|  | Civil Action No. 05-11177 |
| M3POWER RAZOR SYSTEM | (Lead Case) |
| MARKETING & SALES PRACTICES |  |
| LITIGATION | MDL Docket No. 1704 |
|  |  |
| THIS DOCUMENT RELATES TO: |  |
| ALL ACTIONS |  |

## SUMMARY OF ATTORNEYS' FEES, COSTS, AND EXPENSES FOR BÉDARD & POLLANEN

| Billing Rate Per Hour | | Hours | Total Fees (Lodestar: hours times billing rate) | Total Fees (Firm) | Costs | Expenses | Total Fees, Costs & Expenses |
|---|---|---|---|---|---|---|---|
| ERIC POLLANEN (Lawyer) | $170 | 61.5 | $10,455.00 | $10,455.00 | $50.00 | $1806.35 | $12,311.35 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

In re:

M3POWER RAZOR SYSTEM
MARKETING & SALES PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

MASTER DOCKET
Civil Action No. 05-11177
(Lead Case)

MDL Docket No. 1704

### SUMMARY OF ATTORNEYS' FEES, COSTS, AND EXPENSES FOR
### JOHN STEWARD

| Billing rate per hour | Hours | Loadstar fees | Total |
|---|---|---|---|
| John Steward | 33 hours @ $125.00/hr | $4,125.00 | $4,125.00 |
| John Steward | 100 hours @ $350.00/hr | $35,000.00 | $35,000.00 |
| | | | **TOTAL FEES = $ 39,125.00** |
| Costs & Expenses: | $1,035.90 Flight & Travel; $187.00 filing fee | | **TOTAL EXPENSES = $1,222.90** |
| | | | **TOTAL FEES & EXPENSES = $40,347.90** |

John S. Steward
Burstein Law Firm, P.C.
225 South Meramec
Suite 925
Clayton, Missouri 63105
314.725.6060 direct
314.862.9895 Fax

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

In re:

M3POWER RAZOR SYSTEM
MARKETING & SALES PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

MASTER DOCKET
Civil Action No. 05-11177
(Lead Case)

MDL Docket No. 1704

### SUMMARY OF ATTORNEYS' FEES, COSTS, AND EXPENSES FOR

### THOMAS R. CARNES

| Billing Rate Per Hour | | Hours | Total Fees (Lodestar: hours times billing rate) | Total Fees (Firm) | Costs | Expenses | Total Fees, Costs & Expenses |
|---|---|---|---|---|---|---|---|
| Thomas R. Carnes (Lawyer) | $350 | 24.50 | $8,575 | $8,575 | $ - 0 - | $ - 0 - | $8,575 |

Dated:  November 3, 2006

*Thomas R. Carnes*

THOMAS R. CARNES
The Carnes Law Firm
5201 Hampton Avenue
St. Louis, Missouri 63109
(314) 353-1001 Telephone
(314) 353-0181 Facsimile
e-mail: tcarnes@sprynet.com

CO-COUNSEL FOR PLAINTIFF ELVIS HUSKIC

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: | ) ) ) |
| M3POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) |

MASTER DOCKET
Civil Action No. 05-11177
(Lead Case)

