UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | CIVIL ACTION NO. 05-11177-DPW |
| M3POWER RAZOR SYSTEM ) | (LEAD CASE) |
| MARKETING & SALES PRACTICES ) | |
| LITIGATION ) | MDL Docket No. 1704 |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| **ALL CASES** ) | |

## AFFIDAVIT OF MARK P. SZPAK AS TO
## COMPLIANCE WITH CAFA NOTICE PROVISIONS

I, Mark P. Szpak, one of the attorneys for The Gillette Company ("Gillette") in this matter, submit this affidavit describing Gillette's compliance with the sections of the Class Action Fairness Act of 2005 ("CAFA") regarding the provision of notice to appropriate federal and state officials, 28 U.S.C. § 1715.

1.      On October 16, 2006 (i.e., within fewer than 10 days after the proposed class action Settlement Agreement in this matter was filed with the Court), I caused a letter giving notice of the proposed settlement to be served by overnight mail delivery upon "the appropriate State official of each State in which a class member resides and the appropriate Federal official." 28 U.S.C. § 1715(b).  Accompanying the letter was a "Notice of Proposed Settlement, Pursuant to 28 U.S.C. § 1715" ("Notice"), with a set of exhibits conforming with the requirements of 28 U.S.C. § 1715(b).  A copy of the form of letter ("CAFA NOTICE OF PROPOSED SETTLEMENT") and Notice, without exhibits, is attached as Exhibit A hereto.

2.      The foregoing mailing was sent to the Attorney General of the United States (pursuant 28 U.S.C. § 1715(a)(1)(A)), and the Attorneys General of each of the fifty states and the District of Columbia (pursuant to 28 U.S.C. § 1715(a)(1)(B)).  The mailing was also sent to any state consumer protection office with an address that did not reflect an affiliation with that state's Attorney General, based on our review of a website list maintained by the Federal Citizen Information Center of the U.S. General Services Administration.  The list is available at (http://consumeraction.gov/state.shtml).

3.      At my instruction, our office maintained a log of all of the mailings and the receipt confirmations that we received for each mailing.  A copy of the log is included as Exhibit B hereto.  A list of all of the recipients and their addresses is included within the log.

4.      On October 26, 2006, I caused a further letter to be served by overnight delivery upon all of the recipients of the initial mailing, giving notice of the November 29, 2006 hearing date that had been set by the Court with respect to preliminary approval of the settlement.  A copy of the form of letter is included as Exhibit C attached hereto ("SUPPLEMENTAL CAFA NOTICE").  Included with the letter as mailed was a copy of the ECF notice setting the November 29, 2006 hearing date.

5.      At my instructions, our office maintained a log with respect to this latter mailing as well.  A copy of the log is included as Exhibit D hereto.  A list of all of the recipients and their addresses is included within the log.  Differences in certain of the addresses appearing in the two logs reflect the fact that, between the first mailing and the second mailing, our office was able to obtain street addresses for most of those recipients for which we previously had only post office box addresses.

6.      In response to the notices, our office received responsive letters from three recipients.  Copies of those responses are attached as Exhibits E, F and G hereto.

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Mark P. Szpak          12/1/06
Mark P. Szpak               Date

# EXHIBIT A

October 16, 2006

<u>VIA OVERNIGHT MAIL</u>

TO:    Troy King
       Office of the Attorney General
       Alabama State House
       11 South Union Street, 3rd Floor
       Montgomery, AL 36130

Re:    **CAFA NOTICE OF PROPOSED SETTLEMENT** in *In re M3Power Razor System
       Marketing & Sales Practices Litigation*, Civil Action No. 05-11177 (Lead Case), MDL
       No. 1704 (U.S. District Court for the District of Massachusetts)

In compliance with the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, The
Gillette Company, as defendant in the action referenced above, hereby advises you that the
parties to the above-referenced class action have reached a settlement of their differences
regarding the advertising for Gillette's M3Power razor ("M3P").  The parties have requested that
the Court grant preliminary approval to the settlement and schedule a hearing for final approval.

The lawsuit challenges the accuracy of Gillette's advertisements for the M3P.  Plaintiffs claim
Gillette's advertisements that the M3P "raises or stimulates hair up and away from the skin" were
false and misleading and violated consumer-related laws in the USA and Canada.  In mid-2005,
Gillette deleted those representations from its ads.  Gillette denies that its ads were false and
misleading and the lawsuit's other material allegations, but has agreed to the proposed settlement
to resolve the class action.

The Settlement Class includes all persons in the United States of America or Canada who
purchased or otherwise acquired for use and not resale an M3Power Razor in the United States
during the period May 1, 2004 through September 30, 2005, or in Canada during the period May
1, 2004 through October 31, 2005.

Pursuant to CAFA, you are not required to comment on the settlement.  However, in accord with
its obligations under CAFA, Gillette provides and/or states the following:

       A)     A copy of the Consolidated Class Action Complaint, and the Amended
Consolidated Class Action Complaint, filed in this action.  Also provided is a CD with copies of
the complaints in the underlying individual suits that have been consolidated into this proceeding
or otherwise made subject to the settlement, or that were dismissed prior to transfer and/or
consolidation.

10227910_1

B)    A copy of the Court's ELECTRONIC NOTICE of Hearing, issued on September 20, 2006, setting a "Hearing on Preliminary Approval of Settlement" for October 18, 2006, at 2:30 p.m., before Judge Douglas P. Woodlock in Courtroom 1, United States District Court, One Courthouse Way, Boston, MA.  The Electronic Notice of Hearing also indicates that the parties should be prepared to address any other outstanding issue/motion at that time.  A hearing on final approval of the settlement is not yet scheduled.

C)    The proposed plan for publishing notice and otherwise providing notification of the proposed class action settlement to the settlement class.

D)    A copy of the Settlement Agreement, with exhibits, in this action.  Included among the exhibits to the Settlement Agreement are (beginning at page 53 of Tab D) the proposed forms of notice to the settlement class (which contain, among other things, notice of the class members' rights to request exclusion from the class action, *see* pages 55 and 66 of Tab D).

E)    A copy of the voluntary dismissal filed in one of the underlying actions (the *Smith* action) prior to consolidation, and a copy of orders of dismissal filed in a pair of state court cases (the *Delre* and *Vereb* actions) that were removed to federal court and set for potential consolidation herein but were remanded and then subsequently dismissed.

