UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | CIVIL ACTION NO. 05-11177-DPW |
| M3POWER RAZOR SYSTEM ) | (LEAD CASE) |
| MARKETING & SALES PRACTICES ) | |
| LITIGATION ) | MDL Docket No. 1704 |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| **ALL CASES** ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify as follows:

1. On December 1, 2006, a true copy of the Affidavit of Mark P. Szpak as to Compliance with CAFA Notice Provisions was filed through the ECF system, and was served electronically through the ECF System on the registered participants as identified on the Notice of Electronic Filing ("NEF"); and

2. Paper copies of the Affidavit of Mark P. Szpak as to Compliance with CAFA Notice Provisions were sent via first class mail to those identified as non-registered participants on the NEF on December 4, 2006.

/s/ Mark P. Szpak
Mark P. Szpak

Dated: December 4, 2006