## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>M3 POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | CIVIL ACTION NO: C.A. No. 05-11177<br>(LEAD CASE)<br><br>MDL Docket No: 1704 |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF
### THEODORE M. HESS-MAHAN

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3(c), the undersigned counsel hereby withdraws his appearance on behalf of plaintiffs in the above-captioned action. Plaintiffs will continue to be represented by Shapiro Haber & Urmy LLP. Please remove the above-named attorney from the docket as counsel of record in this action.

Dated: January 5, 2007                Respectfully submitted,

                                      **/s/Theodore M. Hess-Mahan**
                                      Theodore M. Hess-Mahan, BBO No. 557109
                                      SHAPIRO HABER & URMY LLP
                                      53 State Street
                                      Boston, MA 02109
                                      (617) 439-3939

                                      *Attorneys for Plaintiff*

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 5, 2007.

                                      **/s/Theodore M. Hess-Mahan**
                                      Theodore M. Hess-Mahan