UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____)
In re: RE M3POWER RAZOR SYSTEM)
MARKETING & SALES PRACTICES   )   CIVIL ACTION NO. 05-11177-DPW
LITIGATION                    )   LEAD CASE
                              )
                              )   MDL DOCKET NO. 1704
                              )
_____)
                              )
KASEM ADOURE,                 )
      Plaintiff,              )
                              )   CIVIL ACTION NO. 05-12336-DPW
          v.                  )
                              )
THE GILLETTE COMPANY,         )
      Defendant.              )


JUDGMENT OF DISMISSAL WITH PREJUDICE
January 11, 2007


        For the reasons set forth more fully in the Memorandum and

Order issued in this matter today, upon notice in motion papers

submitted by the plaintiff of his determination to dismiss this

action with prejudice for the purpose of facilitating an appeal

of this Court's order denying his motion to remand, Judgment is

hereby entered dismissing this action with prejudice.


                         BY THE COURT


                         /s/ Michelle Rynne
                         Deputy Clerk