UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | CIVIL ACTION NO. 05-11177-DPW |
| ) | LEAD CASE |
| M3POWER RAZOR SYSTEM ) | |
| MARKETING & SALES PRACTICES ) | MDL DOCKET No. 1704 |
| LITIGATION ) | |
| ) | |
| KASEM ADOURE, ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. 05-12336-DPW |
| v. ) | |
| ) | |
| THE GILLETTE COMPANY, ) | |
|     Defendant. ) | |

**NOTICE OF PLAINTIFF KASEM ADOURE'S ELECTION TO NOT PURSUE AN APPEAL OF THE DISMISSAL OF HIS ACTION**

Please take notice that Plaintiff Kasem Adoure has elected to not pursue an appeal of the judgment of dismissal with prejudice of his action, Civil Action No. 05-12336-DPW.

Dated: February 12, 2007        Respectfully submitted

        By:    /s/ G. James Strenio
                  THE KICK LAW FIRM, APC
                  Taras Kick
                  G. James Strenio
                  900 Wilshire Boulevard, Suite 230
                  Los Angeles, CA 90017
                  (213) 624-1588
                  taras@kicklawfirm.com
                  james@kicklawfirm.com
                  Counsel for Plaintiff
                  KASEM ADOURE