UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br>M3POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>**ALL CASES** | CIVIL ACTION NO. 05-11177-DPW<br>(LEAD CASE)<br><br>MDL Docket No. 1704 |

### NOTICE OF WITHDRAWAL OF EMILY C. SHANAHAN

Please withdraw the appearance of Emily C. Shanahan as counsel for The Gillette Company ("Gillette") in the above-captioned matter. Gillette will continue to be represented by Harvey J. Wolkoff and Mark P. Szpak of Ropes & Gray LLP.

Respectfully submitted,

/s/ Emily C. Shanahan
Emily C. Shanahan (BBO # 643456)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: March 30, 2007

10426866_1

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document, filed through the ECF system, will be served electronically through the ECF System on the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies of the above document will be sent via first class mail to those identified as non-registered participants on the NEF on March 30, 2007.

      /s/ Emily C. Shanahan
      Emily C. Shanahan

10426866_1                    -2-