**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re M3 POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION | ) ) ) ) ) Civ. A. No. 05-11177-DPW ) MDL Docket No. 1704 |
| This document relates to:   ALL ACTIONS | ) ) ) ) ) |

To the Clerk of this Court and all parties of record:

**NOTICE OF FIRM NAME CHANGE**

The law firm of Finkelstein, Thompson & Loughran has changed its name to FINKELSTEIN THOMPSON LLP. The firm's address and telephone and facsimile numbers will remain the same. However, the electronic mail contact information for counsel has changed as noted below.

Please use the new firm name and electronic mail addresses on all pleadings, correspondence, and other documents.

Dated: April 24, 2007                **FINKELSTEIN THOMPSON LLP**

/s/ Mila F. Bartos
Mila F. Bartos
mbartos@finkelsteinthompson.com
The Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007
(202) 337-8000

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as nonregistered participants on the 24th day of April, 2007.

                                        /s/ Thomas G. Shapiro  
                                        Thomas G. Shapiro