BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re:

| | | |
|---|---|---|
| M3POWER RAZOR SYSTEM | ) | |
| MARKETING & SALES | ) | |
| PRACTICES LITIGATION | ) | MDL Docket No. 1704 |

### NOTICE OF NAME CHANGE AND CONTACT INFORMATION CHANGE

Please be advised that Russell Wood is no longer associated with Skelton, Clark & Wood. The new name and contact information for Russell Wood is:

Russell A. Wood
Wood Law Office, P.A.
915 West "B" Street
Russellville, AR  72801
Ph:  (479) 967-9663
Fax:  (479) 967-9664
Woodlaw@suddenlinkmail.com

Please update your records and direct all future correspondence, pleadings, etc. to the above listed address.

    Respectfully submitted,

    /s/ Russell A. Wood
    RUSSELL A. WOOD
    WOOD LAW OFFICE, P.A.
    925 WEST "B" STREET
    RUSSELLVILLE, AR  72801
    479-967-9663 phone
    479-967-9664 fax