IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:<br>M3 POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION | CIVIL ACTION NO. 05-11177-DPW<br>(LEAD CASE) |
| THIS DOCUMENT RELATES TO:<br>WINDOM CASE | MDL Docket No. 1704 |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective immediately, the new contact information for the Chicago office of Wexler Toriseva Wallace LLP will be as follows:

  WEXLER TORISEVA WALLACE LLP
  55 West Monroe Street
  Suite 3300
  Chicago, Illinois 60603
  Telephone: (312) 346-2222
  Facsimile: (312) 346-0022
  www.wtwlaw.com

DATED: July 26, 2007    Respectfully submitted,

    By: /s/ Kenneth A. Wexler
      Kenneth A. Wexler
    **WEXLER TORISEVA WALLACE** LLP
    55 West Monroe, Suite 3300
    Chicago, IL 60603
    Tel: (312) 346-2222
    Fax: (312) 346-0022

**CERTIFICATE OF SERVICE**

      I, Kenneth A. Wexler, hereby certify that I caused a copy of the foregoing *Notice of Change of Address* to be electronically filed.  Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Date: July 26, 2007

/s/  Kenneth A. Wexler
*Kenneth A. Wexler*
**WEXLER TORISEVA WALLACE LLP**
55 West Monroe, Suite 3300
Chicago, Illinois  60603
Telephone:  (312) 346-2222
Facsimile:  (312) 346-0022