```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS



In re:                          )
                                )
M3 POWER RAZOR SYSTEM           )   CIVIL ACTION NO. 05-11177-DPW
MARKETING & SALES PRACTICE      )   (LEAD CASE)
LITIGATION                      )
_____)   MDL DOCKET NO. 1704
                                )
THIS DOCUMENT RELATES TO:       )
ALL ACTIONS                     )
```

MEMORANDUM AND ORDER
April 4, 2008


Having carefully reviewed the decision of the United States

Court of Appeals for the First Circuit last Friday in *In re: New*

*Motor Vehicles Canadian Export Litigation* (1st Cir. No. 07-2257,

March 28, 2008), the disposition of which I have been awaiting

before authorizing publication of notice of settlement in this

matter, I have determined that further proceedings must be held

in this case.  Before a settlement class will be authorized here

and with notice to potential class members, the proponents of the

settlement will be required to brief fully and compare

meaningfully the material features of the law of the several

jurisdictions applicable to this case in order to demonstrate

that subclasses as to separate jurisdictional damage classes are

unnecessary and that the case may proceed to settlement on the

basis of a single class, without comparative unfairness to class members from one or more of the jurisdictions at issue.  A hearing to established a schedule for further submissions will be held at **2:30 p.m. on April 28, 2008 in Courtroom 1 of the John Joseph Moakley United States Courthouse**.


                                        */s/ Douglas P. Woodlock*
                                        DOUGLAS P. WOODLOCK
                                        UNITED STATES DISTRICT JUDGE

2