**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>M3 POWER RAZOR SYSTEM<br>MARKETING & SALES PRACTICES<br>LITIGATION | CIVIL ACTION NO: C.A. No. 05-11177<br>(LEAD CASE)<br><br>MDL Docket No: 1704 |

THIS DOCUMENT RELATES TO:
ALL ACTIONS

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, notice is hereby given of the appearance of Adam M. Stewart

of the law firm Shapiro Haber & Urmy LLP, 53 State Street, Boston, Massachusetts 02109, (617)

439-3939, as counsel for the Plaintiffs in the above-captioned action.

Dated: April 15, 2008                     Respectfully submitted,

**/s/ Adam M. Stewart**
Adam M. Stewart (BBO# 661090)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Telephone:  (617) 439-3939
Facsimile:   (617) 439-0134
astewart@shulaw.com

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non registered participants on April 15, 2008.

**/s/ Adam M. Stewart**
Adam M. Stewart