# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>M3 POWER RAZOR SYSTEM MARKETING & SALES PRACTICES LITIGATION | CIVIL ACTION NO: C.A. No. 05-11177 (LEAD CASE)<br><br>MDL Docket No: 1704 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## AMENDED NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, notice is hereby given of the appearance of Adam M. Stewart of the law firm Shapiro Haber & Urmy LLP, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for Plaintiffs Mark Dearman, Anthony DeBiseglia, Javier Tunon, Adam Kline, Collin McGeary, Matthew Marr, Greg Besinger and Jean-Sebastien Elie in the above-captioned action.

Dated: April 15, 2008              Respectfully submitted,

**/s/ Adam M. Stewart**
Adam M. Stewart (BBO# 661090)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Telephone:  (617) 439-3939
Facsimile:   (617) 439-0134
astewart@shulaw.com

**Certificate of Service**

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 15, 2008.

                                       **/s/ Adam M. Stewart**
                                       Adam M. Stewart