UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



047J82009302

$00.58
04/07/2008
Mailed From 02210
US POSTAGE

1:05 CV 11177 DPW

Mitch H. Kalcheim
Kalcheim Salah
10960 Wilshire Blvd.
Suite 1790
Los Angeles, CA 90024

NIXIE        900  DE 1        00 04/12/0

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 02210302599    *1062-04713-12-3