UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

$00.58⁰
04/07/2008
Mailed From 0221
US POSTAGI

neopost

IN CLERKS OFFICE

2008 APR 17 P 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

USMS SCREENED

1:05 CV 11177 DPW

James M. Wilsman
Wilsman Schoonover
1420 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114-1800

4411431623 C024
02210@3025

NIXIE          441    5E 1              78 04/13/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 02210302599        *1032-01690-13-39