UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

1:05CV11177



$00.58
04/07/2008
Mailed From 02210
US POSTAGE

047J82009302

2008 APR 23 A 11:05

DISTRICT COURT
OF MASS.



USMS SCREENED



RTS

Harold Hewell
Hewell Law Firm
~~[address]~~ Avenue
Second Floor
San Diego, CA 92101

NIXIE        921  5C 1           72 04/19/08
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 02210302599        *1477-05811-19-17