# KANNER & WHITELEY, L.L.C.

701 Camp Street
New Orleans, Louisiana 70130
(504) 524-5777
Fax: (504) 524-5763

June 20, 2008

Sarah Allison Thornton
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

   RE: *In re: M3Power Razor System Marketing & Sales Practices Litigation*
      Civil Action No.: 05-11177-DPW

Dear Clerk:

  Enclosed for filing into the record of the referenced matter, please note that my name has been changed from Cynthia S. Green to Cynthia G. St. Amant. Also, my email address has been changed to c.stamant@kanner-law.com. Thank you in advance for your assistance.

              Sincerely,

              KANNER & WHITELEY, L.L.C.

              By: _____
                Cynthia G. St. Amant, Esq.

CGS/cl

name change; 6/20/08; 15:02:11
@PFDesktop\::ODMA/GRPWISE/AKA-DO01.AKA-PO01.Cases:45551.1