Katherine B. Wilkins
3663 Branch Court
Oceanside, CA 92058
Phone: (760) 966-1941

Objector in Pro Se

FILED
IN CLERKS OFFICE

2011 MAR 25   A 11: 32

U.S. ___ ___ ___URT
DIST___ ___ ___ ___ ___SS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Civil Action No. SACV 05-11177-DPW (Lead Case) |
| M3 POWER RAZOR SYSTEM MARKETING AND SALES PRACTICE LITIGATION | MDL Docket No. 1704 |
| | Hon. Douglas P. Woodlock |
| THIS DOCUMENT RELATES TO: | **NOTICE OF WITHDRAWAL OF OBJECTIONS** |
| ALL ACTIONS | |

I, Katherine B. Wilkins, hereby withdraw my objections in this matter filed on March 7, 2011 [Doc 156].

Dated: March 24, 2011            By: _____

Katherine B. Wilkins, Pro Se

1

1 | **In re: M3 Power Razor System Marketing**
**Case No. SACV 05-11177-DPW (Lead Case)**

2

3 | <center>**DECLARATION OF SERVICE**</center>
<center>**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**</center>

4

5 |     I, Maria V. Carapia, declare that I am over the age of eighteen (18) and I am not a party
to this action.  On March 24, 2011, I caused to be served the following:

6

7 | <center>**Notice of Withdrawal of Objections**</center>

8 | on the interested parties:

9 | <center>**SEE ATTACHED SERVICE LIST**</center>

10

11 | by placing a copy in an envelope, for delivery via overnight mail, to the addressees named
on the attached Service List on the above indicated day.

12

13 |     I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.  Executed on February 7, 2011, at Solana Beach, California.

14

15

16

17 | Maria V. Carapia

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

1

2

**COURT**
3   Clerk of the Court
     US District Court Massachusetts
4   1 Courthouse Way
     Boston, MA 02210
5

6   **CLASS COUNSEL**
     Ben Barnow
7   Barnow and Associates, PC
     One North La Salle Street, Ste. 4600
8   Chicago, IL 60602

9

     Robert M. Rothman
10   Robbins Geller Rudman & Dowd
     58 South Service Road, Ste. 200
11   Melville, NY 11747

12

     **DEFENSE COUNSEL**
13   Harvey J. Wolkoff
     Ropes & Gray LLP
14   800 Boylston Street
     Boston MA 02199
15

16

17

18

19

20

21

22

23

24

25

26

27

28