MDL Docket No. 1704

## SUMMARY OF ATTORNEYS' FEES AND EXPENSES FOR
## FINKELSTEIN, THOMPSON & LOUGHRAN
### (Revised)

| Attorney | Billing Rate | Hours | Total Fees |
|---|---|---|---|
| Burton H. Finkelstein (P) | 675 | 3.90 | $ 2,632.50 |
| Mila F. Bartos (P) | 500 | 39.30 | 19,650.00 |
| Tracy D. Rezvani (P) | 450 | 10.50 | 4,725.00 |
| William P. Butterfield (P) | 500 | 0.30 | 150.00 |
| Shannon P. Cereghino (P) | 375 | 2.40 | 900.00 |
| Karen J. Marcus (A) | 325 | 79.90 | 25,967.50 |
| Benjamin J. Weir (A) | 275 | 1.10 | 302.50 |
| Christine G. Pedigo (A) | 375 | 2.70 | 1,012.50 |
| Michael G. McLellan (A) | 300 | 0.50 | 150.00 |
| Hilary K. Ratway (A) | 375 | 1.20 | 450.00 |
| Laurance W. Frierson (PL) | 175 | 15.60 | 2,730.00 |
| Sean T. Woosley (PL) | 175 | .50 | 87.50 |
| Lisa R. Bourque (PL) | 150 | 1.00 | 150.00 |
| Valerie M. Foo (PL) | 120 | 0.20 | 24.00 |
| Law Clerks | 135 | 9.00 | 1,215.00 |
| File Clerks | 120 | 9.50 | 1,140.00 |
|  |  |  |  |
| **TOTALS:** |  | **177.60** | **$ 61,286.50** |

## EXPENSES REVISED (10/25/06)

| Expense Type | Current Expenses |
|---|---|
| Airfare | $  284.40 |
| Copying (External) | 38.00 |
| Copying (Internal) | 58.10 |
| Express Mail/Delivery/Messenger | 43.90 |
| Postage | 1.11 |
| Computer Research | 315.37 |
| Telephone | 1.97 |
| Facsimile | 9.00 |
| Document Fee | 6.36 |
| Filing Fee | 105.00 |
| Service of Process | 112.00 |
| Travel Expenses | 95.29 |
| TOTAL EXPENSES | $ 1,070.50 |

| TOTAL FEES | TOTAL EXPENSES | CUMULATIVE TOTAL |
|---|---|---|
| $ 61,286.50 | $ 1,070.50 | $ 62,357.00 |

_Tracy Rezvani_            10/25/2006

Tracy D. Rezvani

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: | |
| M3POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**SUMMARY OF ATTORNEYS' FEES, COSTS, AND EXPENSES FOR**
**GILMAN AND PASTOR LLP**

| Billing Rate Per Hour | | Hours | Total Fees (Lodestar: hours times billing rate) | Total Fees (Firm) | Costs | Expenses | Total Fees, Costs & Expenses |
|---|---|---|---|---|---|---|---|
| D. Pastor (Lawyer) | $525 | 39.1 | $20,527.50 | $20,723.50 | $0.00 | $778.20 | $21,501.70 |
| D. Hoffman (Lawyer) | $490 | .4 | $196.00 | | | | |

00009881.WPD ; 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>M3POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER DOCKET<br>Civil Action No. 05-11177<br>(Lead Case)<br><br>MDL Docket No. 1704 |

## SUMMARY OF ATTORNEYS' FEES, COSTS, AND EXPENSES FOR GOLDMAN SCARLATO & KARON, P.C.

| Attorney | Rate | Hours | Lodestar |
|---|---|---|---|
| Paul J. Scarlato | $470 | 4.00 | $ 1,880.00 |
| Daniel R. Karon | $430 | 5.70 | $2,451.00 |
| **Total Fees** | | **9.70** | **$4,331.00** |

| Description of Expense | Amount |
|---|---|
| Telephone/Facsimile | $ 2.60 |
| Travel/Lodgings/Meals | $85.00 |
| **Total Expenses** | **$87.60** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | Civil Action No. 05-11177-DPW |
| M3POWER RAZOR SYSTEM | ) | (Lead Case) |
| MARKETING & SALES PRACTICES | ) | |
| LITIGATION | ) | MDL Docket No. 1704 |
| | ) | |
| | | |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL CASES | ) | |
| | ) | |

## SUMMARY OF ATTORNEY'S FEES, COSTS, AND EXPENSES FOR HARKE & CLASBY LLP

| Attorney | Rate | Hours | Total Fees | Total Firm Fees | Total Costs and Expenses | Total Fees Costs & Expenses |
|---|---|---|---|---|---|---|
| Lance A. Harke | $475.00 | 140.00 | $66,500.00 | $98,523.80 | $2,195.29 | $100,719.09 |
| David Maher | $360.00 | 24.73 | $8,902.80 | | | |
| Howard Bushman | $315.00 | 73.40 | $23,121.00 | | | |