F)    An estimate of the number of class members by state and the estimated proportionate share of the claims of such members to the entire settlement.  Because the M3Power razor is sold principally through retailers, including national chains, rather than directly to consumers, Gillette does not have data respecting the number of M3Power razors sold in each state or the identities of the purchasers, and therefore provides estimates pursuant to 28 U.S.C. § 1715(b)(7)(B), based on each state's share of the overall U.S. population.  The estimates set forth at Tab F herein are based upon Gillette's confidential and proprietary business information.  Accordingly, **Gillette requests that this information be given confidential treatment, and that your office give prompt notice to Gillette of any inquiries by members of the public to access such information.**  We appreciate your cooperation in this regard.

If you have questions about this notice, the lawsuit or the enclosed materials, or if you did not receive any of the above-listed materials, please contact Gillette's counsel listed below.

Harvey J. Wolkoff
Mark P. Szpak
Emily C. Shanahan
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Attorneys for Defendant The Gillette Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>M3POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION | CIVIL ACTION NO. 05-11177-DPW<br>(LEAD CASE)<br><br>MDL Docket No. 1704 |
| THIS DOCUMENT RELATES TO:<br>**ALL CASES** | |

### <u>NOTICE OF PROPOSED SETTLEMENT, PURSUANT TO 28 U.S.C. § 1715</u>

Pursuant to 28 U.S.C. § 1715, The Gillette Company ("Gillette"), as defendant in the above-referenced matter, hereby provides notice of the proposed settlement of the above-referenced matter, consisting of the following:

TAB A:      (1)    Consolidated Class Action Complaint, filed April 18, 2006

              (2)    Amended Consolidated Class Action Complaint, filed October 8, 2006

              (3)    Copies of complaints in underlying individual suits that have been consolidated into this proceeding or otherwise made subject to the settlement, or that were dismissed prior to transfer or consolidation [SEE ELECTRONIC COPIES ON ENCLOSED CD].

TAB B:      ELECTRONIC NOTICE of Hearing, issued on September 20, 2006, setting a "Hearing on Preliminary Approval of Settlement" for October 18, 2006, at 2:30 p.m., before Judge Douglas P. Woodlock in Courtroom 1, United States District Court, One Courthouse Way, Boston, MA.

TAB C:      Declaration of Andrew J. Novak in Support of Notice Plan, with Notice Plan and accompanying exhibits.

TAB D:      Settlement Agreement, with Exhibits as follows

                    Exhibit A – Proposed Judgment (at page 32)

                    Exhibit B – Claim Form (at page 41)

Exhibit C – Proposed Order of Preliminary Approval and Publishing of Notice of Final Fairness Hearing (at page 43)

Exhibit D – Summary Form of Notice ("Publication Notice") (at page 53)

Exhibit E – Long Form of Notice of Proposed Class Action Settlement (at page 56)

TAB E:    (1)    Plaintiff L. Dean Smith's Dismissal of Action Pursuant to F.R.C.P. 41(a)(1), filed January 13, 2006 in *Smith v. The Gillette Company*, Civil Action No. 05-12335 (D.Mass., transferred from C.D. Cal.), and accompanying service papers

(2)    Order Dismissing Actions for Insufficient Service of Process and Disposing of Other Motions, filed January 20, 2006 in *Vereb v. The Gillette Company*, Docket No. BER-L-1091-05, and *Delre v. The Gillette Company*, Docket No. BER-L-1077-05 (Superior Court of New Jersey Law Division:  Bergen County) (following remand), and subsequent orders granting stipulated dismissal with prejudice as to *Vereb* and denying reinstatement as to *Delre*.

TAB F:    Statement of The Gillette Company in compliance with 28 U.S.C. 1715(b)(7), providing "a reasonable estimate of the number of class members residing in each state, and the estimated proportionate share of the claims of such members to the entire settlement." 28 U.S.C. 1715(b)(7)(B).  The estimates set forth at Tab F herein are based upon Gillette's confidential and proprietary business information.  Accordingly, **Gillette requests that this information be given confidential treatment, and that your office give prompt notice to Gillette of any inquiries by members of the public to access such information.**  We appreciate your cooperation in this regard.

Respectfully submitted,

THE GILLETTE COMPANY
By its lawyers,

/s/ Mark P. Szpak
Harvey J. Wolkoff (BBO #532880)
Mark P. Szpak (BBO #546261)
Emily C. Shanahan (BBO# 643456)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated:  October 16, 2006

# EXHIBIT B

Tracking Chart for October 16, 2006 Settlement Notice

| State | Name | Address | Carrier | Tracking No. | Date Received |
|---|---|---|---|---|---|
| UNITED STATES OF AMERICA | Alberto Gonzales | U.S. Department of Justice 950 Pennsylvania Ave, NW Washington, DC 20530-0001 | FEDEX | 916314659599 | 10/17/06 11:28 AM |
| ALABAMA | Troy King | Office of the Attorney General Alabama State House 11 South Union Street, 3rd Floor Montgomery, AL 36130 | FEDEX | 916314660022 | 10/17/06 11:40 AM |
| ALASKA | | Consumer Protection Unit Office of the Attorney General 1031 West 4th Ave, Suite 200 Anchorage, AK 99501-5903 | FEDEX | 916314659496 | 10/17/06 10:45 AM |
| ARIZONA | Terry Goddard | Office of the Attorney General 1275 West Washington Street Phoenix, AZ 85007 | FEDEX | 916314659452 | 10/17/06 9:10 AM |
| ARKANSAS | David W. Márquez | P.O. Box 110300 Juneau, AK 99811-0300 | EXP | EA251508702US | 10/19/06 7:26 AM |
| ARKANSAS | Mike Beebe | Office of the Attorney General 323 Center Street, Suite 200 Little Rock, AR 72201 | FEDEX | 916314659349 | 10/17/06 9:57 AM |
| CALIFORNIA | Bill Lockyer | Attorney General's Office California Department of Justice P.O. Box 944255 Sacramento, CA 94244-2550 | EXP | EA251508755US | 10/19/06 6:44 AM |
| CALIFORNIA | Herschel Elkins Special Assistant Attorney General | California Attorney General's Office Office of the Attorney General 300 S. Spring Street Los Angeles, CA 90013-1230 | FEDEX | 916314658560 | 10/17/06 10:30 AM |
| CALIFORNIA | | California Department of Consumer Affairs | FEDEX | 916314660147 | 10/17/06 9:00 AM |