# HP
## HARRISON PENSA

October 25, 2006

*Jonathan J. Foreman*
Direct Line: (519) 661-6775
E-Mail: jforeman@harrisonpensa.com

*Assistant – Tonya K. Stokes*
Direct Line: (519) 850-5608
E-Mail: tstokes@harrisonpensa.com

**VIA FACSIMILE: 312-641-5504**

Mr. Ben Barnow
Barnow and Associates
One North LaSalle Street
Suite 4600
Chicago, Illinois 60602

Dear Ben:

**Re:    Hall v. The Gillette Company et al.**
**Our File No.: 123540**

Further to your letter of October 23rd, 2006, I am writing to provide you with a billing summary to date as follows:

| Billing Rate Per Hour | Hours | Total Fees (Lodestar: Hours x Billing Rate) | Total Fees | Taxable Costs | Non-Taxable Costs |
|---|---|---|---|---|---|
| David Williams | 51.10 | $550 x 51.10 | $28,105 | $5,217.53 | $189 |
| Jonathan Foreman | 178.70 | $220 x 178.70 | $39,314 | | |
| Jeremy Forrest | 49.90 | $150 x 49.90 | $7,485 | | |
| Student | 13.20 | $150 x 13.20 | $1,980 | | |
| Clerk | .50 | $75 x .50 | $37.50 | | |
| | | **Totals** | **$76,921.50** | **$5,217.53** | **$189** |
| | | **Total Including 6% Tax** | **$81,536.79** | **$5,530.58** | **$189** |
| | | **Grand Total (Canadian) $87,256.37** | | | |

## HARRISON PENSA LLP ᵐ MERITAS
### LAW FIRMS WORLDWIDE

450 Talbot Street, P.O. Box 3237, London, Ontario N6A 4K3  Tel: 519 679 9660  Fax: 519 667 3362  www.harrisonpensa.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br><br>M3POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER DOCKET<br>Civil Action No. 05-11177<br>(Lead Case)<br><br>MDL Docket No. 1704 |

## SUMMARY OF ATTORNEYS' FEES, COSTS, AND EXPENSES FOR HOLZER & HOLZER LLC

| Billing Rate Per Hour |  | Hours | Total Fees (Lodestar: hours times billing rate) | Total Fees (Firm) | Costs | Expenses | Total Fees, Costs & Expenses |
|---|---|---|---|---|---|---|---|
| Corey D. Holzer (CDH)<br>Michael I. Fistel, Jr. (MIF) | $350<br>$295 | 20.25<br>30.50 | $7,087.50<br>$8,997.50 | $16,085.00 | $0.00 | $375.00 | $16,460.00 |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

In re:

M3POWER RAZOR SYSTEM
MARKETING & SALES PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

MASTER DOCKET
Civil Action No. 05-11177
(Lead Case)

MDL Docket No. 1704

## SUMMARY OF ATTORNEYS' FEES, COSTS, AND EXPENSES FOR
JOHN H. ALEXANDER & ASSOCIATES, LLC   **[insert firm name]**

| Billing Rate Per Hour | Hours | Total Fees (Lodestar: hours times billing rate) | Total Fees (Firm) | Costs | Expenses | Total Fees, Costs & Expenses |
|---|---|---|---|---|---|---|
| John Alexander (Lawyer) _____ (Lawyer) _____ (Law Clerk) | $525. | 52.50 | $27,562.50 | $27,562.50 | $50. | | $ 27,612.50 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

In re:

M3POWER RAZOR SYSTEM
MARKETING & SALES PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

MASTER DOCKET
Civil Action No. 05-11177
(Lead Case)