10284192_1

Tracking Chart for October 16, 2006 Settlement Notice

|  |  | 1625 North Market Blvd. Sacramento, CA 95838 |  |  |  |
| --- | --- | --- | --- | --- | --- |
|  | John W. Suthers | Attorney General 1525 Sherman St. Denver, CO 80203 | FEDEX | 91631465960 | 10/17/06 8:45 AM |
| COLORADO | Richard Blumenthal | Office of the Attorney General 55 Elm Street Hartford, CN 06106 | FEDEX | 91631465993 | 10/17/06 9:27 AM |
| CONNECTICUT | Commissioner Edwin R. Rodriguez | Department of Consumer Protection 165 Capital Avenue Hartford, CN 06106-1630 | FEDEX | 91631465966 | 10/17/06 9:42 AM |
| CONNECTICUT | Carl C. Danberg | Carvel State Office Building 820 N. French Street Wilmington, DE 19801 | FEDEX | 91631465941 | 10/17/06 9:40 AM |
| DELAWARE | David Rubenstein | Public Saftey Division 441 4th Street NW Suite 450 North Washington D.C. 20001 | FEDEX | 91631465871 | 10/17/0612:50 PM |
| DISTRICT OF COLUMBIA | Robert Spagnoletti | District of Columbia Office of the Attorney General John A. Wilson Building Washington, D.C. 20004 | FEDEX | 91631465860 | 10/17/06 1:14 PM |
| DISTRICT OF COLUMBIA | Charlie Crist | Office of Attorney General Charlie Crist State of Florida The Capitol PL-01 Tallahassee, FL 32399-1050 | FEDEX | 91631465121 | 10/17/06 8:39 AM |
| FLORIDA | Thurbert E. Baker | 40 Capitol Square SW Atlanta, GA 30334 | FEDEX | 91631465901 | 10/17/06 8:36 AM |
| GEORGIA |  |  |  |  |  |

Tracking Chart for October 16, 2006 Settlement Notice

| | | | | | |
|---|---|---|---|---|---|
| GEORGIA | Administrator Joseph B. Doyle | Governor's Office of Consumer Affairs 2 Martin Luther King Jr. Drive SE, Suite 356 East Atlanta, GA 30334-4600 | FEDEX | 91631465938 | 10/17/06 2:20 PM |
| HAWAII | Mark Bennett | Department of the Attorney General 425 Queen Street Honolulu, HI 96813 | FEDEX | 91631460240 | 10/17/06 1:31 PM |
| HAWAII | | Office of Consumer Protection Department of Commerce and Consumer Affairs 235 South Beretania St., Room 801 Honolulu, HI 96813-2419 | FEDEX | 91631465706 | 10/17/06 2:34 PM |
| IDAHO | Lawrence Wasden | State of Idaho Office of Attorney General 700 W. Jefferson Street P.O. Box 83720 Boise, ID 83720-0010 | FEDEX | 91631465522 | 10/17/06 12:16 PM |
| IDAHO | | Consumer Protection Unit Idaho Attorney General's Office 650 West State St. Boise, ID 83720-0010 | FEDEX | 91631465224 | 10/17/06 12:21 PM |
| ILLINOIS | Lisa Madigan | Office of the Attorney General 100 West Randolph Street, Suite 12 Chicago, IL 60601 | FEDEX | 91631465831 | 10/17/06 12:27 PM |
| INDIANA | Steve Carter | Office of the Indiana Attorney General Indiana Government Center South 302 W. Washington St. | FEDEX | 91631465132 | 10/17/06 10:21 AM |

10284192_1

Tracking Chart for October 16, 2006 Settlement Notice

| | | | Indianapolis, IN 46204 | | | |
|---|---|---|---|---|---|---|
| INDIANA | | | Office of the Indiana Attorney General<br>Consumer Protection Division<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204 | FEDEX | 916314659051 | 10/17/06 10:21 AM |
| IOWA | Tom Miller | | Iowa Attorney General<br>1305 E. Walnut Street<br>Des Moines, IA 50319 | FEDEX | 916314659371 | 10/17/06 10:36 AM |
| IOWA | | | Iowa Attorney General<br>Consumer Protection Division<br>1305 E. Walnut Street<br>Des Moines, IA 50319 | FEDEX | 916314659202 | 10/17/06 10:36 AM |
| KANSAS | Phill Kline | | Office of Attorney General Phill Kline<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS 66612-1897 | FEDEX | 916314659408 | 10/17/06 10:43 AM |
| KENTUCKY | Gregory D. Stumbo | | Office of the Attorney General<br>The Capitol, Suite 118<br>700 Capitol Avenue<br>Frankfort, KY 40601-3449 | FEDEX | 916314660331 | 10/17/06 11:32 AM |
| KENTUCKY | | | Office of the Attorney General<br>1024 Capital Center Dr., Suite 200<br>Frankfort, KY 40601 | FEDEX | 916314659886 | 10/17/06 9:48 AM |
| LOUISIANA | Charles C. Foti, Jr. | | 1885 North 3rd Street<br>Baton Rouge, LA 70802 | FEDEX | 916314659176 | 10/17/06 10:01 AM |
| LOUISIANA | Director Isabel Wingerter | | Consumer Protection Section<br>1885 North 3rd St.<br>Baton Rouge, LA 70802 | FEDEX | 916314660169 | 10/17/06 10:01 AM |

1028419 2_1

Tracking Chart for October 16, 2006 Settlement Notice

| MAINE | Steven Rowe | Office of the Attorney General 6 State House Station Augusta, ME 04333 | FEDEX | 916314659290 | 10/17/06 10:57 AM |
|---|---|---|---|---|---|
| MARYLAND | J. Joseph Curran, Jr. | Office of the Attorney General 200 St. Paul Place Baltimore, MD 21202 | FEDEX | 916314659577 | 10/17/06 11:54 AM |
| MASSACHUSETTS | Tom Reilly | Office of the Attorney General McCormack Building One Ashburton Place Boston, MA 02108 | FEDEX | 916314659739 | 10/17/06 9:47 AM |
| MICHIGAN | | Consumer Protection Division P.O. Box 30213 Lansing, MI 48909 | EXP | EA251508659US | 10/18/06 10:57 AM |
| MICHIGAN | Mike Cox | G. Mennen Williams Building, 7th Floor 525 W. Ottawa St. P.O. Box 30212 Lansing, MI 48909 | FEDEX | 916314659420 | 10/17/06 11:41 AM |
| MINNESOTA | Mike Hatch | Minnesota Attorney General's Office 1400 Bremer Tower 445 Minnesota St. St. Paul, MN 55101 | FEDEX | 916314659680 | 10/17/06 9:51 AM |
| MISSISSIPPI | | Consumer Protection Division P.O. Box 22947 Jackson, MS 39225-2947 | EXP | EA251508778US | 10/18/06 10:59 AM |
| MISSISSIPPI | Jim Hood | MS Attorney General's Office Carroll Gartin Justice Building 450 High Street Jackson, MS  39201 | FEDEX | 916314659316 | 10/17/06 9:14 AM |