MDL Docket No. 1704

## SUMMARY OF ATTORNEYS' FEES, COSTS, AND EXPENSES FOR
Joseph V. Neill    [insert firm name]

| Billing Rate Per Hour<br><br>$400.00 | Hours | Total Fees (Lodestar: hours times billing rate) | Total Fees (Firm) | Costs | Expenses | Total Fees, Costs & Expenses |
|---|---|---|---|---|---|---|
| Joseph V. Neill (Lawyer)<br>_____ (Lawyer)<br>_____ (Law Clerk) | 13.8 | $5520.00 | 0.00 | 0.00 | 0 00 | $5520.00 |

Submitted by:

Joseph V. Neill #3929
Co-Counsel for Elvis Huskic
5201 Hampton Avenue
St. Louis, Missouri 63109
Phone: (314) 353-1001
Fax:   (314) 353-0181
E-Mail: neill5300@aol.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>M3 POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER DOCKET<br>Civil Action No. 05-11177<br>(Lead Case)<br><br>MDL Docket No. 1704 |

## <u>SUMMARY OF ATTORNEYS' FEES, COSTS AND EXPENSES</u>
### <u>FOR LARRY D. DRURY, LTD.</u>

| Billing Rate Per Hour | Hours | Total Fees (Lodestar: hours times billing rate) | Total Fees | Costs and Expenses | Total Fees, Costs & Expenses |
|---|---|---|---|---|---|
| Larry D. Drury Attorney ($550.00 per hour) | 76.20 | $41,910.00 | $41,910.00 | $50.00 (Pro Hac Vice) | $41,960.00 |
| Ilan Chorowsky Attorney ($300.00 per hour) | .25 | $      75.00 | $41,985.00 | | $42,035.00 |
| Marlo Malicay Attorney ($200.00 per hour) | 2.50 | $    500.00 | $42,485.00 | | $42,535.00 |
| Michelle C. Moses Para-professional ($150.00 per hour) | 1.0 | $    150.00 | $42,635.00 | | $42,685.00 |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>M3 POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **CIVIL ACTION NO: C.A. No. 05-11177<br>(LEAD CASE)**<br><br>**MDL Docket No: 1704** |

## SUMMARY OF ATTORNEYS' FEES, COSTS AND EXPENSES FOR
## LAW OFFICE OF ALAN L. KOVACS

| Billing Rate Per Hour | | Hours | Total Fees (Lodestar: hours times billing rate | Total Fees (firm) | Costs | Expenses | Total Fees, Costs and Expenses |
|---|---|---|---|---|---|---|---|
| Alan L. Kovacs, Esq. | $450 | 97.75 | $43,987.50 | $43,987.50 | $250 | $216.12 | $44,453.62 |

Respectfully submitted,

Dated: October 26, 2006

/s/ Alan L. Kovacs
Alan L. Kovacs, Esq.(BBO #278240)
LAW OFFICE OF ALAN L. KOVACS
2001 Beacon Street, Suite 106
Boston, MA 02135
(617) 964-1177

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

In re:

M3POWER RAZOR SYSTEM
MARKETING & SALES PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

MASTER DOCKET
Civil Action No. 05-11177
(Lead Case)

MDL Docket No. 1704

## SUMMARY OF ATTORNEYS' FEES, COSTS, AND EXPENSES FOR
### Law Office of Aron Robinson

| Billing Rate Per Hour | Hours | Total Fees (Lodestar: hours times billing rate) | Total Fees (Firm) | Costs | Expenses | Total Fees, Costs & Expenses |
|---|---|---|---|---|---|---|
| Aron Robinson (Lawyer) _____ (Lawyer) _____ (Law Clerk) | 15.75 | 6,300.00 | 6,300.00 | 0 | 0 | 6,300.00 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| In re:<br><br>**M3POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION**<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MASTER DOCKET<br>Civil Action No. 05-11177<br>(Lead Case)<br><br><br><br>MDL Docket No. 1704 |