10284192_1

Tracking Chart for October 16, 2006 Settlement Notice

| | | | | | |
|---|---|---|---|---|---|
| MISSOURI | Jay Nixon | Missouri Attorney General's Office<br>Supreme Court Building<br>207 W. High Street<br>Jefferson City, MO 65102 | FEDEX | 91631465890S | 10/17/06 9:45 AM |
| MONTANA | Mike McGrath | Attorney General Mike McGrath<br>Department of Justice<br>215 North Sanders Street, 3rd Floor<br>Helena, MT 59620 | FEDEX | 916314658950 | 10/17/06 10:33 AM |
| MONTANA | Michelle Truax | Office of Consumer Protection<br>1219 8th Avenue<br>Helena, MT 59620 | FEDEX | 916314659165 | 10/17/06 10:46 AM |
| NEBRASKA | Jon Bruning | Office of the Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509 | FEDEX | 916314659154 | 10/17/06 9:54 AM |
| NEVADA | George J. Chanos | Office of the Attorney General<br>Nevada Department of Justice<br>Carson City Office<br>100 North Carson Street<br>Carson City, NV 89701-4717 | FEDEX | 916314659658 | 10/17/06 9:43 AM |
| NEVADA | Commissioner Patricia Morse Jarman | Consumer Affairs Division<br>1850 East Sahara Suite 101<br>Las Vegas, NV 89104 | FEDEX | 916314659511 | 10/17/06 11:24 AM |
| NEVADA | Director Sydney H. Wickliffe | Department of Business and Industry<br>555 E. Washington Ave. Suite 4900<br>Las Vegas, NV 89101 | FEDEX | 916314660261 | 10/17/06 10:24 AM |
| NEW HAMPSHIRE | Kelly A. Ayotte | Office of the Attorney General<br>33 Capitol Street<br>Concord, NH 03301 | FEDEX | 916314660434 | 10/17/06 10:18 AM |

10284192_1

Tracking Chart for October 16, 2006 Settlement Notice

| | | | | | |
|---|---|---|---|---|---|
| NEW JERSEY | Anne Milgram | Office of the Attorney General<br>P.O. Box 080<br>Trenton, NJ 08625-0080 | EXP | EA251508720US | 10/19/06 8:03 AM |
| NEW JERSEY | | Division of Consumer Affairs<br>P.O. Box 45027<br>Newark, NJ 07101 | EXP | EA251508676US | 10/19/06 6:54 AM |
| NEW MEXICO | Patrica Madrid | 407 Galisteo<br>PO Drawer 1508<br>Santa Fe, NM 87504 | FEDEX | 916314660310 | 10/17/06 11:23 AM |
| NEW YORK | Eliot Spitzer | Office of the Attorney General<br>120 Broadway<br>New York City, NY 10271 | FEDEX | 916314659544 | 10/17/06 2:17 PM |
| NEW YORK | | New York State Consumer<br>Protection Board<br>5 Empire State Plaza, Suite 2101<br>Albany, NY 12223-1556 | FEDEX | 916314658684 | 10/17/06 9:59 AM |
| NEW YORK | | Office of the Attorney General<br>State Capitol<br>Albany, NY 12224 | FEDEX | 916314658743 | 10/17/06 8:38 AM |
| NORTH CAROLINA | Roy Cooper | NC Attorney General's Office<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 | FEDEX | 916314659018 | 10/17/06 11:18 AM |
| NORTH DAKOTA | Wayne Stenehjen | State Capitol<br>600 E. Boulevard Ave<br>Dept. 125<br>Bismarck, ND 58505 | FEDEX | 916314659257 | 10/17/06 7:18 AM |
| OHIO | Jim Petro | State Office Tower<br>30 E. Broad Street, 17th Floor<br>Columbus, OH 43215-3428 | FEDEX | 916314659007 | 10/17/06 11:44 AM |
| OKLAHOMA | W.A. Drew Edmondson | Office of the Attorney General<br>2300 N. Lincoln Blvd, Ste 112<br>Oklahoma City, OK 73105 | FEDEX | 916314658868 | 10/17/06 9:18 AM |

10284192_1

Tracking Chart for October 16, 2006 Settlement Notice

| State | Contact | Address | Method | Tracking Number | Date/Time |
|---|---|---|---|---|---|
| OKLAHOMA | | Consumer Protection Unit Oklahoma Attorney General 313 NE 21st Street Oklahoma City, OK 73105 | FEDEX | 916314660364 | 10/17/06 9:18 AM |
| OREGON | Hardy Myers | Oregon Department of Justice 1162 Court Street NE Salem, OR 97301-4096 | FEDEX | 916314659073 | 10/17/06 9:08 AM |
| PENNSYLVANIA | Tom Corbett | Pennsylvania Office of Attorney General 16th Floor Strawberry Square Harrisburg, PA 17120 | FEDEX | 916314659095 | 10/17/06 10:28 AM |
| RHODE ISLAND | Patrick Lynch | 150 South Main Street Providence, RI 02903 | FEDEX | 916314659040 | 10/17/06 10:08 AM |
| SOUTH CAROLINA | The Honorable Henry McMaster | P.O. Box 11549 Columbia, SC 29211 | EXP | EA251508631US | 10/19/06 9:00 AM |
| SOUTH DAKOTA | Larry Long | Office of the Attorney General 1302 E Hwy 14 Suite 1 Pierre, SD 57501-8501 | FEDEX | 916314658846 | 10/17/06 9:31 AM |
| SOUTH DAKOTA | | Division of Consumer Protection 1302 E Hwy 14 Suite 3 Pierre, SD 57501-8503 | FEDEX | 916314659669 | 10/17/06 9:31 AM |
| TENNESSEE | Paul G. Summers | Office of the Attorney General P.O. Box 20207 Nashville, TN 37202-0207 | EXP | EA251508747US | 10/19/06 6:49 AM |
| TENNESSEE | Director Mary Clement | Consumer Affairs 500 James Robertson Pkwy Nashville, TN 37243 | FEDEX | 916314659100 | 10/17/06 9:15 AM |