SUMMARY OF ATTORNEYS' FEES, COSTS AND EXPENSES FOR
THE MILLS LAW FIRM

| ATTORNEY | HOURS | RATES | LODESTAR:<br>Hours times Rate | COSTS &<br>EXPENSES |
|----------|-------|-------|------------------------------|---------------------|
| Robert W. Mills | 18.02 | 525.00 | $9,460.50 | $129.00 |
| Harry Shulman | 7.30 | 450.00 | 3,160.00 | |
| | | | | |
| **TOTAL** | **25.32** | | **12,620.50** | **129.00** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MASTER DOCKET |
| M3POWER RAZOR SYSTEM | ) | Civil Action No. 05-11177-DPW |
| MARKETING & SALES PRACTICES | ) | (Lead Case) |
| LITIGATION | ) | |
| | ) | MDL Docket No. 1704 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL ACTIONS | ) | |
| | ) | |

## SUMMARY OF ATTORNEYS' FEES, COSTS, AND EXPENSES FOR MILSTEIN, ADELMAN, AND KREGER, LLP

The summarized costs and fees that Milstein, Adelman, and Kreger have incurred in this case are as follows:

*TOTAL HOURS:*      *441.55*

*TOTAL FEES:*      *$148,037.50*

*TOTAL COSTS:*      *$9,993.67*

*COMBINED TOTAL:*      *$158,031.17*

The supporting documentation is attached hereto.

*/s/ William A. Baird*
**Milstein, Adelman & Kreger, LLP**
Wayne S. Kreger (Cal. Bar No. 154759)
William A. Baird (Cal. Bar No. 192675)
Gillian L. Wade   (Cal. Bar No. 229124)
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone:  310-396-9600
gwade@maklawyers.com

Attorneys for Individual and Representative Plaintiff
David Atkins

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

In re:

**M3POWER RAZOR SYSTEM
MARKETING & SALES PRACTICES
LITIGATION**

THIS DOCUMENT RELATES TO:
ALL ACTIONS

MASTER DOCKET
Civil Action No. 05-11177
(Lead Case)

MDL Docket No. 1704

## SUMMARY OF ATTORNEYS' FEES, COSTS AND EXPENSES FOR
## MUCH SHELIST FREED DENENBERG AMENT & RUBENSTEIN, P.C.

| ATTORNEY | HOURS | RATES | LODESTAR: Hours times Rate | COSTS & EXPENSES |
|---|---|---|---|---|
| Jeffrey C. Rubenstein | 0.40 | $540.00 | $216.00 | |
| Michael B. Hyman | 0.80 | 530.00 | 424.00 | |
| Steven A. Kanner | 12.00 | 530.00 | 6,360.00 | |
| Melinda J. Morales | 2.00 | 375.00 | 750.00 | |
| Douglas A. Millen | 35.50 | 460.00 | 16,330.00 | 123.05 |
| Robert J. Wozniak | 37.10 | 340.00 | 12,614.00 | |
| | | | | |
| **TOTAL** | **87.80** | | **$37,621.50** | **$123.05** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>M3POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER DOCKET<br>Civil Action No. 05-11177<br>(Lead Case)<br><br>MDL Docket No. 1704 |

## SUMMARY OF ATTORNEYS' FEES, COSTS, AND EXPENSES FOR

## PENTECOST, GLENN & RUDD, PLLC

| Billing Rate Per Hour | | | Hours | Total Fees (Lodestar hours times billing rate) | Total Fees (Firm) | Costs | Expenses | Total Fees, Costs & Expenses |
|---|---|---|---|---|---|---|---|---|
| Jason B. Rudd | $250.00 | /hour | 29.1 | $ 7,275.00 | | | | |
| Donald D. Glenn | $250.00 | /hour | 22.55 | $ 5,637.50 | | | | |
| Brandon O. Gibson | $200.00 | /hour | 28.8 | $ 5,760.00 | | | | |
| Jon A. York | $200.00 | /hour | 80.1 | $ 16,020.00 | | | | |
| William Mauldin | $200.00 | /hour | 2.2 | $ 440.00 | | | | |
| Paralegals | $100.00 | /hour | 2.9 | $ 290.00 | | | | |
| **Total Fees for Pentecost, Glenn & Rudd** | | | | | **$ 35,422.50** | | 726.69 | **$ 36,149.19** |