Tracking Chart for October 16, 2006 Settlement Notice

| | | | | | |
|---|---|---|---|---|---|
| TEXAS | Greg Abbott | Office of the Attorney General State Capitol Complex P.O. Box 12548 Austin, TX 78711-2548 | EXP | EA251508764US | 10/19/06 9:49 AM |
| UTAH | Mark Shurtleff | Office of the Attorney General P.O. Box 142320 Salt Lake City, UT 84114-2320 | EXP | EA251508795US | 10/18/06 9:03 AM |
| UTAH | Kevin Olsen | Division of Consumer Protection Herber M. Wells Building, Second Floor 160 East 300 South SM 146703 Salt Lake City, UT 84114 | FEDEX | 916314659268 | 10/17/06 9:35 AM |
| VERMONT | William H. Sorrell | 109 State Street Montpelier, VT 05609-1001 | FEDEX | 916314658787 | 10/17/06 10:43 AM |
| VERMONT | | Office of the Attorney General 104 Morrill Hall, UVM Burlington, VT 05405 | FEDEX | 916314659110 | 10/17/06 10:25 AM |
| VIRGINIA | Bob McDonnell | Office of the Attorney General 900 East Main Street Richmond, VA 23219 | FEDEX | 916314659084 | 10/17/06 10:01 AM |
| VIRGINIA | | Department of Agriculture and Consumer Services Oliver W. Hill Building 102 Governor Street Richmond, VA 23219 | FEDEX | 916314659533 | 10/17/06 9:19 AM |
| WASHINGTON | Rob McKenna | 1125 Washington St. SE P.O. Box 40100 Olympia, WA 98504-0100 | FEDEX | 916314659463 | 10/17/06 10:15 AM |
| WEST VIRGINIA | Darrell McGraw, Jr. | Office of the Attorney General Consumer Protection Division State Capitol 1900 Kanawha Blvd., East | FEDEX | 916314659990 | 10/17/06 10:49 AM |

10284192_1

Tracking Chart for October 16, 2006 Settlement Notice

| | | P.O. Box 1789<br>Charleston, WV 25305 | | | |
|---|---|---|---|---|---|
| WISCONSIN | Peggy A. Lautenschlager | Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 | EXP | EA251508628US | 10/19/06 9:04 AM |
| WISCONSIN | Rod Nilsestuen<br>Secretary of the Department of Agriculture, Trade and Consumer Protection | 2811 Agriculture Drive<br>PO Box 8911<br>Madison, WI 53708-8911 | FEDEX | 916314659198 | 10/17/06 9:43 AM |
| WISCONSIN | Janet Jenkins<br>Admnistrator of the Division of Trade & Consumer Protection | 2811 Agriculture Drive<br>PO Box 8911<br>Madison, WI 53708-8911 | FEDEX | 916314660401 | 10/17/06 9:43 AM |
| WYOMING | Patrick J. Crank | Attorney General's Office<br>123 Capitol<br>200 W. 24th Street<br>Cheyenne, WY 82002 | FEDEX | 916314659419 | 10/17/06 9:59 AM |

# EXHIBIT C



**ROPES & GRAY LLP**

ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617-951-7000    F 617-951-7050

BOSTON    NEW YORK    PALO ALTO    SAN FRANCISCO    WASHINGTON, DC    www.ropesgray.com

<u>BY FEDERAL EXPRESS</u>

DATE:    October 26, 2006

TO:    Troy King
Office of the Attorney General
Alabama State House
11 South Union Street, 3rd Floor
Montgomery, AL 36130

RE:    **SUPPLEMENTAL CAFA NOTICE** in *In re M3Power Razor System Marketing & Sales Practices Litigation*, Civil Action No. 05-11177 (Lead Case), MDL No. 1704 (U.S. District Court for the District of Massachusetts)

By letter dated October 16, 2006, The Gillette Company advised you that a settlement had been reached, subject to Court approval, in the above-referenced class action, and provided you with the notice of the settlement required by the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715.

Further to its October 16, 2006 notice, Gillette writes to advise you that the hearing on preliminary approval of the settlement has been scheduled for 2:30 p.m. on Wednesday, November 29, 2006. Enclosed is a copy of the Court's order. The Court set November 13, 2006 as the date for the submission of comments on the settlement prior to the preliminary approval hearing. As noted previously, CAFA does not require you to comment on the settlement. A hearing on final approval has not yet been scheduled.

If you have questions about this supplemental notice, the lawsuit, or the materials provided previously or herewith, please contact Gillette's counsel listed below.

Harvey J. Wolkoff
Mark P. Szpak
Emily C. Shanahan
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Defendant The Gillette Company*

10240502_1

# EXHIBIT D

Tracking Chart for October 26, 2006 Supplemental Settlement Notice

| State | Name | Address | Carrier | Tracking No. | Date Received |
|---|---|---|---|---|---|
| UNITED STATES OF AMERICA | Alberto Gonzales | U.S. Department of Justice 950 Pennsylvania Ave, NW Washington, DC 20530-0001 | FEDEX | 916314715011 | 10/27/06 10:04 AM |
| ALABAMA | Troy King | Office of the Attorney General Alabama State House 11 South Union Street, 3rd Floor Montgomery, AL 36130 | FEDEX | 916314715103 | 10/27/06 9:42 AM |
| ALASKA | David W. Márquez | 123 4th Street, 6th Floor Juneau, AK 99801 | FEDEX | 916314715364 | 10/30/06 10:02 AM |
| ALASKA | | Consumer Protection Unit Office of the Attorney General 1031 West 4th Ave., Suite 200 Anchorage, AK 99501-5903 | FEDEX | 916314715342 | 10/27/06 10:55 AM |
| ARIZONA | Terry Goddard | Office of the Attorney General 1275 West Washington Street Phoenix, AZ 85007 | FEDEX | 916314715310 | 10/27/06 9:10 AM |
| ARKANSAS | Mike Beebe | Office of the Attorney General 323 Center Street, Suite 200 Little Rock, AR 72201 | FEDEX | 916314715445 | 10/27/06 10:21 AM |
| CALIFORNIA | Bill Lockyer | Attorney General's Office California Department of Justice P.O. Box 944255 Sacramento, CA 94244-2550 | EXP | EA251509875US | 10/30/06 6:48 AM |
| CALIFORNIA | Herschel Elkins Special Assistant Attorney General | California Attorney General's Office Office of the Attorney General 300 S. Spring Street Los Angeles, CA 90013-1230 | FEDEX | 916314715489 | 10/27/06 10:02 AM |
| CALIFORNIA | | California Department of Consumer Affairs 1625 North Market Blvd. Sacramento, CA 95838 | FEDEX | 916314715504 | 10/27/06 9:58 AM |