**See attached statement.**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

In re:

M3POWER RAZOR SYSTEM
MARKETING & SALES PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

MASTER DOCKET
Civil Action No. 05-11177
(Lead Case)

MDL Docket No. 1704

## SUMMARY OF ATTORNEYS' FEES, COSTS, AND EXPENSES FOR
*KENNETH D. QUAT* [insert firm name]

| Billing Rate Per Hour | Hours | Total Fees (Lodestar: hours times billing rate) | Total Fees (Firm) | Costs | Expenses | Total Fees, Costs & Expenses |
|---|---|---|---|---|---|---|
| $ 425 (Lawyer) ___ (Lawyer) ___ (Law Clerk) | 110.9 | $47,132.50 | $47,132.50 | $305.71 | | $47,438.21 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

In re:

M3PWER RAZOR SYSTEM
MARKETING & SALES PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

MASTER DOCKET
Civil Action No. 05-11177
(Lead Case)

MDL Docket No. 1704

**SUMMARY OF ATTORNEYS' FEES, COSTS, AND EXPENSES FOR**
**SARRAF GENTILE LLP**

| Billing Rate Per Hour | | Hours | Total Fees: (Lodestar: hours timed billing rate | Total Fees (Firm) | Costs | Expenses | Total Fees, Costs & Expenses |
|---|---|---|---|---|---|---|---|
| Ronen Sarraf (Partner) | $450 | 12.0 | $5,400.00 | | | | |
| Joseph Gentile (Partner) | $400 | 8.7 | $3,480.00 | | | | |
| | | | | $8,880.00 | $0.00 | $0.00 | **$8,880.00** |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASACHUSETTS**

In re:

M3PWER RAZOR SYSTEM
MARKETING & SALES PRACTICES
LITIGATION

-----------------------------------------------------

THIS DOCUMENT RELATES TO:
ALL ACTIONS

MASTERS DOCKET
Civil Action No. 05-11177
(Lead Case)

MDL Docket No. 1704

**SUMMARY OF ATTORNEYS' FEES AND EXPENSES**
**INCURRED BY SHALOV STONE & BONNER LLP**

| Billing rate per hour | Hours | Total Fees: (Lodestar: hours timed billing rate) | Total Fees (Firm) | Expenses | Total Fees, Costs and Expenses |
|---|---|---|---|---|---|
| Ralph M. Stone (Partner) | $495 | 12.5 | $6,187.50 | | | |
| Thomas G. Ciarlone (Associate) | $395 | 7.25 | $2,863.75 | | | |
| Ross Barna (Paralegal) | $145 | 1 | $145.00 | $9,196.25 | $19.12 | $9,215.37 |

## SUMMARY OF ATTORNEYS' FEES, COSTS AND EXPENSES
### OF SHEPHERD FINKELMAN MILLER & SHAH, LLC

| Billing Rate Per Hour | Hours | Total Fees (Lodestar: hours times billing rate) | Total Fees (Firm) | Costs | Expenses | Total Fees, Costs and Expenses |
|---|---|---|---|---|---|---|
| Elena M. DiBattista (Legal Assistant - $105.00 per hour) | 8.50 | $ 892.50 | | | | |
| Betsy Ferling-Hitriz (Legal Assistant - $105.00 per hour) | 0.50 | $ 52.50 | | | | |
| Patrick A. Klingman (Attorney - $395.00 per hour) | 55.50 | $21,922.50 | | | | |
| James E. Miller (Attorney - $465.00 per hour) | 52.00 | $24,180.00 | | | | |
| James C. Shah (Attorney - $425.00 per hour) | 0.75 | $ 318.75 | | | | |
| | | | $47,366.25 | $ 250.00 | $ 530.29 | $48,146.54 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | MASTER DOCKET |
| ) | Civil Action No. 05-11177 |
| M3POWER RAZOR SYSTEM ) | (Lead Case) |
| MARKETING & SALES PRACTICES ) | |
| LITIGATION ) | MDL Docket No. 1704 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS ) | |