10246554_2

Tracking Chart for October 26, 2006 Supplemental Settlement Notice

| | | | | | |
|---|---|---|---|---|---|
| COLORADO | John W. Suthers | Attorney General<br>1525 Sherman St.<br>Denver, CO 80203 | FEDEX | 91631471715559 | 10/27/06 9:19 AM |
| CONNECTICUT | Richard Blumenthal | Office of the Attorney General<br>55 Elm Street<br>Hartford, CT 06106 | FEDEX | 91631471715412 | 10/27/06 9:39 AM |
| CONNECTICUT | Commissioner Edwin R. Rodriguez | Department of Consumer Protection<br>165 Capitol Avenue<br>Hartford, CT 06106-1630 | FEDEX | 91631471715375 | 10/27/06 9:01 AM |
| DELAWARE | Carl C. Danberg | Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 | FEDEX | 91631471715331 | 10/27/06 9:24 AM |
| DISTRICT OF COLUMBIA | David Rubenstein | Public Saftey Division<br>441 4th Street NW Suite 450 North<br>Washington D.C. 20001 | FEDEX | 91631471715320 | 10/27/06 12:31 PM |
| DISTRICT OF COLUMBIA | Robert Spagnoletti | District of Columbia Office of the Attorney General<br>John A. Wilson Building<br>Washington, D.C. 20004 | FEDEX | 91631471715066 | 10/27/06 1:23 PM |
| FLORIDA | Charlie Crist | Office of Attorney General Charlie Crist<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | FEDEX | 91631471715283 | 10/27/06 9:43 AM |
| GEORGIA | Thurbert E. Baker | 40 Capitol Square<br>SW Atlanta, GA 30334 | FEDEX | 91631471715250 | 10/27/06 8:37 AM |
| GEORGIA | Administrator Joseph B. Doyle | Governor's Office of Consumer Affairs<br>2 Martin Luther King Jr. Drive SE, Suite 356 East<br>Atlanta, GA 30334-4600 | FEDEX | 91631471715217 | 10/27/06 10:15 AM |
| HAWAII | Mark Bennett | Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 | FEDEX | 91631471715180 | 10/27/06 3:53 PM |

10246554_2

Tracking Chart for October 26, 2006 Supplemental Settlement Notice

| | | | | |
|---|---|---|---|---|
| HAWAII | | Office of Consumer Protection Department of Commerce and Consumer Affairs 235 South Beretania St., Room 801 Honolulu, HI 96813-2419 | FEDEX | 916314715158 | 10/27/06 1:18 PM |
| IDAHO | Lawrence Wasden | State of Idaho Office of Attorney General 700 W. Jefferson Street Boise, ID 83720-0010 | FEDEX | 916314715114 | 10/27/06 10:21 AM |
| IDAHO | | Consumer Protection Unit Idaho Attorney General's Office 650 West State St. Boise, ID 83720-0010 | FEDEX | 916314715088 | 10/27/06 10:25 AM |
| ILLINOIS | Lisa Madigan | Office of the Attorney General 100 West Randolph Street, Suite 12 Chicago, IL 60601 | FEDEX | 916314715044 | 10/27/06 10:17 AM |
| INDIANA | Steve Carter | Office of the Indiana Attorney General Indiana Government Center South 302 W. Washington St. Indianapolis, IN 46204 | FEDEX | 916314715721 | 10/27/06 9:27 AM |
| INDIANA | | Office of the Indiana Attorney General Consumer Protection Division 302 W. Washington St., 5th Floor Indianapolis, IN 46204 | FEDEX | 916314715651 | 10/27/06 9:27 AM |
| IOWA | Tom Miller | Iowa Attorney General 1305 E. Walnut Street Des Moines, IA 50319 | FEDEX | 916314715607 | 10/27/06 10:29 AM |
| IOWA | | Iowa Attorney General Consumer Protection Division 1305 E. Walnut Street Des Moines, IA 50319 | FEDEX | 916314715560 | 10/27/06 10:29 AM |
| KANSAS | Phill Kline | Office of Attorney General Phill Kline 120 SW 10th Ave., 2nd Floor Topeka, KS 66612-1897 | FEDEX | 916314715526 | 10/27/06 9:34 AM |

10246554_2

Tracking Chart for October 26, 2006 Supplemental Settlement Notice

| | | | | | |
|---|---|---|---|---|---|
| KENTUCKY | Gregory D. Stumbo | Office of the Attorney General<br>The Capitol, Suite 118<br>700 Capitol Avenue<br>Frankfort, KY 40601-3449 | FEDEX | 916314715478 | 10/27/06 10:04 AM |
| KENTUCKY | | Office of the Attorney General<br>1024 Capitol Center Dr., Suite 200<br>Frankfort, KY 40601 | FEDEX | 916314715423 | 10/27/06 8:38 AM |
| LOUISIANA | Charles C. Foti, Jr. | 1885 North 3rd Street<br>Baton Rouge, LA 70802 | FEDEX | 916314715397 | 10/27/06 11:32 AM |
| LOUISIANA | Director Isabel Wingerter | Consumer Protection Section<br>1885 North 3rd St.<br>Baton Rouge, LA 70802 | FEDEX | 916314715353 | 10/27/06 11:32 AM |
| MANE | Steven Rowe | Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 | FEDEX | 916314715309 | 10/27/06 10:22 AM |
| MARYLAND | J. Joseph Curran, Jr. | Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202 | FEDEX | 916314715261 | 10/30/06 10:30 AM |
| MASSACHUSETTS | Tom Reilly | Office of the Attorney General<br>McCormack Building<br>One Ashburton Place<br>Boston, MA 02108 | FEDEX | 916314715228 | 10/27/06 10:35 AM |
| MICHIGAN | Mike Cox | G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St.<br>Lansing, MI 48913 | FEDEX | 916314715191 | 10/27/06 10:15 AM |
| MICHIGAN | | Consumer Protection Division<br>525 W. Ottawa St.<br>Lansing, MI 48913 | FEDEX | 916314715136 | 10/27/06 10:15 AM |
| MINNESOTA | Mike Hatch | Minnesota Attorney General's Office<br>1400 Bremer Tower<br>445 Minnesota St.<br>St. Paul, MN 55101 | FEDEX | 916314715099 | 10/27/06 10:20 AM |