### SUMMARY OF ATTORNEY' FEES, COSTS, AND EXPENSES FOR ATTORNEYS IN AND ASSOCIATED WITH THE HEWELL LAW FIRM A.P.C

| BILLING RATE PER HOUR | HOURS | TOTAL FEES (LODESTAR; HURS TIMES BILLING RATE) | TOTAL FEES (FIRM) | COSTS | EXPENSES | TOTAL FEES, COSTS & EXPENSES |
|---|---|---|---|---|---|---|
| OLEN KENNETH DODD | 117 | 117 @ $300 | 35,100 | | 2,814.70 | 37,914,70 |
| L. DeWAYNE LAYFIELD | 29.80 | 29.80 @ $300 | 8,940 | | | 8,940 |
| MARIAN ROSEN | 20.50 | 20.50 @ $500 | 10,250 | | | 10,250 |
| KENT CAPERTON | 10 | 10 @ $500 | 5,000 | | | 5,000 |
| HOWARD RUBINSTEIN | 15.10 | 15.1 @ $350 | 5,285 | | 625.00 | 5,910 |
| HAL HEWELL | 7.5 | @$350 | 2,712.50 | | | 2,712.50 |
| | | | | | | Total: $70,727.20 |

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

In re:

M3POWER RAZOR SYSTEM
MARKETING & SALES PRACTICES
LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

MASTER DOCUMENT
Civil Action No. 05-11177
(Lead Case)

MDL Docket No. 1704

**SUMMARY OF ATTORNEYS' FEES, COSTS, AND EXPENSES FOR
KANNER & WHITELEY, L.L.C.**

| Billing Rate Per Hour | Hours | Total Fees (Lodestar: hours times billing rate) | Total Fees (Firm) | Costs | Expenses | Total Fees, Costs & Expenses |
|---|---|---|---|---|---|---|
| $505   Allan Kanner | 26.80 | $13,534.00 | | | | |
| $525   Allan Kanner | 69.80 | $36,645.00 | | | | |
| $300   Conlee Whiteley | 2.40 | $720.00 | | | | |
| $200   Cynthia Green St.Amant | 1.10 | $220.00 | | | | |
| $225   Cynthia Green St.Amant | 110.90 | $24,952.50 | | | | |
| $115   Christy Fugate (paralegal) | 8.70 | $1,000.50 | | | | |
| Total | | | $77,072.00 | $1,240.20 | $8,082.06 | $86,394.26 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br><br>M3POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | CIVIL ACTION NO. 05-11177-DPW (LEAD CASE)<br><br>MDL Docket No. 1704 |

## SUMMARY OF ATTORNEY'S FEES, COSTS, AND EXPENSES FOR
### The Kick Law Firm, APC

| Attorney / Paralegal | Rate | Hours | Total Individual Fees | Total Firm Fees | Total Costs & Expenses | Total Fees, Costs & Expenses |
|---|---|---|---|---|---|---|
| Taras Kick, Esq. | $500 | 545.25 | $272,625 | $663,557.50 | $33,601.50 | $697,159.16 |
| G. James Strenio, Esq. | $450 | 712 | $320,400 | | | |
| Graig Woodburn, Esq. | $450 | 59 | $26,550 | | | |
| Tony Chavez, Esq. | $400 | 6 | $2,400 | | | |
| Thomas Martin, Esq. | $350 | 64.25 | $22,487.50 | | | |
| Thomas Segal, Esq. | $350 | 39.50 | $13,825 | | | |
| Ed Dominguez | $100 | 1.50 | $150 | | | |
| La Trenda Hayden | $100 | 51.20 | $5,120 | | | |

1