10246554_2

Tracking Chart for October 26, 2006 Supplemental Settlement Notice

| | | | | | |
|---|---|---|---|---|---|
| MISSISSIPPI | | Consumer Protection Division<br>802 North State Street, Suite 301<br>Jackson, MS 39202 | FEDEX | 916314715022 | 10/27/06 9:24 AM |
| MISSISSPPI | Jim Hood | MS Attorney General's Office<br>Carroll Gartin Justice Building<br>450 High Street<br>Jackson, MS 39201 | FEDEX | 916314715000 | 10/27/06 9:01 AM |
| MISSOURI | Jay Nixon | Missouri Attorney General's Office<br>Supreme Court Building<br>207 W. High Street<br>Jefferson City, MO 65102 | FEDEX | 916314715033 | 10/27/06 9:13 AM |
| MONTANA | Mike McGrath | Attorney General Mike McGrath<br>Department of Justice<br>215 North Sanders Street, 3rd Floor<br>Helena, MT 59620 | FEDEX | 916314715055 | 10/27/06 10:04 AM |
| MONTANA | Michelle Truax | Office of Consumer Protection<br>1219 8th Avenue<br>Helena, MT 59620 | FEDEX | 916314715879 | 10/27/06 10:26 AM |
| NEBRAKSA | Jon Bruning | Office of the Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509 | FEDEX | 916314715905 | 10/27/06 9:52 AM |
| NEVADA | George J. Chanos | Office of the Attorney General<br>Nevada Department of Justice<br>Carson City Office<br>100 North Carson Street<br>Carson City, NV 89701-4717 | FEDEX | 916314715960 | 10/30/06 9:41 AM |
| NEVADA | Commissioner<br>Patricia Morse<br>Jarman | Consumer Affairs Division<br>1850 East Sahara Suite 101<br>Las Vegas, NV 89104 | FEDEX | 916314715982 | 10/27/06 10:01 AM |

10246554_2

Tracking Chart for October 26, 2006 Supplemental Settlement Notice

| | | | | | |
|---|---|---|---|---|---|
| NEVADA | Director Sydney H. Wickliffe | Department of Business and Industry 555 E. Washington Ave. Suite 4900 Las Vegas, NV 89101 | FEDEX | 916314716030 | 10/30/06 9:10 AM |
| NEW HAMPSHIRE | Kelly A. Ayotte | Office of the Attorney General 33 Capitol Street Concord, NH 03301 | FEDEX | 916314716051 | 10/27/06 10:00 AM |
| NEW JERSEY | Anne Milgram | Office of the Attorney General 25 Market Street Trenton, NJ 08625 | FEDEX | 916314716073 | 10/27/06 10:28 AM |
| NEW JERSEY | | Division of Consumer Affairs 124 Halsey Street Newark, NJ 07102 | FEDEX | 916314716095 | 10/27/06 10:09 AM |
| NEW MEXICO | Patrica Madrid | 407 Galisteo Street Santa Fe, NM 87504 | FEDEX | 916314716121 | 10/27/06 10:40 AM |
| NEW YORK | Eliot Spitzer | Office of the Attorney General 120 Broadway New York City, NY 10271 | FEDEX | 916314714986 | 10/27/06 9:48 AM |
| NEW YORK | | New York State Consumer Protection Board 5 Empire State Plaza, Suite 2101 Albany, NY 12223-1556 | FEDEX | 916314715592 | 10/27/06 9:47 AM |
| NEW YORK | | Office of the Attorney General State Capitol Albany, NY 12224 | FEDEX | 916314715618 | 10/27/06 8:38 AM |
| NORTH CAROLINA | Roy Cooper | NC Attorney General's Office 9001 Mail Service Center Raleigh, NC 27699-9001 | FEDEX | 916314715630 | 10/27/06 10:24 AM |
| NORTH DAKOTA | Wayne Stenehjen | State Capitol 600 E. Boulevard Ave Dept. 125 Bismarck, ND 58505 | FEDEX | 916314715640 | 10/27/06 10:42 AM |
| OHIO | Jim Petro | State Office Tower 30 E. Broad Street, 17th Floor | FEDEX | 916314715673 | 10/27/06 1:03 PM |

10246554_2

Tracking Chart for October 26, 2006 Supplemental Settlement Notice

| | | | | | |
|---|---|---|---|---|---|
| | | Columbus, OH 43215-3428 | | | |
| OKLAHOMA | Jane Wheeler | Consumer Protection Unit Oklahoma Attorney General Suite 260 4545 N. Lincoln Blvd. Oklahoma City, OK 73105 | FEDEX | 916314715695 | 10/30/06 8:47 AM |
| OREGON | Hardy Myers | Oregon Department of Justice 1162 Court Street NE Salem, OR 97301-4096 | FEDEX | 916314715710 | 10/27/069:21 AM |
| PENNSYLVANIA | Tom Corbett | Pennsylvania Office of Attorney General 16th Floor Strawberry Square Harrisburg, PA 17120 | FEDEX | 916314715743 | 10/27/06 10:00 AM |
| RHODE ISLAND | Patrick Lynch | 150 South Main Street Providence, RI 02903 | FEDEX | 916314715802 | 10/27/06 9:54 AM |
| SOUTH CAROLINA | The Honorable Henry McMaster | Rembert Dennis Building 1000 Assembly Street, Room 519 Columbia, SC 29201 | FEDEX | 916314715824 | 10/27/06 8:53 AM |
| SOUTH DAKOTA | Larry Long | Office of the Attorney General 1302 E Hwy 14 Suite 1 Pierre, SD 57501-8501 | FEDEX | 916314715386 | 10/27/06 9:26 AM |
| SOUTH DAKOTA | | Division of Consumer Protection 1302 E Hwy 14 Suite 3 Pierre, SD 57501-8503 | FEDEX | 916314715401 | 10/27/06 9:26 AM |
| TENNESSEE | Paul G. Summers | Office of the Attorney General 425 5th Ave North, 2nd Floor Nashville, TN 37243 | FEDEX | 91631471543 4 | 10/27/06 11:03 AM |

10246554_2

Tracking Chart for October 26, 2006 Supplemental Settlement Notice

| | | | | | |
|---|---|---|---|---|---|
| TENNESSEE | Director Mary Clement | Consumer Affairs<br>500 James Robertson Pkwy<br>Nashville, TN 37243 | FEDEX | 916314715456 | 10/27/06 9:42 AM |
| TEXAS | Greg Abbott | Office of the Attorney General<br>300 W. 15th Street<br>Austin, TX 78701 | FEDEX | 916314715467 | 10/27/06 8:39 AM |
| UTAH | Mark Shurtleff | Office of the Attorney General<br>Utah State Capitol Complex<br>East Office Building, Suite 320<br>Salt Lake City, UT 84114-2320 | FEDEX | 916314715490 | 10/27/06 10:25 AM |
| UTAH | Kevin Olsen | Division of Consumer Protection<br>Herber M. Wells Building, Second Floor<br>160 East 300 South<br>SM 146703<br>Salt Lake City, UT 84114 | FEDEX | 916314715515 | 10/27/06 9:46 AM |
| VERMONT | William H. Sorrell | 109 State Street<br>Montpelier, VT 05609-1001 | FEDEX | 916314715537 | 10/27/06 9:44 AM |
| VERMONT | | Office of the Attorney General<br>104 Morrill Hall, UVM<br>Burlington, VT 05405 | FEDEX | 916314715125 | 10/27/06 10:05 AM |
| VIRGINIA | Bob McDonnell | Office of the Attorney General<br>900 East Main Street<br>Richmond, VA 23219 | FEDEX | 916314715147 | 10/27/06 9:47 AM |
| VIRGINIA | | Department of Agriculture and Consumer Services<br>Oliver W. Hill Building<br>102 Governor Street<br>Richmond, VA 23219 | FEDEX | 916314715169 | 10/27/06 9:28 AM |

10246554_2

Tracking Chart for October 26, 2006 Supplemental Settlement Notice

| WASHINGTON | Rob McKenna | 1125 Washington St. SE Olympia, WA 98504-0100 | FEDEX | 916314715170 | 10/27/06 9:57 AM |
| WEST VIRGINIA | Darrell McGraw, Jr. | Office of the Attorney General Consumer Protection Division State Capitol 1900 Kanawha Blvd., East Charleston, WV 25305 | FEDEX | 916314715206 | 10/27/06 9:58 AM |
| WISCONSIN | Peggy A. Lautenschlager | Wisconsin Department of Justice Rm. 114 East Capitol Madison, WI 53702 | FEDEX | 916314715239 | 10/27/06 9:48 AM |
| WISCONSIN | Rod Nilsestuen Secretary of the Department of Agricuture, Trade and Consumer Protection | 2811 Agriculture Drive Madison, WI 53708-8911 | FEDEX | 916314714975 | 10/27/06 9:41 AM |
| WISCONSIN | Janet Jenkins Administrator of the Division of Trade & Consumer Protection | 2811 Agriculture Drive Madison, WI 53708-8911 | FEDEX | 916314714964 | 10/27/06 9:41 AM |
| WYOMING | Patrick J. Crank | Attorney General's Office 123 Capitol 200 W. 24th Street Cheyenne, WY 82002 | FEDEX | 916314714997 | 10/27/06 10:15 AM |

# EXHIBIT E



## OFFICE OF ATTORNEY GENERAL
## STATE OF OKLAHOMA

October 17, 2006

Mr. Harvey J. Wolkoff
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Re:    *M3Power Razor system Marketing & Sales Practices Litigation*, Civil Action No. 05-11177 (Lead Case), MDL No. 1704 (U.S. District Court for the District of Massachusetts)

Dear Mr. Wolkoff:

Thank you for your letter regarding the above.  I have referred this information to Jane Wheeler, Director of the Consumer Protection Unit, for her review and any appropriate response.

I appreciate you bringing this to our attention.  If you have any questions, please feel free to contact Ms. Wheeler directly.

Sincerely,

W.A. DREW EDMONDSON
ATTORNEY GENERAL

WAE:st

cc:    Jane Wheeler



# OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

October 19, 2006

Ropes & Gray
ATTN: Harvey J. Wolkoff
One International Place
Boston, MA 02110-2624

Re: *In re: M3 Power Razor System Marketing &
Sales Practices Litigation*, 05-11177

Dear Mr. Wolkoff:

The purpose of this letter is to acknowledge receipt of legal documents that you provided to the Office of the Illinois Attorney General pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715.

Thank you very much for providing a copy of the documents to the Office of the Illinois Attorney General. Please call me at (217) 782-8457 if you have a question about this letter.

Sincerely,

Attorney General

Richard R. Ginter
Consumer Fraud Bureau
Paralegal



**U.S. Department of Justice**

Civil Division

MFH:PADammann
CD-NEW

*Washington, D.C. 20530*
Tel. (202) 307-1183

November 15, 2006

Harvey J. Wolkoff
Mark P. Szpak
Emily C. Shanahan
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110

Robert Rothman
Lerach Coughlin Stoia Geller
 Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

Ben Barnow
Barnow and Associates, P.C.
One North LaSalle Street
Suite 4600
Chicago, IL 60602

Re:     *M3 Power Razor System Marketing & Sales Practices Litigation*
        (D. Mass.)  Civ.  No. 05-11177

Dear Counsel:

        I am writing with regard to the above-captioned private class action suit.  Counsel for the defendant provided various pleadings and other documents to the United States Attorney General pursuant to the Federal Class Action Fairness Act (FCAFA), 28 U.S.C. § 1715.  To the extent any party may contend that such notice pursuant to the FCAFA or the settlement itself affect the rights of the United States, we note the following:

        To our knowledge, the United States was not properly served, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, in connection with this case.  Consequently, the Government's rights are not affected in any way by the settlement in question.

        Moreover, the United States (including any agency or instrumentality of the United States) cannot be represented by private counsel in a class action lawsuit.  More specifically, federal law provides that "the conduct of litigation in which the United States, an agency, or the officer thereof is a party, or is interested . . . is reserved to officers of the Department of Justice, under the direction of the Attorney General."  28 U.S.C. § 516.  In addition, 28 U.S.C. § 519

- 2 -

states that "[e]xcept as otherwise authorized by law, the Attorney General shall supervise all litigation to which the United States, an agency, or officer thereof is a party . . . ." Thus, even assuming *arguendo* that the United States had been properly served, a class represented by private counsel could not represent the United States or its agencies and instrumentalities as class members, because private counsel is not authorized to represent the interests of the United States and could not bind the United States.

The United States Attorney General therefore does not agree to the inclusion of the federal government as a class member in this Rule 23 litigation. The position taken in this letter should not be construed as, and does not represent, a waiver of any claims which the United States may have against any of the named defendants in this litigation.

If you have any questions, please contact me at (202) 307-1183.

Very Truly Yours,

Polly A. Dammann
Assistant Director
Civil Division


cc:    AUSA Sara Bloom
       United States Attorney's Office
       District of Massachusetts
       One Courthouse Way
       U.S. Courthouse, Suite 9200
       Boston, MA 02210

       J. Christopher Kohn, Director
       Civil Division
       U.S. Department of Justice